Daniel P. Struck (012377)
Kathleen L. Wieneke (011139)
STRUCK WIENEKE & LOVE PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473
Telephone: (480) 420-1600
dstruck@swlfirm.com
kwieneke@swlfirm.com

*Attorneys for Defendant William Humble*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.A.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated, | NO. 2:15-cv-00185-ROS |
| Plaintiffs, | |
| v. | **JOINT MOTION TO ENTER INTO A PROTECTIVE ORDER AND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (Second Request) AND REQUEST TO AMEND CAPTION** |
| Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; and William Humble, in his official Capacity as Director of the Arizona Department of Health Services, | |
| Defendants. | |

Plaintiffs, B.K., by her next friend Margaret Tinsley; C.P. and B.T., by their next friend Jennifer Kupiszewski; A.A.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt; and Defendants, Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety ("DCS"); and William Humble, in his official capacity as Director of the Arizona Department of Health Services, through counsel, stipulate to the entry of a Protective Order in this case (attached as Exhibit A). The Protective Order is intended to govern the protection of the identity of the minor Plaintiffs during the course of the litigation.

Plaintiffs filed a Complaint naming ten minor Plaintiffs by initials seeking class action status. Plaintiffs' allegations focus on the provision of medical, mental health, and

dental care to foster children in the State of Arizona and on the provision of services by DCS to protect the safety and well-being of those children. The parties agree that it is in the best interests of the minor Plaintiffs to keep their identities confidential throughout this litigation, and such confidentiality will also be consistent with the parties' obligations of confidentiality pursuant to A.R.S. § 8-542.  As such, a Protective Order is appropriate in this case to preserve the best interests of the minor Plaintiffs. A proposed Order is submitted for the Court's consideration.

On February 25, 2015 the Court granted the parties' stipulation and joint motion to extend Defendants' time to file an Answer or responsive motion in this case for thirty (30) days. (Dkt. No. 12.) Because Defendants believe that they cannot adequately answer or otherwise plead to the Complaint without Plaintiffs' identities, the parties now stipulate to an extension of time for Defendants to Answer or otherwise plead to the Complaint for thirty (30) days after the identity of all minor Plaintiffs are made known to all of the Defendants.

The parties have also agreed to amend the caption of this action to substitute Cory Nelson as a defendant in place of Defendant William Humble.  Cory Nelson succeeded William Humble as Interim Director of the Arizona Department of Health Services on March 3, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

**CONCLUSION**

3

For the above-stated reasons, the Parties request that the Court approve the

4

proposed Protective Order filed with this Joint Motion, extend Defendants' time to file an

5

answer or otherwise plead to the Complaint, and amend the case caption.

6

DATED this 13th day of March, 2015.

7

ARIZONA CENTER FOR LAW IN            STRUCK WIENEKE & LOVE, P.L.C.
THE PUBLIC INTEREST

8

9

By /s/ Anne C. Ronan                         By /s/ Daniel P. Struck
   Anne C. Ronan                                 Daniel P. Struck

10

   Timothy M. Hogan                             Kathleen L. Wieneke
   514 W. Roosevelt Street                      STRUCK WIENEKE & LOVE, P.L.C.
   Phoenix, AZ  85003                           3100 West Ray Road, Suite 300

11

                                               Chandler, Arizona  85226

12

*Attorneys for Plaintiffs*
                                               *Attorneys for Defendant William Humble*

13

14

CHILDREN'S RIGHTS, INC.                      ARIZONA ATTORNEY GENERAL'S
                                             OFFICE

15

16

By /s/  William Kappell                      By /s/ Robert L. Ellman
   William Kapell                                Robert L. Ellman

17

   Julia L. Davis                                David D. Weinzweig
   330 Seventh Avenue, Fourth Floor              Senior Litigation Counsel

18

   New York, NY  10001                           1275 W. Washington
                                                 Phoenix, Arizona  85007

19

*Attorneys for Plaintiffs*
                                               *Attorneys for Defendant Gregory McKay*

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on March 13, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

3 Notice of Electronic Filing to the following CM/ECF registrants:

4      Robert L. Ellman                                    robert.ellman@azag.gov
       David D. Weinzweig                                  david.weinzweig@azag.gov

5      William A. Kapell                                   wkapell@childrensrights.org
       Julia L. Davis                                      jdavis@childrensrights.org

6      Anne C. Ronan                                       aronan@aclpi.org
       Timothy M. Hogan                                    thogan@aclpi.org

7

8      I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the

9 CM/ECF System:

10     N/A

11                                        /s/      Daniel P. Struck

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4