1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.A.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; and William Humble, in his official Capacity as Director of the Arizona Department of Health Services,<br><br>　　　　　　　　　Defendants. | NO. 2:15-cv-00185-ROS<br><br>**PROTECTIVE ORDER AND ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD (Second Request) AND ORDER GRANTING REQUEST TO AMEND CAPTION** |

Upon Joint Motion of the parties, the Court hereby orders the parties to preserve the confidentiality of the identity of the minor Plaintiffs.

The identity of the minor Plaintiffs shall remain confidential throughout this litigation. Any party or third party may designate, as confidential information, material that identifies the minor Plaintiffs. The designation of such material as confidential information shall be made by placing or fixing on the first page of the material, in a manner that will not interfere with the material's legibility, the words "Confidential Information – Subject to Protective Order." A party producing such confidential information that belongs to another party or third party is obligated to mark the material consistent with this Protective Order. Any such confidential information filed with the

Court must either be filed under seal or redacted from any document filed with the Court.

The provisions of this order shall remain in full force and effect until further order of this Court.

IT IS FURTHER ORDERED all minor Plaintiffs must disclose, through counsel, to all Defendants their identity within seven (7) days of the date of this order.

IT IS FURTHER ORDERED Defendants shall have thirty (30) days after the identity of all minor Plaintiffs are made known to all of the Defendants to Answer or otherwise plead to the Complaint.

IT IS FURTHER ORDERED that the caption of this action is hereby amended to substitute Cory Nelson as a defendant in place of defendant William Humble.