**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Margaret Tinsley, et al., | No. CV-15-00185-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Flanagan, et al., | |
| Defendants. | |

Before the Court is the parties' joint motion for a protective order. (Doc. 16). Because the parties fail to clearly identify a need for protection beyond that which is automatically provided by the Federal Rules, the motion will be denied in part.

The parties would like to exchange minor Plaintiffs' identifying information while protecting that information from public disclosure. However, the motion and proposed protective order provide only that items labeled "confidential" be redacted or sealed when filed with the Court. The parties' proposed order does not protect this information from disclosure outside of the litigation, crucial for the stated purpose of the order.

As the request now stands, it fails to articulate protections beyond those afforded by Rule 5.2. Fed. R. Civ. P. 5.2. The rule automatically requires redaction of certain identifying information of individuals known to be minors from court filings. The rule permits parties to seek leave of the court to redact information beyond what it specifically provides. Further, A.R.S. § 8-542 prevents disclosure of information contained in "social

records" without court approval. But the parties have not requested leave of the Court to impose protections beyond those provided in Rule 5.2, nor have they sought leave to disclose "social records" pursuant to A.R.S. § 8-542. As such, the Court finds nothing in the motion which requires its action at this time.

Accordingly,

**IT IS ORDERED** the motion for protective order, (Doc. 16), is **DENIED IN PART.** No protective order will issue. But, as stipulated by the parties, Defendants shall have an additional thirty days in which to answer the complaint *after* the identities of all minor Plaintiffs are made known to all of the Defendants.

**IT IS FURTHER ORDERED** the caption of this action is hereby amended to substitute Cory Nelson as a defendant in place of defendant William Humble.

DATED this 16th day of March, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge