**EXHIBIT A**

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.A.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; and Cory Nelson, in his official Capacity as Director of the Arizona Department of Health Services,<br><br>                    Defendants. | NO. 2:15-cv-00185-ROS<br><br><br><br>**PROTECTIVE ORDER** |

Upon Joint Motion of the parties, the Court hereby orders the parties to preserve the confidentiality of, and not to publicly disclose, the identity of the minor Plaintiffs.

The identity of the minor Plaintiffs shall remain confidential and shall not be publicly disclosed. Identifying information about the minor Plaintiffs shall be used for the purpose of this litigation only and shall not be disclosed outside of the litigation. Any party or third party may designate, as confidential information, material that identifies the minor Plaintiffs, including the categories of information protected by Fed. R. Civ. P. 5.2(a) (the minor's name, social security number and birth date), as well as any other individually identifying information such as agency identification number, address, or the names of the minor's siblings or parents. The designation of such material as confidential

information shall be made by placing or fixing on the first page of the material, in a manner that will not interfere with the material's legibility, the words "Confidential Information – Subject to Protective Order." A party producing such confidential information that belongs to another party or third party is obligated to mark the material consistent with this Protective Order.

Material that identifies a minor Plaintiff and that is marked as "Confidential Information" shall remain confidential, and shall not be publicly disclosed. Such confidential information shall be used for the purpose of this litigation only and shall not be disclosed outside of the litigation.

Confidential information shall not be verbally disclosed in any proceeding of the Court open to members of the public or the press.

Filing of documents marked as "Confidential Information" subject to this Order shall be filed under seal or redacted to remove confidential information before filing, regardless of whether the type of identifying information about the minor Plaintiff falls into one of the categories listed in Fed. R. Civ. P. 5.2(a). None of the exemptions provided for in Fed. R. Civ. P. 5.2(b) shall permit a party to file with the Court a document that contains confidential information protected by this Order without redacting such information or filing the document under seal.

The provisions of this order shall remain in full force and effect until further order of this Court.

IT IS FURTHER ORDERED all minor Plaintiffs must disclose, through counsel, to all Defendants their identity within seven (7) days of the date of this order.