# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Tinsley, et al., | No. CV-15-00185-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Flanagan, et al., | |
| Defendants. | |

Before the Court is the parties' joint motion for a protective order. (Doc. 18). Good cause appearing, the motion will be granted.

Accordingly,

**IT IS ORDERED** The parties shall preserve the confidentiality and shall not publicly disclose the identities of the minor Plaintiffs.

Identifying information about the minor Plaintiffs shall be used for the purpose of this litigation only and shall not be disclosed outside of the litigation. Any party or third party may designate as confidential information material that identifies the minor Plaintiffs, including the categories of information protected by Fed. R. Civ. P. 5.2(a) (the minor's name, social security number and birth date), as well as any other individually identifying information such as agency identification number, address, or the names of the minor's siblings or parents. The designation of such material as confidential information shall be made by placing or affixing on the first page of the material, in a

manner that will not interfere with the material's legibility, the words "Confidential Information – Subject to Protective Order." A party producing such confidential information that belongs to another party or third party is obligated to mark the material consistent with this Protective Order.

Material that identifies a minor Plaintiff and that is marked as "Confidential Information" shall remain confidential, and shall not be publicly disclosed. Such confidential information shall be used for the purpose of this litigation only and shall not be disclosed outside of the litigation.

Confidential information shall not be verbally disclosed in any proceeding of the Court open to members of the public or the press.

Filing of documents marked as "Confidential Information" subject to this Order shall be filed under seal or redacted to remove confidential information before filing, regardless of whether the type of identifying information about the minor Plaintiff falls into one of the categories listed in Fed. R. Civ. P. 5.2(a). None of the exemptions provided for in Fed. R. Civ. P. 5.2(b) shall permit a party to file with the Court a document that contains confidential information protected by this Order without redacting such information or filing the document under seal.

The provisions of this order shall remain in full force and effect until further order of this Court.

**IT IS FURTHER ORDERED** all minor Plaintiffs must disclose, through counsel, to all Defendants their identities within seven days of the date of this order.

DATED this 19th day of March, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge