# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>Defendants. | No. 2:15-cv-00185-PHX-ROS<br><br>**DECLARATION OF WILLIAM KAPELL IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF NEXT FRIENDS UNDER FEDERAL RULE OF CIVIL PROCEDURE 17(c)**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

I, WILLIAM KAPELL, do hereby declare as follows:

1. I am an attorney with Children's Rights, a national non-profit organization devoted to protecting the rights of children in state foster care. I have personal knowledge of the facts stated below.

2. I am licensed to practice law in the State of New York and have been admitted *pro hac vice* to practice in this court. (Dkt. No. 7). I am an attorney of record for Plaintiffs in this case.

3.  Attached as Exhibit 1 hereto is a true and correct copy of a proposed protective order I received from the Arizona Attorney General's office on January 20, 2016. The draft order was attached to an email sent by Patti Carll to me and other counsel on that date.

5.  Attached as Exhibit 2 hereto is a true and correct copy of a letter I sent to Gary Lento, at the Arizona Attorney General's Office, copying other counsel, dated January 22, 2016.

6.  Attached as Exhibit 3 hereto is a true and correct copy of an email from Rachel Nili with Children's Rights, counsel for Plaintiffs, and the attached proposed protective order sent from Ms. Nili to Gary Lento, at the Arizona Attorney General's Office and all other counsel, dated January 22, 2016.

7.  Attached as Exhibit 4 hereto is a true and correct copy of a proposed protective order I received from the Arizona Attorney General's office on February 4, 2016. The draft order was attached to an email sent by Gary Lento of the Arizona Attorney General's to me, copying other counsel, on that date.

8.  Attached as Exhibit 5 hereto is a true and correct copy of a letter I received from Gary Lento at the Arizona Attorney General's office on January 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2016 in New York, New York.

_William Kapell_
William Kapell
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Gary N. Lento
gary.lento@azag.gov
Melanie G. McBride
Melanie.McBride@azag.gov
Joshua R. Zimmerman
Joshua.Zimmerman@azag.gov
OFFICE OF THE ATTORNEY GENERAL
1275 West Washington Street
Phoenix, Arizona 85007-2997

Daniel P. Struck
dstruck@swlfirm.com
Kathleen L. Wieneke
kwieneke@swlfirm.com
Nicholas D. Acedo
nacedo@swlfirm.com
Tara B. Zoellner
tzoellner@swlfirm.com
Timothy J. Bojanowski
tbojanowski@swlfirm.com
STRUCK WIENEKE & LOVE PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Logan T. Johnston
ltjohnston@live.com
JOHNSTON LAW OFFICES, P.L.C.
1402 E. Mescal Street
Phoenix, Arizona 85020

Catherine D. Plumb
plumblawoffice@gmail.com
LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.
17225 N. 16th Place
Phoenix, Arizona 85022

/s/ William Kapell