UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>                  Defendants. | No. 2:15-cv-00185-PHX-ROS<br><br>**DECLARATION OF SUSAN BRANDT IN SUPPORT OF MOTION FOR APPOINTMENT AS NEXT FRIEND UNDER FEDERAL RULE OF CIVIL PROCEDURE 17(c)**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

    I, Susan Brandt, do hereby declare under penalty of perjury that the forgoing is true and correct:

    1.    I am the Next Friend for Named Plaintiffs A.C-B; M.C-B; J.C-B; D.C-B; and J.M. in this case.

    2.    I have spent more than thirty years working in Arizona's child welfare system.

3.      I joined the Arizona child welfare agency (then part of the Department of Economic Security (the "Department")) in Pima County in 1984 as a case worker conducting investigations of reports of child abuse and neglect. I was promoted to Unit Supervisor in 1989 and worked as the Executive Staff Assistant to the Program Manager. At that time, I was responsible for all personnel activity for 300 employees serving thousands of vulnerable children in foster care and families receiving in-home services. I oversaw the Parent Aide Program providing supervised visitation and support for parents and children, and led public education about the Department and child safety.

4.      From 2003 to 2010, I was the Assistant Program Manager for Child Protective Services in Pima County. I was responsible for child protective and welfare services for the eastern section of the County, overseeing the care and well-being of thousands of children involved in the child welfare system. I retired from the Department in 2010 after more than 25 years of service.

5.      From 2010 to 2011, I served as a trainer for the Southern Arizona Child Advocacy Center and as a trainer for Aviva Children's Services. I provided training on child abuse and neglect with an emphasis on recognizing the signs and symptoms of child abuse and neglect, and mandatory reporting of child maltreatment.

6.      From 2011 to 2013, I was a Dependency Specialist at the Pima County Juvenile Court, where I scheduled and facilitated court conferences for approximately 1000 dependent children, developed training for lawyers working on dependency cases, and collected data related to children and dependency cases for the Court.

7.      I am currently the Social Work Supervisor for the Pima County Office of Children's Counsel, which represents A.C-B; M.C-B; J.C-B; D.C-B; and J.M. in their individual Juvenile Court cases. At the Office of Children's Counsel, I supervise a staff of four social workers who provide support for the thirteen attorneys who represent approximately 2000 children in dependency cases in Pima County. I also provide clinical guidance and advice to the lawyers in my office to make sure these children receive the

services and supports they need. I personally visit with children in foster care, attend Team Decision Making meetings, CPS Case Staffings, Child and Family Team Meetings and work with placement providers on behalf of approximately 200 children in the legal custody of DCS each year. I have worked for the Office of Children's Counsel since 2013.

8. I have reviewed the pleadings in this case and have discussed the litigation with Plaintiffs' counsel on many occasions.

9. As Social Work Supervisor for Named Plaintiffs A.C-B, M.C-B, J.C-B, D.C-B, and J.M., I am willing and able to actively pursue their claims against the defendants in this case.

10. I am familiar with the experiences in foster care of Named Plaintiffs A.C-B, M.C-B, J.C-B, D.C-B and J.M., having attended meetings with their providers, reviewed their case files in the ordinary course of my responsibilities, spoken with the social workers in my office who serve them, and worked closely with their Office of Children's Counsel attorneys. I decided to serve as a Next Friend for these children because I believe that the state agencies that are responsible for their care and well-being have repeatedly failed them. Based on my discussions with the children's attorneys, I believe that Named Plaintiffs A.C-B, M.C-B, J.C-B, D.C-B, and J.M. wish for me to pursue their claims in this case and that doing so is in their best interests.

1 | I, Susan Brandt, declare under penalty of perjury that the forgoing is true and
2 | correct and that this declaration was completed and signed on the 16th day of February, 2016
3 | at ___Tucson___, Arizona.

*[Signature: Susan Brandt]*

Susan Brandt

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Gary N. Lento
gary.lento@azag.gov
Melanie G. McBride
Melanie.McBride@azag.gov
Joshua R. Zimmerman
Joshua.Zimmerman@azag.gov
OFFICE OF THE ATTORNEY GENERAL
1275 West Washington Street
Phoenix, Arizona 85007-2997

Daniel P. Struck
dstruck@swlfirm.com
Kathleen L. Wieneke
kwieneke@swlfirm.com
Nicholas D. Acedo
nacedo@swlfirm.com
Tara B. Zoellner
tzoellner@swlfirm.com
Timothy J. Bojanowski
tbojanowski@swlfirm.com
STRUCK WIENEKE & LOVE PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Logan T. Johnston
ltjohnston@live.com
JOHNSTON LAW OFFICES, P.L.C.
1402 E. Mescal Street
Phoenix, Arizona 85020

Catherine D. Plumb
plumblawoffice@gmail.com
LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.
17225 N. 16th Place
Phoenix, Arizona 85022

/s/ William Kapell