# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Tinsley, et al., | No. CV-15-00185-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Flanagan, et al., | |
| Defendants. | |

Defendant having failed to follow Court procedure for filing documents under seal,

**IT IS ORDERED** Defendant's Motion for Leave to File Documents Under Seal (Doc. 118) is **STRICKEN**. Defendant shall have leave to file a new request in compliance with the Court's procedures for filing documents under seal. See LRCiv 5.6.

Dated this 24th day of March, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge