Mark Brnovich (Firm State Bar No. 14000)
ARIZONA ATTORNEY GENERAL
Gary N. Lento (Bar No. 028749)
Melanie G. McBride (Bar No. 023348)
Joshua R. Zimmerman (Bar No. 025876)
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8305
Fax:  (602) 542-8308
Gary.Lento@azag.gov
Melanie.McBride@azag.gov
Joshua.Zimmerman@azag.gov
*Attorneys for Defendant, Gregory McKay, in his Official Capacity as Director of the the Arizona Department of Child Safety*

STRUCK WIENEKE & LOVE, PLC
Daniel P. Struck (Bar No. 012377)
Kathleen L. Wieneke (Bar No. 011139)
Tara B. Zoellner (Bar No. 027364)
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473
Telephone: (480) 420-1600
dstruck@swlfirm.com
kwieneke@swlfirm.com
tzoellner@swlfirm.com
*Attorneys for Defendant, Cara M. Christ in her Official Capacity as Director of the Arizona Department of Health Services*

JOHNSTON LAW OFFICES, PLC
Logan T. Johnston (Bar No. 009484)
1402 E. Mescal Street
Phoenix, Arizona 85020
Telephone: (602) 452-0615
ltjohnston@live.com
*Attorneys for Defendant, Thomas J. Betlach, in his Official Capacity as Director of the Arizona Health Care Cost Containment System*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; et al., <br><br>　　　　Defendants. | Case No: 2:15-cv-00185-PHX-ROS <br><br> **STIPULATION TO DISMISS PLAINTIFF C.P. WITHOUT PREJUDICE** <br><br>(Assigned to the Hon. Roslyn O. Silver) |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties in the above captioned matter do hereby Stipulate and Agree to the dismissal of Named Plaintiff C.P. as a plaintiff in this matter, as well as all associated claims of C.P., without prejudice.  Each party shall bear their/its own taxable costs with respect to Named

Plaintiff C.P.'s individual claims. The claims of the remaining Named Plaintiffs[1] remain active in this lawsuit at this time.

RESPECTFULLY SUBMITTED this 28th day of March, 2016.

| | |
|---|---|
| **CHILDREN'S RIGHTS, INC.** | **MARK BRNOVICH**<br>**Arizona Attorney General** |
| /s/ William Kapell<br>　**William Kapell**<br>　**Julia L. Davis**<br>　**Rachel B. Nili**<br>330 Seventh Ave., Fourth Floor<br>New York, New York 1001 | /s/ Gary N. Lento<br>　**Gary N. Lento**<br>　**Melanie G. McBride**<br>　**Joshua R. Zimmerman**<br>1275 W. Washington St.<br>Phoenix, Arizona 85007<br>*Attorneys for Defendant GREGORY McKAY, in his Official Capacity as Director of the Arizona Department of Child Safety* |
| **ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**<br>　Anne C. Ronan<br>　Timothy M. Hogan<br>　514 W. Roosevelt Street<br>　Phoenix, Arizona 85003 | **STRUCK WIENEKE & LOVE, P.L.C.**<br>s/ Daniel P. Struck<br>　Daniel P. Struck<br>　Kathleen Wieneke<br>　Tara Zoellner<br>　3100 West Ray Road, Ste. 300<br>　Chandler, Arizona 85226<br>*Attorneys for Defendant CARA M. CHRIST, in her Official Capacity as Director of the Arizona Department of Health Services* |
| **PERKINS COIE, LLP.**<br>　Joseph Mais<br>　Shane Swindle<br>　2901 N. Central Ave., Ste. 2000<br>　Phoenix, Arizona 85012<br><br>*Attorneys for PLAINTIFFS* | **JOHNSTON LAW OFFICES, P.L.C**<br>s/ Logan T. Johnston<br>　Logan Johnston<br>　1402 E. Mescal Street<br>　Phoenix, Arizona 85020<br><br>**LAW OFFICE OF CATHERINE DODD PLUMB, P.L.C.**<br>　Catherine Dodd Plumb<br>　17225 N. 16th Place.<br>　Phoenix, Arizona 85022<br><br>*Attorneys for Defendant THOMAS J. BETLACH in his Official Capacity as Director of the Arizona Health Care Cost Containment System* |

---

[1] Named Plaintiffs A.T. and J.C. were previously dismissed from this matter on January 19, 2016 [Doc. 73], pursuant to a Stipulation. [Doc. 72].

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants:

| | |
|---|---|
| Daniel P. Struck | DStruck@swlfirm.com |
| Kathleen Wieneke | KWieneke@swlfirm.com |
| Tara B. Zoellner | TZoellner@swlfirm.com |
| Logan T. Johnston | LTJohnston@JohnstonLawOffices.net |
| Catherine Dodd Plumb | plumblawoffices@gmail.com |
| William A. Kapell | wkapell@childrensrights.org |
| Julia L. Davis | jdavis@childrensrights.org |
| Rachel B. Nili | rnili@childrensrights.org |
| Adriana T. Luciano | aluciano@childrensrights.org |
| Anne C. Ronan | aronan@aclpi.org |
| Timothy M. Hogan | thogan@aclpi.org |
| Joseph E. Mais | JMais@perkinscoie.com |
| Shane R. Swindle | SSwindle@perkinscoie.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

MARK BRNOVICH
Arizona Attorney General

s/ Melanie G. McBride
Gary N. Lento
Melanie G. McBride
Joshua R. Zimmerman
Senior Litigation Counsel
*Attorney for Defendant GREGORY A. McKAY, in his Official Capacity as Director of the Arizona Department of Child Safety*