Daniel P. Struck (012377)
Kathleen L. Wieneke (011139)
Timothy J. Bojanowski (022126)
Nicholas D. Acedo (021644)
Tara B. Zoellner (027364)
STRUCK WIENEKE & LOVE PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473
Telephone: (480) 420-1600
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
tzoellner@swlfirm.com

*Attorneys for Defendant Cara M. Christ*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; and Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>                    Defendants. | NO. 2:15-cv-00185-PHX-ROS<br><br>**DEFENDANT CHRIST'S JOINDER IN DEFENDANT McKAY'S SUR-REPLY TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF NEXT FRIENDS UNDER FEDERAL RULE OF CIVIL PROCEDURE 17(c)**<br>**(Dkt. 117)** |

Defendant Christ, in her official capacity as Director of the Arizona Department of Health Services, joins in Defendant McKay's Sur-Reply to Plaintiffs' Memorandum in Support of Their Motion for Appointment of Next Friends Under Federal Rule of Civil Procedure 17(c). (Dkt. 117.) Defendant Christ recognizes the need for Plaintiffs to be represented by Next Friends, but for the reasons set forth in Defendants' initial Opposition

to Plaintiffs' Motion (which was filed jointly), and for the reasons set forth in Defendant McKay's Sur-Reply, Defendant Christ respectfully requests that the Court exercise its authority and deny appointment of Margaret Tinsley, Jennifer Kupiszewski, and Susan Brandt, so that more appropriate Next Friend representatives can be identified.

RESPECTFULLY SUBMITTED this 29th day of March, 2016.

                              STRUCK WIENEKE & LOVE, P.L.C.

                              By /s/ *Tara B. Zoellner*
                                  Daniel P. Struck
                                  Kathleen L. Wieneke
                                  Timothy J. Bojanowski
                                  Nicholas D. Acedo
                                  Tara B. Zoellner
                                  STRUCK WIENEKE & LOVE, P.L.C.
                                  3100 West Ray Road, Suite 300
                                  Chandler, Arizona  85226

                              *Attorneys for Defendant Cara M. Christ*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Gary N. Lento | gary.lento@azag.gov |
| Melanie G. McBride | melanie.mcbride@azag.gov |
| Joshua R. Zimmerman | joshua.zimmerman@azag.gov |
| Logan T. Johnston | LTJohnston@live.com |
| Catherine Dodd Plumb | catplumb@yahoo.com |
| William A. Kapell | wkapell@childrensrights.org |
| Julia L. Davis | jdavis@childrensrights.org |
| Rachel B. Nili | rnili@childrensrights.org |
| Adriana T. Luciano | aluciano@childrensrights.org |
| Anne C. Ronan | aronan@aclpi.org |
| Timothy M. Hogan | thogan@aclpi.org |
| Joseph E. Mais | JMais@perkinscoie.com |
| Shane R. Swindle | SSwindle@perkinscoie.com |

    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

                                /s/         *Tara B. Zoellner*