1  Mark Brnovich (Firm State Bar No. 14000)
   Attorney General
2

3  Gary N. Lento, Bar No. 028749
   Melanie G. McBride, Bar No. 023348
4  Joshua R. Zimmerman, Bar No. 025876
    1275 W. Washington
5   Phoenix, Arizona 85007-2997
    Telephone: (602) 542-8305
6   Fax:  (602) 542-8308
    Gary.Lento@azag.gov
7   Melanie.McBride@azag.gov
    Joshua.Zimmerman@azag.gov
8

9  *Attorneys for Defendant Gregory McKay, in his Official Capacity as Director of the Arizona Department of Child Safety*

10

11              **UNITED STATES DISTRICT COURT**
12                   **DISTRICT OF ARIZONA**

13

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupizewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>Defendants. | Case No: 2:15-cv-00185-PHX-ROS<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER**<br><br>(Hon. Roslyn O. Silver) |

///

1  **PURSUANT TO** this Court's *Order for Protection of Privileged/Confidential Material* entered on March 15, 2016 [Doc. 104], Defendant Gregory McKay, in his official capacity as the Director of the Arizona Department of Child Safety, does hereby provide notice that on April 1, 2016, redacted copies of the Named Plaintiffs' case files were sent on an encrypted flash drive by Federal Express, next business-day service, to all Parties in this matter, which were received by Plaintiffs on today's date.

**RESPECTFULLY SUBMITTED** this 4th day of April, 2016.

        **MARK BRNOVICH**
        **Arizona Attorney General**

        s/ Melanie G. McBride
        **Gary N. Lento**
        **Melanie G. McBride**
        **Joshua R. Zimmerman**
        *Attorneys for Defendant Gregory McKay, in his Official Capacity as Director of the Arizona Department of Child Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, CM/ECF registrants:

Joseph Mais
Shane Swindle
  PERKINS COIE LLP
  2901 N. Central Avenue, Suite 2000
  Phoenix, Arizona  85012-2788

William Kapell
Julia L. Davis
  CHILDREN'S RIGHTS, INC.
  330 7th Ave., 4th Floor
  New York, NY  10001

Anne C. Ronan
Timothy M. Hogan
  ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST
  514 W. Roosevelt St.
  Phoenix, AZ  85003

*Attorneys for Plaintiffs*

Daniel P. Struck
Kathleen L. Wieneke
  STRUCK WIENEKE & LOVE PLC
  3100 W Ray Rd., Ste. 300
  Chandler, AZ  85226-2473
  *Attorney for Defendant Cara Christ*

Logan T. Johnston, III
  JOHNSTON LAW OFFICES, PLC
  1402 E. Mescal St.
  Phoenix, AZ 85020

Catherine Dodd Plumb
  LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.
  17225 N. 16th Place
  Phoenix, AZ 85022
  *Attorney for Defendant Thomas Betlach*

MARK BRNOVICH
Attorney General

s/ Melanie G. McBride
Gary N. Lento
Melanie G. McBride
Joshua R. Zimmerman
*Attorney for Defendant Gregory McKay*