Joseph Mais (005470)
Shane Swindle (011738)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
T: (602) 351-8000
F: (602) 648-7000
jmais@perkinscoie.com
sswindle@perkinscoie.com

Anne C. Ronan (006041)
Timothy M. Hogan (004567)
**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
514 West Roosevelt Street
Phoenix, Arizona 85003
T: (602) 258-8850
F: (602) 258-8757
aronan@aclpi.org
thogan@aclpi.org

William Kapell (admitted *pro hac vice*)
Julia L. Davis (admitted *pro hac vice*)
Rachel B. Nili (admitted *pro hac vice*)
Adriana T. Luciano (admitted *pro hac vice*)
Philip Barber (admitted *pro hac vice*)
**CHILDREN'S RIGHTS, INC.**
330 Seventh Avenue, Fourth Floor
New York, New York 10001
T: (212) 683-2210
F: (212) 683-4015
wkapell@childrensrights.org
jdavis@childrensrights.org
rnili@childrensrights.org
aluciano@childrensrights.org
pbarber@childrensrights.org

[Defendants' counsel listed on the signature page.]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>Defendants. | No. 2:15-cv-00185-PHX-ROS<br><br>**[CORRECTED] JOINT STATEMENT REGARDING REDACTION ISSUE**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Pursuant to this Court's Rule 16 Scheduling Order (Dkt. No. 68), the parties, by and through their undersigned counsel, hereby submit the following Joint Statement outlining their positions regarding Defendant McKay's production of redacted Named Plaintiffs case files.

**Plaintiffs' Position:**

Defendant McKay has failed to comply with this Court's order to produce the Named Plaintiffs' files by April 1, 2016. (Dkt. No. 104.) The Court permitted limited redaction of these files based on representations by McKay's counsel they would only redact information concerning "non-named plaintiff[] children" who have "absolutely no relationship" to the named plaintiffs or causes of action, and not the "substance" of the files (*Id.*; 3/11/16 Tr. 6:17, 7:19-25). Yet, in the files produced, information about the Named Plaintiffs is extensively redacted, including (1) the identities of their case managers, providers, and relatives; and (2) substantive information, including about their maltreatment investigations, with full pages blacked out. Plaintiffs raised this April 13, and McKay's counsel has agreed that the redactions are inappropriate. On April 22, McKay's counsel stated that re-redacted files could not be produced in full until May 13, six weeks after the deadline. Because of the prejudicial delay caused by these redactions—and because, as Plaintiffs have maintained, the redactions are unnecessary due to the protective order in this case—Plaintiffs ask that the Court order production of these files without redactions by April 30.

**DCS's Position:**

Plaintiffs "dispute" is an attempt to have this Court reconsider its Order. DCS complied with the Order timely producing 65,000+ pages of redacted files. (Doc 131) DCS also provided 60,000+ un-redacted pages in response to Plaintiffs over 200 separate requests. On April 13, Plaintiffs informed DCS that they believed over-redactions were made. While most redactions appear appropriate, and much of them concern non-parties, DCS agreed to re-redact the files, at great expense. That is the process described by this Court at the March 11 hearing. (Tr. 12:2-7 [parties should "confer" if there are issues with redactions].) Re-

2

redacted files for BK and JM are done and will be sent by April 30, the date unilaterally imposed by Plaintiffs to receive discovery. The other re-redacted files will be rolled-out by May 6 and 13, if not sooner. There is no delay or prejudice. Plaintiffs have over 120,000 pages from DCS, including the redacted documents to work with. Plaintiffs will have all re-redacted files just 2 weeks later than demanded. To provide the files un-redacted would waste over $100,000 spent by DCS and still take about a week. Thus, all re-redactions will be provided just one week later than un-redacted files can be provided.

///

The parties hereby certify that in compliance with Local Rule 7.2(j) and the Court's Rule 16 Scheduling Order, they have met and conferred and made all reasonable steps to resolve the foregoing dispute prior to contacting the Court.

Dated:  April 28, 2016

| | |
|---|---|
| **CHILDREN'S RIGHTS, INC.**<br><br>/s/ William Kapell<br>William Kapell<br>Julia L. Davis<br>Adriana Luciano<br>Rachel Nili<br>Phillip Barber<br>330 Seventh Avenue, Fourth Floor<br>New York, New York  10001<br>Telephone:  (212) 683-2210<br><br>**PERKINS COIE LLP**<br>Joseph Mais<br>Shane Swindle<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona  85012-2788<br>Telephone: (602) 351-8000<br><br>**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**<br>Anne C. Ronan<br>Timothy M. Hogan<br>514 West Roosevelt Street | **OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>/s/ Gary N. Lento<br>Gary N. Lento<br>Melanie Grace McBride<br>Joshua R. Zimmerman<br>1275 West Washington<br>Phoenix, Arizona 85007-2997<br>Telephone: (602) 542-7989<br>*Attorneys for Defendant Gregory McKay* |

Phoenix, Arizona  85003
Telephone:  (602) 258-8850

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Gary N. Lento
gary.lento@azag.gov
Melanie Grace McBride
melanie.mcbride@azag.gov
Joshua R. Zimmerman
joshua.zimmerman@azag.gov
ARIZONA ATTORNEY GENERAL
1275 West Washington
Phoenix, Arizona 85007-2997

Daniel P. Struck
dstruck@swlfirm.com
Kathleen L. Wieneke
kwieneke@swlfirm.com
Nicholas D. Acedo
nacedo@swlfirm.com
Tara B. Zoellner
tzoellner@swlfirm.com
Timothy J. Bojanowski
tbojanowski@swlfirm.com
STRUCK WIENEKE & LOVE, P.L.C.
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473

Logan T. Johnston
ltjohnston@live.com
JOHNSTON LAW OFFICES, P.L.C.
1402 E. Mescal Street
Phoenix, Arizona 85020

Catherine D. Plumb
plumblawoffice@gmail.com
LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.
17225 N. 16th Place
Phoenix, Arizona 85022

/s/ William Kapell