Joseph Mais (005470)
Shane Swindle (011738)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
T: (602) 351-8000
F: (602) 648-7000
jmais@perkinscoie.com
sswindle@perkinscoie.com

Anne C. Ronan (006041)
Timothy M. Hogan (004567)
**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
514 West Roosevelt Street
Phoenix, Arizona 85003
T: (602) 258-8850
F: (602) 258-8757
aronan@aclpi.org
thogan@aclpi.org

Philip Barber (admitted *pro hac vice*)
Julia L. Davis (admitted *pro hac vice*)
Adriana T. Luciano (admitted *pro hac vice*)
**CHILDREN'S RIGHTS, INC.**
Wall Street Plaza
88 Pine Street, Suite 800
New York, New York 10005
T: (212) 683-2210
F: (212) 683-4015
pbarber@childrensrights.org
jdavis@childrensrights.org
aluciano@childrensrights.org

*[Defendants' counsel listed on signature pages.]*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley; C.P. and B.T. by their next friend Jennifer Kupiszewski; A.T.; A.C-B; M.C-B; J.C-B; D.C-B; J.M. and J.C. by their next friend Susan Brandt, for themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Gregory McKay, in his official capacity as Director of the Arizona Department of Child Safety; Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Thomas J. Betlach, in his official capacity as Director of the Arizona Health Care Cost Containment System, <br><br> Defendants. | No. 2:15-cv-00185-PHX-ROS <br><br> **JOINT STATEMENT IDENTIFYING SUITABLE NEXT FRIEND** <br><br> (Assigned to the Honorable Roslyn O. Silver) |

| | |
|---|---|
| 1 | Pursuant to the Court's Order entered on May 13, 2016 (Dkt. No. 156), the parties, |
| 2 | by their undersigned counsel, hereby submit the following Joint Statement identifying a |
| 3 | suitable individual to serve as Next Friend for A.C-B, M.C-B, J.C-B, D.C-B, and J.M. |
| 4 | The parties have met and conferred as directed by the Court, and have agreed that |
| 5 | Nicole Hinderaker is a suitable individual to serve as the Next Friend for A.C-B, M.C-B, |
| 6 | J.C-B, D.C-B, and J.M. Ms. Hinderaker is a graduate of the James E. Rogers College of |
| 7 | Law at University of Arizona and an attorney practicing family and juvenile law for over |
| 8 | 15 years. From 1996 to 2003, and then from 2008 to 2012, she served as an Assistant |
| 9 | Attorney General in Pima County, representing the state of Arizona in child abuse and |
| 10 | neglect cases. She is currently a partner at Rolfe Hinderaker PLLC in Tucson, practicing |
| 11 | family and juvenile law. |
| 12 | Respectfully submitted this 27th Day of May, 2016. |

| | |
|---|---|
| **CHILDREN'S RIGHTS, INC.**<br><br>/s/ Philip G. Barber<br>Philip G. Barber<br>Julia L. Davis<br>Adriana Luciano<br>Wall Street Plaza<br>88 Pine Street, Suite 800<br>New York, New York 10005<br>Telephone: (212) 683-2210<br><br>**PERKINS COIE LLP**<br>Joseph Mais<br>Shane Swindle<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788<br>Telephone: (602) 351-8000<br><br>**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**<br>Anne C. Ronan<br>Timothy M. Hogan<br>514 West Roosevelt Street<br>Phoenix, Arizona 85003<br>Telephone: (602) 258-8850<br><br>*Attorneys for Plaintiffs* | **ARIZONA ATTORNEY GENERAL**<br>/s/ Gary N. Lento<br>Gary N. Lento<br>Melanie Grace McBride<br>Joshua R. Zimmerman<br>1275 West Washington<br>Phoenix, Arizona 85007-2997<br>Telephone: (602) 542-7989<br>*Attorneys for Defendant Gregory McKay*<br><br>**STRUCK WIENEKE & LOVE, P.L.C.**<br>/s/ Daniel P. Struck<br>Daniel P. Struck<br>Kathleen L. Wieneke<br>Nicholas D. Acedo<br>Tara B. Zoellner<br>Timothy J. Bojanowski<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226-2473<br>Telephone: (480) 420-1600<br>*Attorneys for Defendant Cara M. Christ*<br><br>**JOHNSTON LAW OFFICES, P.L.C.**<br>/s/ Logan T. Johnston<br>Logan T. Johnston<br>1402 E. Mescal Street<br>Phoenix, Arizona 85020<br>Telephone: (602) 452-0615<br><br>**LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.**<br>Catherine D. Plumb<br>17225 N. 16th Place<br>Phoenix, Arizona 85022<br>Telephone: (602) 510-5184<br>*Attorneys for Defendant Thomas J. Betlach* |

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Gary N. Lento
gary.lento@azag.gov
Melanie Grace McBride
melanie.mcbride@azag.gov
Joshua R. Zimmerman
joshua.zimmerman@azag.gov
ARIZONA ATTORNEY GENERAL
1275 West Washington
Phoenix, Arizona 85007-2997

Daniel P. Struck
dstruck@swlfirm.com
Kathleen L. Wieneke
kwieneke@swlfirm.com
Nicholas D. Acedo
nacedo@swlfirm.com
Tara B. Zoellner
tzoellner@swlfirm.com
Timothy J. Bojanowski
tbojanowski@swlfirm.com
STRUCK WIENEKE & LOVE, P.L.C.
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473

Logan T. Johnston
ltjohnston@live.com
JOHNSTON LAW OFFICES, P.L.C.
1402 E. Mescal Street
Phoenix, Arizona 85020

Catherine D. Plumb
plumblawoffice@gmail.com
LAW OFFICES OF CATHERINE DODD PLUMB, P.L.C.
17225 N. 16th Place
Phoenix, Arizona 85022

/s/ Philip G. Barber