| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

B.K., by her next friend Margaret Tinsley; et al.,

        Plaintiffs-Respondents,

 v.

GREGORY MCKAY, in his official capacity as Director of the Arizona Department of Child Safety,

        Defendant-Petitioner.

No.   17-80212

D.C. No. 2:15-cv-00185-ROS
District of Arizona,
Phoenix

ORDER

Before:  PAEZ and IKUTA, Circuit Judges.

      The motion for leave to file a reply in support of the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is granted (Docket Entry No. 3).  The reply has been filed.

      The court, in its discretion, grants the petition for permission to appeal the district court's September 30, 2017 order granting class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).  Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SMR/MOATT