**EXHIBIT 1**

**EXHIBIT 1**

Expert Report of Robert M. Friedman

I.      Introduction

My name is Robert M. Friedman, and I am working as an expert with the Arizona Health Care Cost Containment System (AHCCCS) on this lawsuit.  I was originally retained by the Arizona Department of Health Services (ADHS), but when the responsibility for behavioral health services was transferred from ADHS to AHCCCS, I continued my work under the auspices of AHCCCS.

I am a Clinical Psychologist and received a bachelor's degree from Brooklyn College (B.A., 1964) and then both a master's degree and doctorate degree from Florida State University (M.S., 1967; Ph.D., 1970).  Since receiving my Ph.D., and essentially for my entire career, my focus has been on the behavioral health needs of children and families, on effective interventions to address these needs, and on systems of care to promote effective service delivery.  My clinical work began at Sunland Hospital in Tallahassee, Fl., then at the Tri-County Youth Services Bureau in Hughesville, MD., and finally at the Louis de la Parte Florida Mental Health Institute (FMHI) in Tampa, FL.

From 1976 until 2010, I was a faculty member at FMHI, which is part of the University of South Florida.  I was initially responsible for developing and administering a day treatment program for adolescents with serious mental health challenges who were either in the foster care system or in the juvenile justice system.  This work led to my first federal grant, a grant from the United States Children's Bureau to conduct an assessment of Florida's foster care system (1980-1982).

At FMHI, I began as Adolescent Project Director, and then became Director of Technical Assistance and Consultation.  In this role I worked with local mental health agencies across the State of Florida to help them develop their services and service system.  Between 1984 and 1991, I served as Professor and Chair of FMHI's Department of Epidemiology and Policy Analysis, and from 1991 through July 2006, I served as Professor and Chair of FMHI's Department of Child and Family Studies.  In 2006, I became Interim Dean of FMHI for a year, after which I returned to the FMHI faculty as a Professor, a position I held until my retirement from FMHI in February, 2010.  Since that time I have served as an independent consultant.

I have been fortunate to have held several significant national leadership positions in children's mental health.  In 1984, I received a five-year grant from two federal agencies to direct one of two research and training centers for children's mental health in the country.  During this five-year grant, along with my colleague Beth Stroul, I co-authored a monograph on a system of care for children with serious emotional disturbances and their families (Stroul and Friedman, 1986).  This model was promoted by the Child, Adolescent, and Service System Program of the National Institute of Mental Health, and then by the Child, Adolescent and Family Branch of the United States Center for Mental Health Services, and has been the dominant model for system development in children's mental health in the United States for over 30 years now.

DEF-EXPERT-000001

I went on to receive additional five-year grants for our Research and Training Center for Children's Mental Health in 1989, 1994, 1999, and 2004.  During this time, our Center conducted research on such topics as alternatives to residential treatment, the long-term outcome for children and youth with serious emotional disturbances, implementation strategies for systems of care, approaches to serving older adolescents making a transition to adulthood, approaches to financing systems of care, outcome measurement in systems of care, and inter-agency collaboration.  In 2011, I co-authored a report on expanding community-based systems of care statewide (Stroul and Friedman, 2011).

I have been invited to consult in over 40 states on system development, and/or to conduct evaluations of the status of their children's mental health system.  I have also been appointed to numerous local, state, federal and foundation committees and boards, including serving on the Advisory Board for the Surgeon General's Report on Mental Health (United States Department of Health and Human Services, 1999); serving on the Children's Committee of the President's New Freedom Commission on Mental Health (Huang, Stroul, Friedman, et al., 2005); chairing the review committees for the first two cycles of the Comprehensive Community Mental Health Services for Children and their Families of the United States Center for Mental Health Services; chairing a committee of the United States Substance Abuse and Mental Health Services Administration to review epidemiological research on the prevalence of children's mental health disorders (Friedman, Katz-Leavy, Manderscheid, & Sondheimer, 1996); and serving on the Advisory Board for the United States Center for Mental Health Services from 2010-2013.  I also served on the planning committees for the children's mental health initiatives of the Annie E. Casey Foundation and the Robert Wood Johnson Foundation, was a member of the national evaluation team for the children's mental health grant program of the United States Center for Children's Mental Health Services, initiated the Alliance for the Safe, Therapeutic and Appropriate Use of Residential Treatment, and testified before Congressional committees or at Congressional briefings on five occasions.

I have published 55 journal articles and 31 chapters and books, and have made over 200 professional presentations.  I have received awards from groups like the Division of Children, Youth, and Families of the American Psychological Association, the National Mental Health Association, the Children's Board of Hillsborough County, FL., and Pressley Ridge Schools.

In addition, and of special relevance to my work here, I have served as an expert witness in class action lawsuits related to child welfare and/or children's mental health in Alabama, Arizona, California, Massachusetts, and Washington State.  The opportunity to be involved with these lawsuits came both from my reputation as a national leader in children's mental health, and as an advocate for effective services for children and their families based on system of care values and the best available research. Only in the JK lawsuit did I serve on behalf of a state.  In all other instances I worked on behalf of the plaintiffs because I felt, after careful study, that there were major systemic deficiencies that were adversely affecting children and families.  I made the decision to serve as an expert on behalf of the State of Arizona in the late stages of

DEF-EXPERT-000002

the JK lawsuit because I believed, after reviewing the data and meeting with several officials, that the State of Arizona had made significant improvements during the course of the lawsuit, and was committed to continuing to seek ways to further improve their system.

When I was asked to serve as an expert in the current lawsuit, I initially refrained from making a commitment.  I have been an advocate for children with mental health problems and their families throughout my career, and I was unwilling to make a commitment to work with DHS unless I was convinced that they were, in fact, providing high quality services that were responsive to the needs of the plaintiffs, and that they were working towards achieving even a higher level of performance.

The plaintiffs included ten youngsters at the time, all of whom had experienced considerable trauma and had been removed from their family.  This was a very vulnerable group with significant needs for strong services.  I was provided with an opportunity to review the records of these ten youngsters in early 2015 by the attorneys for the State.  As I read the records, I became very impressed with the wide range of services that were provided and the frequency with which they were provided, with the close coordination that took place between individual services providers and between agencies, and with the high quality of the services.  Although no system is perfect and there is always room for improvement, I was very favorably impressed by work being done by the system and the providers in Arizona.

My impression has, in fact, been backed up by the outcomes for the ten youth who were the original plaintiffs.  At this point, eight of the ten have been discharged from the child welfare system and into permanent placements, such as adoption or placement with a relative.  This is an extremely positive outcome attributable in part to the resilience and strength of the youngsters, but also to the policies and procedures and the hard work and commitment of those who were involved in planning and/or providing services.  This convinced me to agree to serve as an expert witness, initially for DHS and subsequently for AHCCCS.

I should note that, at the outset, it was clear to me that while each of the ten youth presented with difficult challenges, there were two for whom the challenges were especially severe (BK and BT).  BT was the oldest plaintiff at the time, and BK was just a few months away from being the second oldest. They had experienced more trauma than most of the others, and were presenting with more serious behavioral health problems as a result. I was skeptical about whether, even with high-quality services and coordination, the system would be able to achieve positive results for these two young people. I am delighted, if not somewhat surprised, to see that as of my last reading in early October, 2017, one of these two youngsters (BT) has been in a stable pre-adoptive home for about eight months, and is now ready, at the age of 17, to be adopted.  This is a major accomplishment!

The outcome is not yet as positive for BK, although the system did help her make some major gains, as will be discussed later, and she came close to being adopted until there was a disruption in the adoption placement.  BK is now in a stable residential placement, which seems

3

DEF-EXPERT-000003

appropriate in terms of her needs and background, and hopefully she will again make progress and be able to be placed in a permanent home. The system is not perfect. There were certainly services provided to BK, BT, or any of the original plaintiffs that could have been improved upon. I have concluded, however, that the system has served them well, showing its strength, flexibility, talent, and commitment, which has led to positive outcomes for at least eight (and hopefully a ninth very soon, and maybe even a tenth in the not too distant future). Based on the good work that I saw during my initial review of these cases and that I continue to see currently I, as an advocate for children and families, chose to serve as an expert on behalf of AHCCCS.

I am being paid $300 per hour for my work on this case. I have not testified in a trial or a deposition over the last five years.

II.     Review for this Case

        A.     Overview

The second cause of action in the complaint filed by the attorneys for the plaintiffs says that the State is in "violation of plaintiffs' rights under the EPSDT provisions of the Medicaid act." It further maintains that the State "has a practice of failing to provide members of the Medicaid class with screening services that comply with the State's Periodicity Schedule;" and that it "has a practice of failing to provide members of the Medicaid Subclass with medically necessary diagnostic and treatment services." Indeed, the Federal EPSDT mandate is that states are obligated to make sure families are aware of EPSDT, and "have access to required screening and necessary treatment services." The EPSDT mandate provides states with "broad flexibility to determine how to best ensure such services are provided (Centers for Medicare and Medicaid Services, 2014).

This current report seeks to address this position of the Plaintiffs first by examining the history and records of the two plaintiffs remaining in this case, BK and BT, and then by reviewing policies and procedures employed by AHCCCS to monitor and continually improve the delivery of behavioral health services. It begins with a brief description of the manner in which Arizona has selected to operate its system and fulfill the EPSDT requirements.

The original court filing by the attorneys for the plaintiffs was submitted to the United States District Court for the District of Arizona, on February 3, 2015, and then an amended filing was submitted on June 8, 2015. At both of these times the responsibility for the provision of behavioral health services in Arizona was primarily with the Division of Behavioral Health Services (BHS) of the Department of Health Services in collaboration with the Arizona Health Care Cost Containment System (AHCCCS). At the time of the filing, the system was in transition and the responsibility for behavioral health services was being transferred fully to AHCCCS from BHS, a transition that that became effective July 1, 2016.

4

This was only one of several large changes that took place around this time relevant to this court filing. ADHS fulfilled its behavioral health responsibility through contracts with managed care companies called Regional Behavioral Health Authorities (RBHAs). Each RBHA contracted with provider agencies in its geographic service area (GSA) to actually deliver the behavioral health services in that area. The use of managed care itself is not new to Arizona. In fact, in its September, 2016 report, the Health Services Advisory Group, which serves as the independent external quality review oversight agency, indicated that the Arizona Health Care Cost Containment System was the first statewide Medicaid managed care system in the nation (in 1982), and further said that "it continues as a national leader and innovator in designing, and administering effective and efficient financing, contracting and service delivery models." There were four RBHAs at the time of this court filing covering the six geographic service areas, but since then the number of RBHAs for the six GSAs has been reduced to three. Further, in April, 2014, Mercy Maricopa Integrated Care took over responsibility from Magellan for Maricopa County, the largest GSA in Arizona by a large amount. Also in calendar year 2014, the managed care system was modified to integrate the provision of physical and behavioral health care.

To provide further context, in 2014, the provision of child welfare services was put under the auspices of a brand new stand-alone department, the Department of Child Safety (DCS). Previously the responsibility had been with the Division of Children, Youth and Families of the Department of Economic Security, and this move elevated child welfare concerns within the state system in an effort to improve services.

Within a three year period, from 2014—2017, beginning just before the complaint was filed by the plaintiffs, there were four major systemic changes that took place, which had a bearing on the provision of behavioral health services:

- Responsibility for behavioral health was shifted from DBHS to AHCCCS;
- The number of RBHAs was reduced to three and a new managed care company was selected to be the RBHA in the largest county in the state;
- The decision was made to integrate the provision of behavioral health and physical health services;
- A new state agency was created with responsibility for the child welfare system.

These changes are reflective of a state that was not content maintaining the status quo in its system. Rather, the changes reflect positive steps taken at the highest level of state government to bring system improvements to ensure that behavioral health services and all child welfare services would be provided in an effective and efficient manner consistent with federal and state law and policies. Behavioral health services for children in Arizona had been the subject of an earlier class action lawsuit, the JK lawsuit filed in 2001 and closed in 2014, which enunciated a set of twelve principles for the behavioral health system. These principles, which were adopted by the State of Arizona and translated into action that led to the settling of

DEF-EXPERT-000005

the lawsuit in 2014, emphasized the provision of individualized, coordinated, strength-based, and culturally competent services within community-based systems of care.  An important feature of this was that children receiving behavioral health services would have a child and family team (CFT), which would develop, coordinate and oversee the implementation of a treatment plan.

The present review will begin with a summary of the services provided to BK and BT, the two plaintiffs who remain from the original group of ten.  Records up until early October, 2017 were reviewed and included treatment notes, child and family team reports, incident reports, annual assessments, psychiatric evaluations, and behavioral health service plans.  I previously reviewed records up until October, 2016 in compiling my previous report, so this review will primarily focus on the twelve months between October, 2016 and October, 2017.

I will then review policies and procedures in place in Arizona to try to provide as effective services as possible.  This will include an examination of the findings from some of the monitoring and accountability mechanisms in use.  As in my previous report, I will describe findings from numerous reports, including the System of Care Practice Review report for 2016 (Mowery, Wang, Callejas, & Flynn 2017), the Senate Bill 1375 report (October, 2015), the EQRO report (September, 2016), the Provider Network Development and Management Plan of 2014 and 2015 for the State and the Network Development plans for each of the three RBHAs (dated between November, 2016 and January, 2017), depositions taken by the attorneys for the plaintiff in 2017, the reports of the expert witnesses for the plaintiff, and written responses to my inquiries by AHCCCS staff.  In September, 2016, I visited AHCCCS headquarters in Phoenix, at which time I met with Dr.Sara Salek, Paul Galdys, Jakenna Lebsock, Debbie Reichow, Kevin Flynn, Bob Crouse, Christina Quast, and Virginia Rountree.  I also had phone interviews with AHCCCS staff (Virginia Rountree, Bob Crouse, Kevin Flynn and Christina Quast on 8/23/16), DCS staff (Christopher Kech, Mark Ewy, Dr. Sarah Parks, and Assistant Attorney Generals Wendy Harrison and Melanie McBride on 10/5/16), and staff from the three RBHAs in October, 2016 (Karrie Steving, Deborah Harris, Naoma Holmes, and Bernadette Moreno of MMIC, Vistoria Tewa, Jennie McMillian Dr. Aaron Goldman, and Nicole Larson of Health Choice Integrated Care, and Kim Lancaster, Ron Copeland, Emily Wetter, Tatyana Farietta-Murray, Susan Coursey, and Hilary Mahoney of Cenpatico Integrated Care).

B.   Services and Service Coordination on Behalf of the Plaintiffs

As noted earlier, there were originally ten named plaintiffs in this lawsuit.  There are only two remaining plaintiffs because each of the other eight were successfully served and left the foster care system for a permanent placement.  It is noteworthy, and certainly a positive sign of how the system functioned, that despite the identification of ten plaintiffs from around the State who presumably all had serious problems, had experienced significant trauma, and were placed in foster care, eight of these plaintiffs were in permanent placements within two years.

DEF-EXPERT-000006

The two remaining plaintiffs are BK, a 13-year-old female, and BT, a 17-year-old male. These are two of the oldest children in the original plaintiff group of ten.  Both of their problems began when they were young, and both of them received multiple services based on the results of their initial assessments and emerging developments.

BK

BK entered foster care as a toddler after being born in prison to a mother who was using meth. She was apparently placed with a family friend for a year, has had multiple placements, and entered foster care in 2011 with her three siblings, all of whom are older than her.  She was described as being explosive both verbally and physically, and having great difficulty controlling and regulating her emotions.  She ended up in multiple placements, with diagnoses such as cyclothymic disorder, Post-Traumatic Stress Disorder (PTSD), disruptive behavior, and Attention Deficit Hyperactivity Disorder (ADHD).  Her services were always planned by her CFT, and this team met regularly to review her progress, coordinate across agencies and services, and modify her plan and services as needed.  CFTs are run by a case manager, and are a key part of the Arizona system of care.  For youth with serious behavioral health issues, a high needs case manager (HNCM) is assigned, who runs the CFT and meets regularly with the youngster.  In addition to high needs case management, BK also received individual outpatient therapy, group therapy, transportation, and psychotropic medications.  She was placed on several psychotropic medications, including Clonidine, Risperdal, and Depakote, and received regular psychiatric and medication reviews.

In addition to these relatively traditional services, BK also received the extensive services of a behavior coach, attended a summer camp, and participated in a special group that focused around art called "Art Awakening."  Her behavior coaches took her frequently to community activities, including church and recreational centers, to help her understand how to interact with others and acquire the social skills needed to get along with others and make friends.  In total, BK had over 100 sessions with behavioral coaches and this proved to be very valuable to her. During one summer, to help get through the days without school, she spent three days per week with her behavior coach and the other two weekdays attending a summer program.

The Arizona system of care is also designed to provide individualized services based not only on the needs of those who are served, but also their interests and strengths.  In keeping with this, BK was enrolled in community activities such as soccer and a hip-hop class.  She also had the services of a Youth Advocate who took her to an adoption fair and worked to try to identify a potential adoptive home for her.  She received respite care services, crisis services, play therapy when she was younger, trauma-focused therapy, and special education.

During her time in foster care, BK has spent time in foster homes, and was briefly in hospitals, in shelters, and in group homes.  During her first several years in foster care, there was great stability in BK's CFT, with the HNCM and the therapist remaining the same.  In the fall of 2014, the HNCM and her husband decided that they would like to take BK as a foster child.  They

DEF-EXPERT-000007

went through training, were licensed, and received BK in late 2015.  This was an exceptional effort by BK's HNCM to provide treatment and care for her. This foster placement was a therapeutic foster placement called an HCTC (Home Care Training to Home Care Children). With the support of the entire CFT, including the HNCM, the therapist, and the behavior coaches, BK made significant progress in this placement.  In fact, reports indicate that "great progress" was made while she was in the placement, and she exhibited decreased physical and verbal aggression, was doing well in school, and was doing much better at following rules.

After this progress was made, BK was placed in a foster home with a plan for adoption.  She was placed in December, 2016, and again with the help of the team, including the mobile crisis team that helped on a couple of occasions, great progress was made.  In March, 2017, reports were that BK continued to receive HNCM, individual therapy, mentoring and art therapy, and that she "no longer struggles with impulses, aggressions or any suicidal ideation."  Again, one month later in April, 2017, the team reported that BK was adjusting well, and that the team was excited for the adoption to finalize. Plans were made to switch from HNCM to a regular case manager, and to terminate the behavioral coaching service since BK was doing so well. However, BK remained anxious about whether she would be asked to leave this home, a common characteristic of children in foster care who have been in many placements.  She was very sensitive to what she perceived as criticism, and sometimes over-reacted to it.  Finally, at the end of May, 2017, just shortly before the adoption was going to be finalized, BK reverted to earlier patterns of dealing with stress and the pre-adoptive parents decided that they did not want to go through with the adoption.  This was a devastating occurrence for all involved and the team mobilized quickly to try to assist BK and maintain the progress that had been made.

BK was distraught for a few months after the adoption disruption, was again acting out physically and verbally, and was bounced from placement to placement, including time in a hospital.  The last report indicates that BK has now been placed at Mingus Mountain, a six- to twelve-month residential treatment program, in an effort to stabilize her and help her recapture the level of functioning that she had achieved.

In summary, this is a young lady who received a large number of different services in a truly individualized program under the auspices of her CFT, who after a rocky start in foster care did very well in an HCTC and then in a pre-adoptive placement, but who began to fall apart just as the adoption was about to take place.  This is a very sad and unfortunate event that took place despite all of the good services that were provided, and despite all of the progress that BK had made and that was well-documented in her record.  While wanting to have a permanent family, BK was always ambivalent about adoption because of a fear that she would end up being rejected again by another family.  BK will hopefully get help in the residential program by learning how to deal with these feelings and cope with her anxieties and sensitivities and have another chance at a permanent placement.  While the present situation is certainly unfortunate, it seems to represent a setback not because of the inadequacy of the services

DEF-EXPERT-000008

provided, but because of the struggles of a young lady who has experienced many traumas and has very challenging behavioral health conditions.

BT

BT is a young man who was born in October, 2000, was removed from his mother's custody at a very young age, spent time in relative and friend homes, and appears to have formally entered foster care in 2005. The records for BT begin in 2010, and he was described on the one hand as being loving and caring with good intentions, and on the other hand as being impulsive, verbally and physically violent, easily frustrated, and with a hard-time focusing. He appears to have had a CFT since August, 2010, and began on Concerta and Risperdal shortly after. The initial plan was for him to return home, but this didn't prove feasible, and in July, 2011, he was moved to an HCTC. At this point he had contact with his uncle and brothers, but this is no longer the case. The uncle was considered as a potential placement, but he quickly gave up on BT. The only relative with whom he currently has contact, and this is occasional, is his older brother who has moved out of state.

BT has been the recipient of many services through the years. This starts with a CFT and includes HNCM, individual counseling, psychiatric evaluations, psychotropic medication, respite care, trauma-focused behavior therapy, transportation and special education. A variety of individual counseling approaches were used, including trauma-focused cognitive behavior therapy, dialectical behavior therapy, and motivational interviewing. There were four main foci of BT's treatment—the first, and perhaps most critical, was to teach him to manage and regulate his emotions more effectively, particularly in the face of stress, and to help him learn how to use verbal messages and other techniques to calm himself after losing control. The other treatment foci were teaching healthier sexual boundaries, staying away from illegal drugs, and managing his own prescribed medications. Although BT could be a very likeable young man, his aggressiveness remained a major problem that contributed to frequent changes of placement.

In July, 2015, BT was moved to the secure residential unit of the Youth Development Institute (YDI). There, he continued to receive numerous treatments, including individual counseling, social skills groups, chemical dependency groups, psychoeducational groups, and recreational therapy. He also attended school on the unit, and his CFT met regularly to review his progress, ensure that services were well-coordinated, and make changes in the treatment program as they felt were needed. The treatment program was truly individualized and built on BT's strengths. At one point BT asked if he could have a pet. The team considered this and allowed him to have a hamster, which he kept in his room. This was a positive, normalizing activity and BT proved to be a responsible caretaker for the hamster. BT also had a youth advocate who took him out of the facility into the community and worked with him on social skills in real community settings. One of the plaintiffs' experts, (Azzi-Lessing, 2017), indicated in her report that BT made "sustained improvement in the RTC," where there was "skilled therapy, carefully

DEF-EXPERT-000009

controlled environment, close medication monitoring, and specialized education and recreation programs" provided by YDI.

The short-term goal was to move BT from the YDI secure residential program to their therapeutic group home as progress was made.  This took longer than was initially expected or hoped for because whenever BT seemed ready for such a move, there would be an incident on the unit that resulted in a delay.  Finally, in March, 2016, BT was moved to a YDI therapeutic group home, and continued with many of the same treatments he had received in the secure residential program.  BT participated well in the individual and group treatments and overall, despite occasional incidents of acting up, did quite well in the group home.

In January, 2017, plans were made to move BT out of the group home and into a foster home with a woman, who had been his guardian and life skills person, and her partner.  This transition was handled very well with a number of visits before the actual placement was made in February, 2017.  Family therapy was added to the services for BT to help him and his foster parents, and communication between the foster parents and the HNCM and individual counselor were excellent.  After a while, BT got a part-time job at a local McDonald's, and his school performance improved.  Graduation from high school became a reasonable goal and BT indicated that he would like to go to college.  His CFT continued to meet regularly and although these meetings made BT anxious, they proved helpful as a coordination/communication mechanism.  At one point, for example, there was concern expressed by the foster parents that BT had a new friend who was trying to get him involved in drugs.  This was communicated by the foster parents to the HNCM and counselor and the communication between them helped deal with this potential problem.

In March, 2017, the "team agreed BT has done really well the past year," and plans were made to taper off some of the medication and therapy.  At this point BT had diagnoses of Unspecified Mood Disorder, ADHD unspecified type, Oppositional Defiant Disorder, and PTSD, and was prescribed Adderall and Clozaril.  The treatment focus began to include a stronger emphasis on life skills given BT's age.  This included money management, for example, and obtaining a photo ID.  He was given the Casey Life Skills Assessment, which focuses on such things as activities of daily living; self-care; relationships and communication; housing and money management; work and study; and life, career and educational planning.

As BT continued to do well in the foster home, in school, and at this job, in September, 2017 the issue of adoption by the foster parents was raised.  Although BT was already 17, and this is a late age for adoption, and although he was anxious that an adoption might fail, he wanted to go ahead with this, as did his foster parents.  To help him deal with his anxiety about adoption, his counselor has worked with him on a "fact vs opinion" worksheet, and a "thinking errors" worksheet.

Overall, after a very rough start in life and despite being placed in out-of-home care, BT has made enormous progress both due to his own skills and resilience, and the services provided by

DEF-EXPERT-000010

the child welfare and behavioral health system.  It is extremely encouraging that there is now a very real possibility of an adoption, even at this late age.  This would never have been anticipated a few years ago, given both the severity of BT's challenges and his age, and this would be a tremendous accomplishment. Such an adoption would provide him with security and support that would assist him throughout his adult years.

As BT has matured and improved, the services provided to him have shifted.  While counseling, HNCM and CFTs have continued, there has been a shift towards working at a part-time job in the community and acquiring practical real-life skills. At this point it is not known how the planned adoption is proceeding, but it is certainly encouraging and a positive sign that there has been such progress made and that an adoption is even being considered.

Summary of Plaintiffs

Of the ten original plaintiffs, eight have left the foster care system with permanent and positive outcomes.  The two remaining plaintiffs, BK and BT, have received a large variety of services with good coordination and individualization.  The system has certainly met the EPSDT requirement of providing access to medically necessary services as identified in the assessment and of providing coordination of the services with regard to both BK and BT.  No system or policy, however, can guarantee a particular outcome.  At this point, the outcome is sad and disappointing for BK, and positive and encouraging for BT.  However, these are two youngsters who have presented very challenging behaviors and the system response has been consistently strong, regardless of the outcome.

C.      Policies and Procedures

Effective services and service coordination are a reflection and result of good planning and sound policies and procedures.  The planning, policies and procedures are designed to promote the effective services and coordination, and to monitor them for purposes of identifying deficiencies and developing strategies for improvement.  The EPSDT requirements are focused specifically on assessment, treatment, and coordination, and do not call for specific monitoring procedures. Nevertheless, since concerns were raised about monitoring by one of the experts for the plaintiff (White, 2017), it is important to understand the system's policy and accountability framework, and monitoring processes and procedures.

As indicated earlier, the Arizona behavioral health system is based on a set of twelve principles that were enunciated in the JK lawsuit, which was concluded in 2014.  While responsibility for behavioral health services has shifted from DBHS to AHCCCS since that time, these principles remain the foundation and essentially call for the delivery of individualized, strength-based, family-focused, well-coordinated services within an integrated system of care.  They require that there be a broad range of services, and that treatment plans be developed by CFTs, which monitor them for their level of implementation and need for change.  Case managers are the central service providers who run the CFTs and oversee the delivery of services.  Children and youth with serious behavioral health needs, defined by the system as a score of four or above

DEF-EXPERT-000011

on a psychometric instrument called the CASII, receive high needs case management in which the caseload of the case manager is reduced allowing for a greater frequency of contact with the child or youth, and family.

Arizona has developed the AHCCCS Medical Policy Manual (AMPM), a policy and procedures manual which sets forth the basic expectations and requirements of the system.  This manual calls for State on-site monitoring and review, for an annual administrative review, for focused reviews as needed, and for quarterly, annual and ad hoc reports from contractors.

Some of the monitoring and review procedures that are most relevant to building and maintaining an effective system consistent with EPSDT requirements are described in the next section.

Case Record Reviews

Each of the RBHAs is required to conduct case record reviews consistent with guidelines from AHCCCS.  These audits are conducted twice a year and the results are provided to AHCCCS by the RBHAs. The record reviews select a random sample of children and adults who are served by each provider within the RBHA network, with a confidence level of 90% +/- 10 used. Typically about 15 charts are reviewed for each agency.  For example, in 2016, MMIC reviewed 615 children's records from 41 agencies and Cenpatico reviewed 360 charts from 24 agencies.

The reviews are conducted by individuals trained specifically in record review.  HCIC, for example, uses the medical records review specialist and clinical record review manager to conduct the reviews electronically via secure connections with the providers' electronic medical records. Information obtained includes whether there is an accurate assessment, whether members requiring a specialty provider are referred for and receive special services, and whether the plan contains specific services to be provided and the frequency with which such services will be provided.

If the results show that an agency is not up to minimum standards in a particular area, then an analysis of that deficiency is done and the agency is asked to come up with a practice improvement plan. The performance of the agencies is by no means perfect.  For example, current treatment plans were available for 80.91% of the MMIC sample, and in only 77.49% of records did the service plans incorporate the needs and service recommendations that were identified in the assessment for MMIC.  For Cenpatico the overall score for CFTs was 85.96% and the score for access to care was 83.60%, resulting in a practice improvement plan.  For HCIC, the score on treatment planning was 94.61% overall, the score for CFT processes was 90.47%, but in only 80.65% of cases was the treatment plan based on the current assessment.

At its Clinical Oversight Committee meeting on 7/3/17, AHCCCS addressed the issue of variance in methodology between RBHAs in conducting these medical case reviews, including the specific sampling methodologies that are used.  Based on this concern, AHCCCS has been working with the RBHAs to develop a more consistent medical record review process that

DEF-EXPERT-000012

meets and exceeds requirements as outlined in the AMPM 940 for behavior health assessment and service planning.

The purpose of presenting this information is not to suggest that the system is beyond needing improvement.  Rather, this is just one example of monitoring that is taking place that leads to corrective action, where needed, and that is itself constantly under scrutiny in an effort to enhance its validity and usefulness.

System of Care Practice Review

The System of Care Practice Review (SOCPR) is another approach used by AHCCCS to monitor quality.  Designed by researchers at the University of South Florida (Hernandez, Worthington, & Davis 2015; Stephens, Holden, & Hernandez, 2004), it involves interviews with family members, case managers, and other members of the treatment team, as well as case record reviews to determine the consistency of the services with system of care principles.  The use of interviews with multiple informants plus the review of case records allows the interviewers to get multiple perspectives. The data is collected by an independent contractor and is then analyzed and summarized in a report by the University of South Florida.  The most recent report was for FY 2016 (Mowery, Wang, Callejas, & Flynn, 2017) and included 106 cases that were active with DCS out of a total sample of 205.

All 106 of the DCS cases had behavioral health system involvement.  This is not a surprise because to be included in the sample, a child had to have a CASII score of 4-6 (Fallon, Pumariega, Sowers et al., 2006).  Ninety-one percent of the sample received case management services and 68% received other treatment services.  The mean number of services provided per child was 3.78, suggesting that AHCCCS was in compliance with EPSDT in making services available.

Trained data collectors assign a rating ranging from 1 to 7 for each domain on the SOCPR, and for subdomains as well.  The overall score for the DCS sample of the SOCPR was 5.00, indicating a strong performance with room for improvement.  Of particular note was that one of the highest scores was in access to service (5.56). Integration and coordination of services for the overall sample was 4.51, which is good but not as strong as the other areas.

AHCCCS oversees the SOCPR process, and provides feedback to each RBHA.  The RBHAs then use the findings with provider agencies to either validate strong performance or identify areas in need of improvement.  This is another approach, like the medical record review, to monitor current performance and strive for improvement.  The results, particularly on access to care and the number of services provided by child, are consistent with EPSDT requirements although, as always, there is room for improvement.

The state also uses another mechanism, called the Brief Practice Review (BPR), as a monitoring and quality improvement tool.  While the SOCPR specifically targets children and youth with a CASII score of 4-6, meaning that they have significant behavioral health needs, the BPR is for

13

DEF-EXPERT-000013

those youth with CASII scores of three or lower (Fallon, Pumariega, Sowers, et al., 2006). Data is collected through a telephone interview with a sample of parents. The interview protocol is based on the twelve principles of Arizona's behavioral health system, as mentioned above. The final summative question that the interviewer is asked to address is whether the reviewer feels that the family is receiving the appropriate amount and type of behavioral health services. The available results indicate an affirmative response to this question in 85% to 100% of those interviewed from several different geographic service areas.

Network Development and Management Plan

Each RBHA is also required as part of its contract with AHCCCS to submit annually a "Network Development and Management Plan." These plans must follow AHCCCS guidelines, and are designed to indicate the adequacy of the service network with regard to the number of providers, the services that are provided, and the location of the services. They also include information about the structure and processes used by RBHAs to assess quality and performance, and the outcome of strategies identified in the previous year's report to bring about improvements in needed areas. The 2017 plan of MMIC, for example, indicates that there are 446,000 eligible youngsters in the geographical service area that it serves, and that the network includes 113 behavioral health agencies operating out of 613 behavioral health locations. It also indicates that the MMIC Peer Review Committee monitors the audits, quality of care reviews, and grievances, and that a Quality Committee reviews and monitors each provider. When practice improvement plans are called for, the provider has 30 days to respond and then 90 days to implement the plan. MMIC has a special Children's Quality Committee that meets no less than six times per year. As indicated earlier, MMIC is the newest of the RBHAs, beginning in 2014. In its Network Development and Management Plan it indicates that it has redesigned the system particularly concerning outpatient services and HNCM services. As of October 16, 2016, there was only one youngster placed out of state by MMIC, a very commendable accomplishment.

The "Children's Quality Committee" is not unique to MMIC. Both HHIC and Cenpatico have similar committees. HCIC indicates that it has five youngsters placed out of state, as does Cenpatico, for a total of 11 statewide. HCIC reports that one reason it has as many as five out of state is because of its proximity to Las Vegas, which means that often times the closest residential service is out of state. However, it also reports on steps that it is taking to reduce that number and increase services locally. Each RBHA has a prerogative, and, in fact, an expectation, that it will build on the needs and strengths of its particular community. For example, Cenpatico has specifically emphasized wraparound care and has invested heavily in wraparound coaches.

Each RBHA is also required to report on the steps it takes to train, coach, and oversee CFTs to achieve high fidelity in providing this important service. They each build on standards and documents from the state, such as the "Child and Family Team Practice Tool," and "Unique Behavioral Health Needs of Children, Youth, and Families Involved with the Department of Child

DEF-EXPERT-000014

Safety Practice Tool." While each RBHA develops its own approach to promoting high quality CFT practice, AHCCCS requires copies of implementation protocols for the training, supervision and fidelity monitoring through its contracts with the RBHAs.  Other mechanisms that contribute to the assessment of CFT practice that have already been discussed are the bi-annual medical chart review audits, and the SOCPR.

Additional mechanisms that are used by RBHAs to monitor their system are analysis of complaints and grievances that are received, and review of credentials of providers. In addition, RBHAs examine single case agreements, which are agreements to provide services in a particular situation where there is no existing service available within the network.

A particular focus is often placed on residential placements.  As indicated earlier, as of early 2017 there were only 11 youth who were placed out-of-state.  The reasons for these placements are reviewed by the RBHAs, and included in their Network Development Plan.   A special concern has been raised about whether the capacity of HCTCs is adequate.  An HCTC-specific network analysis was completed in August, 2016, and showed that there were 263 registered HCTC providers who served DCS children in the state and 378 DCS children who were served in an HCTC during FY 2017.  Each provider is allowed to have two to three children, so the capacity within the state is at least double the number of providers.  AHCCCS asks each RBHA to report on network development and recruitment efforts on a quarterly basis and interviews with RBHA staff indicate that recruitment of HCTCs is an ongoing effort.  Indeed, the 378 DCS children who were served in FY 2017 represents an increase from 314 in FY 2014, 324 in FY 2015 and 375 in FY 2016.

In a decentralized system with regional authorities, a major way that the state oversees what is happening and promotes consistency to its own policy is through the contracting and contract review process.  It has already been indicated that the medical case reviews and the network development plans are developed by the RBHAs based on state policy and using state guidelines, and then are reviewed by the state.  In her deposition, Beth Kohler indicated that AHCCCS has 140 staff who are involved in contract oversight.  Each RBHA contract includes numerous deliverables with specified due dates and contract management is a major strategy used to insure compliance with federal policy, like EPSDT, and state policies, such as the twelve principles that are the foundation for the system, and those policies spelled out in the AMPM.

Monitoring of Timeliness of Initial Appointments

AHCCCS currently has a policy (ACOM 417) regarding behavioral health appointments for children in the legal custody of DCS.  It is important to note in this regard that while AHCCCS has a policy that speaks to specific timelines, there are not specific timelines specified by federal EPSDT policy.  AHCCCS requires a "rapid response" by the behavioral health system no later than 72 hours after DCS has notified the behavioral health system that a child has entered an out-of-home placement.  An initial assessment is then to be done within seven calendar days of the first screening, and subsequent behavioral health services are to be provided no later than

DEF-EXPERT-000015

21 calendar days from the identification of need. There have been measurement and communication issues that have been problematic for the RBHAs in meeting these requirements, but it now appears that considerable progress has been made.  Each RBHA provides AHCCCS with a monthly deliverable including the number of referrals made by DCS to the RBHA and the number of children seen within 72 hours.  The most recent data on the rapid response requirement is for the month of September, 2017 (AHCCCS, September 2017).

It was reported that MMIC had 430 children referred for rapid response, out of which a total of 369 received a response within 72 hours.  Of the 61 children who did not receive the response, 45 were returned home within 72 hours and thus were no longer in State custody, and the remaining 16 were already engaged in behavioral health care.  Cenpatico had 205 children referred for rapid response and met the timeline with 172.  Of the 33 who did not meet the deadline, 23 were returned home within 72 hours and nine were already engaged in behavioral health care, leaving only one for whom the deadline was missed.  HCIC received 55 referrals for rapid response and provided it within 72 hours for 44 children.  Of the remaining 11, four were returned home before 72 hours and three were already receiving behavioral health services.

Statewide, for the month of September, 2017, of the 588 children who were referred for a rapid response and were not returned home within 72 hours or were already receiving behavioral health services, 583, or 99.1% were seen within the deadline.  Whatever problems the system was having in meeting these deadlines initially have clearly been dealt with effectively, and the present data shows outstanding compliance.

For the other two timelines, the seven-and 21-day requirements, AHCCCS uses encounter data with the most recent findings being from FY 2017.  This data shows a continuing need for improvement.  Of those newly enrolled in CMDP, 56.39% received a behavioral health assessment within the seven-day time frame, and 79.67% received a service within the 21-day time frame.  This is clearly still a work in progress, and AHCCCS is doing further work both to check on the methodology that is used to compute these figures, and to understand the reasons for the drop-offs. It may be that many of the youth who were initially screened were returned home shortly after that screening.  It may also partly be that the initial screening for many youngsters does not indicate the urgency of an assessment within seven days, or the assessment does not indicate the urgency of the service within 21 days.  It may also be that many of the youth who were initially screened were returned home before the timelines before further services were reached.  Since these calculations are based on encounter data, unlike the data for rapid response, there is less information available about those who do not meet the timelines.

However, there is no doubt that AHCCCS is keeping close tabs on this, that there is currently a high success rate for rapid response, and that the reasons for the drop-off for the other two deadlines will be studied closely.

EQRO

DEF-EXPERT-000016

Another group external to AHCCCS and the RBHAs that provides oversight is the External Quality Review Organization (EQRO), which is the independent quality review organization that, pursuant to federal regulations, provides analysis and evaluation of aggregated information on quality, timeliness, and access to the health care services that AHCCCS contractors, including CMDP, furnish to Medicaid recipients. The EQRO for Arizona is Health Services Advisory Group (HSAG).  HSAG has three mandatory activities:  to validate performance improvement projects; to validate performance measures; and to conduct reviews to determine compliance with standards established by the state to comply with the requirements of 42 CFR 438.204(g).  To carry out this function, HSAG collects data itself and uses data from AHCCCS.

HSAG's last report for 2014-2015 included findings from a case file review of 96 children and youth.  Among its findings was that treatment plans are based on the current assessment in 80.6% of cases.  This is consistent with some of the other data already reported that shows that while the system is doing well, there is clearly room for improvement.  The EQRO report also shows high rates of participation by children in CMDP in well-child medical visits, dental visits, access to primary care physicians, and access to developmental screening.

Summary of Policies and Procedures

This section of the report reviews policies and procedures that are in effect in Arizona's behavioral health system to promote the delivery of high quality, well-coordinated, and timely services to children in foster care.  These procedures reflect a system that is consistently taking a hard look at its own performance in an effort to improve itself.  This focus on data-based continuous quality improvement using multiple methods of data collection, and involving multiple levels of the system is precisely what a complex behavioral health system should do.

The data that has been presented here indicates a number of areas of improvement and strength, such as reducing the use of out-of-state placements, providing an average of 3.78 services per child, getting a rating in access to care of 5.6 on the SOCPR, dramatically improving the timelines for rapid response, and recruiting more HCTCs.  The data also indicates that Arizona is doing a commendable job at care coordination, delivery of a wide range of services consistent with their policy, and providing services consistent with their assessments.  There is no question that there is room for improvement in these areas and others, as there always is in such a system.  The encouraging findings, however, are that the system  appears to be doing a very good job,  that it seems to be on a positive trajectory, and that it has in place the policies, and the monitoring and quality improvement mechanisms to keep it moving forward.

Conclusion

This analysis indicates that Arizona in general, and specifically AHCCCS and the behavioral health system, is in compliance with the federal EPSDT requirements in its services on behalf of children and youth in foster care.  Arizona is clearly providing access to required screening and necessary treatment services.  This is reflected in the fact that eight of the ten original plaintiffs have had positive outcomes, that both of the remaining plaintiffs have made considerable

DEF-EXPERT-000017

progress, and while one has had an unfortunate setback, the other one is near adoption. The range of services that have been provided, the care coordination that has gone along with them, the quality of the services and the timeliness have all contributed to positive changes for the plaintiffs.

The Arizona system underwent major changes in the past four years, and while it is not possible to directly relate the results to these changes, the system is clearly making progress. There are an abundance of monitoring and accountability procedures and policies in place, including data collected by independent sources, data collected by AHCCCS, and data collected by RBHAs and reviewed by AHCCCS. These policies and procedures not only provide a snapshot of how well the system is currently functioning, but also point the way to continuous improvement. In a complex system serving a diverse population with multiple needs, including many different providers and three managed care organizations, there is always room for improvement, and the Arizona system is no exception to this. However, this decentralized Arizona system, where the responsibility for service delivery is at the RBHA and actual provider level, and where AHCCCS has responsibility for establishing general policy and direction, for creating the overall structure, for providing the needed resources, the standards and the flexibility, and for monitoring performance, is moving forward and is clearly compliant with federal EPSDT requirements to make screening and necessary treatment services available and accessible and to provide or arrange for timely delivery of these services.

DATED: January 5, 2018

Robert M. Friedman, Ph.D.

## References

AHCCCS, (September, 2017). Data reported by AHCCCS from monthly RBHA deliverable entitled, "Attachment B-DCS and Adopted Children Services Reporting Calls and Reconciliation for the Month of September, 2017."

Arizona Department of Health Services (undated). *Understanding the unique needs of children and families involved with child protective services (two training modules).* Phoenix, AZ: Arizona Department of Health Services.Arizona Department of Health Services (2015). *FY 2016*

DEF-EXPERT-000018

*provider network development and management plan.*  Phoenix, AZ:  Arizona Department of Health Services.

Arizona Department of Health Services (2014).  *FY 2015 provider network development and management plan.*  Phoenix, AZ:

Arizona Department of Health Services/Arizona Health Care Cost Containment System. (October 1, 2015).  *SB 1375 Report.*  Phoenix, AZ:  ADHS/AHCCCS.

Azzi-Lessing, L.  (2017).  Expert report of Lenette Azzi-Lessing.  Phoenix, AZ.

Cenpatico Integrated Care.  (November, 2016).  Network development and management plan. FY 2016.  ACH0168733.

Cenpatico Integrated Care.  AHCCCS bi-annual ICCA QM Audit report.  ACH017662.

Center for Medicare and Medicaid Services (2014).  *EPSDT—A guide for states:  Coverage in the Medicaid benefit for children and adolescents.*  Washington, DC:  Center for Medicare and Medicaid Services.

Fallon, Jr., T., Pumariega, A., Sowers, W., et al.  (2006).  A level of care instrument for children's systems of care: Construction, reliability, and validity.  *Journal of Child and Family Studies,* 15, 140-152.

Friedman, R.,Katz-Leavy, J., Manderscheid, R., & Sondheimer, D.  (1996)  Prevalence of serious emotional disturbance in children and adolescents.  In R. W. Manderscheid & M. A. Sonnenschein (Eds.), *Mental health, United State, 1996* (pp. 77-91).  Washington, DC:  U.S. Government Printing Office.

Health Choice Integrated Care.  Network development and management plan.  CY 2017.  ACH 0168509.

Health Choice Integrated Care.  Case review of behavioral health members.  ACH0176648.

Health Services Advisory Group.  (September, 2016).  EQRO Annual Report for Arizona Department of Health Services/Division of Behavioral Health Services, Draft.

Hernandez, M., Worthington, J., & Davis, C. S.  (2005)  *Measuring the fidelity of service planning and delivery to system of care principles:  The system of care practice review (SOCPR).*  Tampa, FL:  University of South Florida.

Huang, L., Stroul, B., Friedman, R., Mrazek, P., Friesen, B., Pires, S., & Mayberg, S.  (2005). Transforming mental health care for children and their families.  *American Psychologist,* 60, 615-627.

Kohler, B.  (August, 2017).  Deposition to attorneys for the plaintiff.

DEF-EXPERT-000019

Mercy Maricopa Integrated Care.  (November, 2016).  2017 Network Management Plan.  ACH0168608.

Mercy Maricopa Integrated Care.  The comprehensive medical review tool process.  ACH0176669.

Mowery, D., Wang, W., Callejas, L., & Flynn, K.  (2017).  *Arizona's Children's System of Care Practice Review, Fiscal Year 2016—Statewide report.* Tampa, FL:  University of South Florida.

Stephens, R. T., Holden, E. W., & Hernandez, M.  (2004).  System of care practice review scores as predictors of behavioral symptomatology and functional improvement.  *Journal of Child and Family Studies,* 13, 179-191.

Stroul, B. A., & Friedman, R. M.  (2011).  *Effective strategies for expanding the system of care approach.*  Atlanta, GA:  ICF Macro.

Stroul, B. A., & Friedman, R. M.  (1986).  *A system of care for seriously emotionally disturbed children and youth.*  Washington, DC:  Georgetown University Child Development Center.

U. S. Department of Health and Human Services (1999).  Mental health:  A report of the Surgeon General.  Rockville, MD:  U. S. Department of Health and Human Services.

White, M.  (2017).  Expert report of Marci White, MSW.  Phoenix:  AZ.

DEF-EXPERT-000020

# Robert M. Friedman, Ph.D.

**Address:**
508 Montrose Avenue
Temple Terrace, Florida  33617
(813) 765-5660
bobfriedman43@gmail.com

## EDUCATION

Florida State University        -- Ph.D., 1970 -- Clinical Psychology

Florida State University        -- M.S.,  1967 – Psychology

Brooklyn College                -- B.A.,  1964 -- Psychology

## PROFESSIONAL EXPERIENCE

2010 – Pres        ***Professor Emeritus, Department of Child and Family Studies, Louis de la Parte Florida Mental Health Institute, University of South Florida, and Private Consultant..***  Retired from    USF in March, 2010, and now consulting on children's mental health, systems of care, and program evaluation, including consulting on several class action lawsuits.

2007 – 2010   ***Professor, Department of Child and Family Studies, Louis de la Parte Florida Mental Health Institute, University of South Florida.***  Return to the faculty as a Professor after completing a year of service as Interim Dean.  Also, continuation of role as Principal Investigator/Director of the Research and Training Center for Children's Mental Health, and Coordinator of the Alliance for the Safe, Therapeutic, and Appropriate Use of Residential Treatment (A START).

2006 – 2007    ***Professor and Interim Dean, Louis de la Parte Florida Mental Health Institute, University of South Florida.***  Assumed role of Interim Dean in August, 2006, after the departure of prior        Dean.  Responsible for overall administration of FMHI, for planning, for supervising Chairs of the three academic departments and the Dean's office staff, for representing FMHI at the            university level, and for providing overall leadership within FMHI, and as part of the university's Dean's Council.

1991 - 2006.  ***Professor and Chair, Department of Child and Family Studies (CFS), Louis de la Parte Florida Mental Health Institute, University of South Florida (USF).*** New, expanded Department was created in 1991 out of merger of two existing departments (CFS/EPA) in order to enhance research on children and families. Assumed position of Chair of this new Department.  Responsibilities include overall administration of the department, conducting and supervising research, providing policy consultation to mental health agencies, providing local, state, and national leadership in children's mental health, and developing academic programs and in-service training activities in child and family studies.

1996 - 2007.  ***Member, Chair, or Co-Chair of Steering Committee.  USF Collaborative for Children, Families and Communities.*** Helped organized group, and have served consecutively on the Steering Committee in various capacities.  Currently serve as

DEF-EXPERT-000021

Robert M. Friedman - 2

Chair of Steering Committee, and in that capacity provide direction and oversight for university-wide group that seeks to promote inter-disciplinary collaboration and university-community partnerships.

1994 -1999   **Principal Investigator,  USF's Role in National Evaluation of Comprehensive Community Mental Health Services Program for Children and their Families of the U.S. Center for Mental Health Services,**  Supervised USF activities to evaluate this national system of care grant program, through contract with ORC Macro, Inc.

1984 - 1991   **Chair, Department of Epidemiology and Policy Analysis (EPA), Florida Mental Health Institute, University of South Florida**.  Associate Professor (Promoted to Professor, 1985). Served as Department Chair until this department was merged in 1991 to create new department, and then became Chair of the new, expanded department.

1984 - 2010   **Director, Research and Training Center for Children's Mental Health, Florida Mental Health Institute, University of South Florida**. Responsible for directing a federally funded Center that conducts research, training, consultation, and dissemination activities related to children's mental health and systems of care.  Center received five five-year grants from two federal agencies, and was one of two such Centers in the country.

1987 - 1993   **Director, Child Welfare--Child Mental Health Training Project, Florida Mental Health Institute, University of South Florida**.  Responsible for directing a grant from the Edna McConnell Clark Foundation for training state leaders in child welfare and child mental health to work together more effectively.

1982 - 1984   **Director of Department of Technical Assistance and Consultation, Florida Mental Health Institute, University of South Florida**.  Responsibilities included providing program, systems, and policy oriented consultation in mental health, and conducting training activities.

1980 - 1982   **Principal Investigator, Department of Health and Human Services Grant, Assessment of Foster Care in Florida**.  Responsibilities included development of research methodology, supervision of data collection and data analysis, review of findings in conjunction with a statewide advisory board, and the preparation of a final report that summarized the findings and included program and policy recommendations.

1976 - 1982   **Adolescent Project Director, Florida Mental Health Institute**.  Responsibilities included the development, implementation, management, and evaluation of a day treatment program for emotionally disturbed adolescents, and training and consultation for service providers in child welfare and children's mental health agencies.

1974 - 1976   **Research Associate, Institute for Behavioral Research, Inc.; Co-Principal Investigator, Preparation through Responsive Educational Programs; Principal Investigator, Patterns of Interaction in Abusive Families; Assistant to the**

RF000793

**DEF-EXPERT-000022**

**President for Academic Affairs and Planning, Experimental College of the Institute for Behavioral Research**.  Responsibilities included supervising the research, family, and social skills training component of a school-based applied research project, developing and supervising a research project examining patterns of interaction in multi-child abusive families, and overseeing the scheduling of classes, admission procedures, and overall academic program of a small graduate program leading to an M.A. degree in Human Learning.

1972 - 1974   **Director, Tri-County Youth Services Bureau, Hughesville, MD**.  Directed a community counseling agency serving children and adolescents with emotional and behavioral problems in a three-county area, and provided consultation to agencies and schools.

1971 - 1972   **Director of Clinical Services, Tri-County Youth Services Bureau, Hughesville, MD**. Provided direct clinical services to children and adolescents with emotional and behavioral problems, and supervised all other members of the treatment staff.

1970 - 1971   **Assistant Professor, Department of Psychology, C.W. Post College, Greenvale, NY**.  Taught both on an undergraduate and graduate level, supervised thesis research, served on departmental committees, and conducted own research.

1969 - 1970   **Behavioral Program Supervisor and Director of Psychological Services, Sunland Hospital for the Mentally Retarded, Tallahassee, FL**.  Supervised a staff of 12 in the development of behavioral programs for a multi-handicapped population, supervised psychological evaluations, provided training in behavioral procedures for child care staff, and directed a new career service category of "behavioral" staff whose function was specifically to develop and implement special behavioral procedures for the clients.

1968 - 1969   **Pre-Doctoral Intern, University of Washington School of Medicine, Seattle, WA**. Rotated through both child, adolescent and adult services, provided therapeutic and assessment activities, and consulted with children's agencies in the community.

## GRANTS RECEIVED

Preparation for Responsive Educational Programs, 1974-1976; National Institute of Mental Health; $800,000, Co-Principal Investigator

Analysis of Florida's Foster Care System, 1980-1981; Florida Department of Health and Rehabilitative Services; $60,000, Principal Investigator

National Adolescent and Child Treatment Study, 1983-1984; Florida Department of Health and Rehabilitative Services; $80,000, Principal Investigator

Research and Training Center for Children's Mental Health, 1984-1989; National Institute on Disability and Rehabilitation Research and National Institute of Mental Health; $3,000,000, Principal Investigator

RF000794

**DEF-EXPERT-000023**

Research and Training Center for Children's Mental Health, 1989-1994; National Institute on Disability and Rehabilitation Research and National Institute of Mental Health; $3,500,000 Principal Investigator

Evaluation of Urban Child Mental Health Initiative, 1993-2000; Annie E. Casey Foundation; $2,400,000, Principal Investigator

RC vs. Alabama, Evaluation and Consultation, 1992-1996; Alabama Department of Human Resources, $1,500,000, Principal Investigator

Research and Training Center for Children's Mental Health, 1994-1999; National Institute on Disability and Rehabilitation Research, and Center for Mental Health Services; $5,000,000; Principal Investigator

Evaluation of the Comprehensive Community Mental Health Services for Children and Their Families Program, 1994-2004; Macro, Intl., $3,000,000; Principal Investigator

Research and Training Center for Children's Mental Health, 1999-2004; National Institute on Disability and Rehabilitation Research, and Center for Mental Health Services; $4,500,000, Principal Investigator

Children's Board of Hillsborough County, 2000-2003; USF Faculty Grant Program; $195,000, Principal Investigator

Urban Mental Health Initiative for Children – Lessons Learned, 2000-2001; Annie E. Casey Foundation; $55,000, Principal Investigator

Florida Community-Based Care Partnership Project, 2002-2003; Florida Department of Children and Families; $95,000, Principal Investigator

Research and Training Center for Children's Mental Health, 2004-2010; National Institute on Disability and Rehabilitation Research, and Center for Mental Health Services; $4,200,000, Principal Investigator

Naples Children's and Education Fund, 2008-2009; Children's Mental Health Needs Assessment for Collier County, Florida; $100,000; Principal Investigator

American Institutes for Research, 2008-2009; Study and Report on Bringing Systems of Care to Scale; $100,000; Principal Investigator

Total:  Approximately $28 million as Principal Investigator at USF; $800,000 as Co-Principal Investigator elsewhere

**JOURNAL ARTICLES**

RF000795
DEF-EXPERT-000024

Jensen, P. S., Goldman, E., Offord, D., Costello, E. J., Friedman, R., Huff, B. et al.  (2011).  Overlooked and underserved:  "Action Signs" for identifying children with unmet mental health needs.  *Pediatrics, 128*, 1-10.

Friedman, R. M., & Kutash, K. (2011). Introduction to special section on the system of care implementation survey (SOCIS).  *The Journal of Behavioral Health Services & Research, 38,* 286-287.

Boothroyd, R., P. E. Greenbaum, W. Wang, K. Kutash, & R. M. Friedman (2011).  Development of a measure to assess the implementation of children's systems of care:  The Systems of Care Implementation Survey (SOCIS).  *The Journal of Behavioral Health Services & Research, 38,* 288—302.

Greenbaum, P.E., W. Wang, R. Boothroyd, K. Kutash, & R. M. Friedman (2011).  Multilevel confirmatory factor analysis of the Systems of Care Implementation Survey (SOCIS).  *The Journal of Behavioral Health Services & Research, 39,* 303-326.

Lunn, L. M., C. A. Heflinger, W. Wang, P. E. Greenbaum, K. Kutash, R. A. Boothroyd, & R. M. Friedman (2011).  Community characteristics and implementation factors associated with effective systems of care.  *The Journal of Behavioral Health Services & Research, 38,* 327-341.

Kutash, K., P. E. Greenbaum, W. Wang, R. Boothroyd & R. M. Friedman (2011).  Levels of system of care implementation:  A national study.  *The Journal of Behavioral Health Services & Research, 38,* 342-357.

Friedman, R. M.  (2010). "Real change in the real world:"  An achievable goal.  *Administration and Policy in Mental Health,* 154-159.

Friedman, R. M.  (2010). Revisiting the definition of systems of care. *Evaluation and Program Planning,*   33, 63-65.

Behar, L., Friedman, R., Pinto, A., Katz-Leavy, J., & Jones, W. G. (2007).  Protecting youth placed in unlicensed, unregulated residential "treatment" facilities.  *Family Court Review, 45,* 399-413.

Friedman, R.M., Pinto, A., Behar, L., et al. (2006). Unlicensed residential programs: The next challenge in protecting youth. *American Journal of Orthopsychiatry*, 76, 295-303.

Friedman, R.M. (2006). Enhancing the influence of psychologists on public policy: Will more of the same do it? *Child and Family Policy and Practice Review, 2,* 22-25.

Pinto, A., Friedman, R. M., & Epstein, M.  (2005). Exploitation in the name of "specialty schooling." What counts as sufficient data?  What are psychologists to do?  *American Psychological Association:  Public Interest Directorate, Children, Youth, and Families Division News.*  http://www.apa.org/pi/cyf/specialty_schooling.pdf

Huang, L., Stroul, B., Friedman, R., Mrazek, P., Friesen, B., Pires, S., & Mayberg, S. (2005). Transforming mental health care for children and their families. *American Psychologist*, 60, 615-627.

Friedman, R.M. (2003). Improving outcomes for students through the application of a public health model to school psychology: A commentary. *Journal of School Psychology*, 41, 69-75.

DEF-EXPERT-000025

Friedman, R.M. (2003). A conceptual framework for developing and implementing effective policy in children's mental health. *Journal of Emotional and Behavioral Disorders*, 11, 11-18.

Friedman, R.M. & Hernandez, M. (2002). The national evaluation of the comprehensive community mental health services program for children and their families program. A commentary. *Children's Services: Social Policy, Research, and Practice*, 5(1), 67-74.

Holden, E.W., Friedman, R.M., & Santiago, R.L. (2001). Overview of the national evaluation of the comprehensive community mental health services for children and their families program. *Journal of Emotional and Behavioral Disorders*, 9, 4-12.

Roberts, M.C., Carlson, C.I., Erickson, M.T., Friedman, R.M., La Greca, A.M., Lemanek, K.L., Ruiss, S.W., Schroeder, C.S., Vargas, L.A., & Wohlford, P.F. (1998). A model for training psychologists to provide services to children and adolescents. *Professional Psychology: Research and Practice*, 29, 293-299.

Stroul, B.A., Pires, S.A., Roebuck, L., Friedman, R.M., Barrett, B., Chambers, K.L., & Kershaw, M.A. (1997). State health care reforms: How they affect children and adolescents with emotional disorders and their families. *Journal of Mental Health Administration*, 24(4), 386-399.

Dedrick, R.F., Greenbaum, P.E., Friedman, R.M., Wetherington, C.M., & Knoff, H.M. (1996). Testing the structure of the Child Behavior Checklist/4-18 using confirmatory factor analysis. *Educational and Psychological Measurement*, 57(2), 306-313.

Greenbaum, P.E., Dedrick, R.F., Friedman, R.M., Kutash, K., Brown, E. C., Lardieri, S.P., Pugh, A.M. (1996). National Adolescent and Child Treatment Study (NACTS): Outcomes for Children with Serious Emotional and Behavioral Disturbance. *Journal of Emotional and Behavioral Disorders*, 4(3), 130-146.

Friedman, R.M. (1996). The Fort Bragg study: What can we conclude? *Journal of Child and Family Studies*, 5(2), 161-168.

Friedman, R.M. & Burns, B. (1996). The evaluation of the Fort Bragg demonstration project: An alternative interpretation of the findings. *The Journal of Mental Health Administration*, 23, 128-136.

Greenbaum, P.E., Brown, E., & Friedman, R.M. (1995). Alcohol expectancies among male adolescents with conduct disorder: Prediction and mediation of drinking. *Addictive Behaviors*, 20, 321-333.

Friedman, R.M. (1994). Restructuring of systems to emphasize prevention and family support. *Journal of Clinical Child Psychology*, 23, 39-46.

Kutash, K., Rivera, V.R., Hall, K., & Friedman, R.M. (1994). Public sector financing of community-based services for children with serious emotional disabilities and their families: Results of a national survey. *Journal of Mental Health Administration*, 21(3), 262-270.

RF000797
DEF-EXPERT-000026

Greenbaum, P.E., Dedrick, R.F., Prange, M.E., & Friedman, R.M. (1994). Parent, teacher, and child ratings of problem behaviors among youngsters with serious emotional disturbances: Evaluation of method effects using confirmatory factor analysis. *Psychological Assessment*, 6, 141-148.

Friedman, R.M. (1993). Preparation of students to work with children and families: Is it meeting the need? *Administration and Policy in Mental Health*, 20(4), 297-310.

Duchnowski, A.J., Johnson, M.K., Hall, K.S., Kutash, K., & Friedman, R.M. (1993). The alternatives to residential treatment study: Initial findings. *Journal of Emotional and Behavioral Disorders*, 1, 17-26.

Friedman, R.M. & Kutash, K. (1992). Challenges for child and adolescent mental health. *Health Affairs*, 11(3), 125-136.

Friedman, R.M., Burns, B.J., & Behar, L.B. (1992). Improving mental health and substance abuse services for adolescents. *Administration and Policy in Mental Health*, 19(3), 191-206.

Silver, S.E., Duchnowski, A.J., Kutash, K., Friedman, R.M., Eisen, M., Prange, M.E. & Greenbaum, P.E. (1992). A comparison of children with serious emotional disturbances served in residential and school settings. *Journal of Child and Family Studies*, 1, 43-59.

Friedman, R.M. (1992). Mental health and substance abuse services for adolescents: Clinical and service system issues. *Administration and Policy in Mental Health*, 19(3), 159-178.

Prange, M.E., Greenbaum, P.E., Silver, S.E., Friedman, R.M., Kutash, K., & Duchnowski, A.J. (1992). Family functioning and psychopathology among adolescents with severe emotional disturbances. *Journal of Abnormal Child Psychology*, 20, 83-102.

Greenbaum, P.E., Prange, M.E., Friedman, R.M., & Silver, S.E. (1991). Substance abuse prevalence and comorbidity with other psychiatric disorders among adolescents with severe emotional disturbances. *Journal of the American Academy of Child and Adolescent Psychiatry*, 30, 575-583.

Friedman, R.M. (1990). Childhood psychiatric disorders. *Journal of the Florida Medical Association, Inc.*, 77, 754-757.

Levin, B.L., Robinson, P.A., Weitzel, S.L., Hall, K.S., Doyle, J.P. & Friedman, R.M. (1990). Mental health training needs in Florida. *Florida Journal of Public Health*, 1, 8-14.

Duchnowski, A.J. & Friedman, R.M. (1990). Children's mental health: Challenges for the 90's. *Journal of Mental Health Administration*, 17(1), 3-12.

Burns, B.J. & Friedman, R.M. (1990). Examining the research base for child mental health. *Journal of Mental Health Administration*, 17(1), 87-98.

RF000798

**DEF-EXPERT-000027**

Brandenburg, N.A., Friedman, R.M., & Silver, S.E. (1990). The epidemiology of childhood psychiatric disorders: Prevalence findings from recent studies. *Journal of the American Academy of Child and Adolescent Psychiatry*, 29, 76-83.

Levin, B.L., Friedman, R.M., Nixon, D.G., & Zusman, J. (1989). A national study of state-supported psychiatric research institutes. *Hospital and Community Psychiatry*, 40, 388-392.

Levin, B.L., Friedman, R.M., & Zusman, J. (1988). The role of psychiatry in the public mental health delivery system: An introduction. *Psychiatric Quarterly*, 59, 83-87.

Zusman, J., Friedman, R.M., & Levin, B.L. (1988). Moving treatment into the community: Implications for psychiatry. *Psychiatric Quarterly*, 59, 140-149.

Stroul, B.A., & Friedman, R.M. (1988). Principles for a system of care. *Children Today*, 17(4), 11-15.

Stroul, B.A., & Friedman, R.M. (1988). Putting principles into practice. *Children Today*, 17(4), 15-17.

Friedman, R.M. (1986). Major issues in mental health services for children. *Administration in Mental Health*, 14, 6-13.

Friedman, R.M., & Street, S. (1985). Admission and discharge criteria for children's mental health services:  A review of the issues and options. *Journal of Clinical Child Psychology*, 14, 229-235.

Friedman, R.M., Quick, J., Palmer, J., & Mayo, J. (1982). Social skills training in a day treatment program for adolescents. *Child and Youth Services*, 5, 139-152.

Friedman, R.M., Baron, A., Lardieri, S., & Quick, J. (1982). Length of time in foster care: A measure in need of analysis. *Social Work*, 27, 499-503.

Archer, M.B., Friedman, R.M., & Filipczak, J. (1980). Teaching social skills to junior high school students.  *Behavior Modification*, 38, 10-17.

Friedman, R.M., Lardieri, S., Murphy, R.E., Jr., Quick, J., & Wolfe, D. (1980). The difficult job of recruiting foster parents. *Public Welfare*, 38, 10-17.

McCombs, D., Filipczak, J., Friedman, R.M., & Wodarski, J.S. (1978). Long-term follow-up of behavior modification with high-risk adolescents. *Criminal Justice and Behavior*, 5, 21-34.

Reid, H.P., Archer, M. B., & Friedman, R.M. (1977). Using the personalized system of instruction with low-reading-ability middle school students: Problems and results. *Journal of Personalized Instruction*, 2, 199-203.

Friedman, R.M., Filipczak, J., & Fiordaliso, R. (1977). Within-school generalization of the Preparation through Responsive Educational Programs (PREP) academic project. *Behavior Therapy*, 8, 986-995.

RF000799

DEF-EXPERT-000028

Fiordaliso, R., Lordeman, A., Filipczak, J., & Friedman, R.M. (1977). Effects of feedback on absenteeism in the junior high school. *Journal of Educational Research*, 70, 188-192.

## BOOKS AND CHAPTERS

Hodges, S., Friedman, R. M., & Hernandez, M. (2008).  Integrating the components into an effective system of care:  A framework.  In B. A. Stroul & G. M. Blau (Eds.), *The System of Care Handbook:  Transforming Mental Health Services for Children, Youth, and Families*. Baltimore, Md:  Paul H. Brookes.

Friedman, R. M., & Israel, N.  (2008). Research and evaluation implications.  In B. A Stroul & G. M. Blau (Eds.), *The System of Care Handbook:  Transforming Mental Health Services for Children, Youth, and Families*.  Baltimore, Md.:  Paul H. Brookes.

Kutash, K., Duchnowski, A.J., & Friedman, R.M. (2005). The system of care twenty years later. In M. Epstein, K. Kutash, & A.J. Duchnowski (Eds.). *Outcomes for Children and Youth with Behavioral and Emotional disorders and their Families:  Program and Evaluation Best Practices (2nd edition)*. Austin, Texas: Pro-Ed.

Friedman, R.M., Best, K., Armstrong, M., Duchnowski, A., Evans, M., Hernandez, M., Hodges, S., & Kutash, K. (2004). Child mental health policy. In B. Levin, J. Petrila, & K. Hennessey (Eds.), *Mental Health Services: A Public Health Perspective*. Oxford University Press.

Duchnowski, A.J., Kutash, K., & Friedman, R.M. (2002). Community-based interventions in a system of care and outcome framework. In B. Burns & K. Hoagwood. (Eds.), *Community-based Interventions for Youth with Serious Emotional Disorders*. Oxford University Press.

Friedman, R.M. (2001). The practice of psychology with children, adolescents, and their families: A look to the future. In J. Hughes, J. Conoley & A. La Greca (Eds.), *Handbook of Psychological Interventions for Children and Adolescents* (pp. 3-22). New York, NY: Oxford Press.

Gutierrez-Mayka, M., Joseph, R., Sengova, J., Uzzell, D., Contreras, R., Friedman, R.M., Hernandez, M. (2000). *Evaluation of Systems Reform in the Annie E. Casey Foundation Mental Health Initiative for Urban Children, Summary of Findings and Lessons Learned*. Tampa, FL: Department of Child and Family Studies, Louis de la Parte Florida Mental Health Institute.

Friedman, R.M., Katz-Leavy, J. W., Manderscheid, R.W., & Sondheimer, D.L. (1998). Prevalence of serious emotional disturbance: An update. In R.W. Manderscheid & M.J. Henderson (Eds.), *Mental Health, United States, 1998* (pp. 110-112). Substance Abuse and Mental Health Services Administration.

Lourie, I., Stroul, B., & Friedman, R.M. (1998). Community-based systems of care: From advocacy to outcomes. In M.H. Epstein, K. Kutash, & A. Duchnowski (Eds.), *Outcomes for Children and Youth with Behavioral and Emotional Disorders and Their Families* (pp. 3-19). Austin, TX: Pro-Ed.

RF000800
**DEF-EXPERT-000029**

Greenbaum, P.E., Dedrick, R.F., Friedman, R.M., Kutash, K., Brown, E.C., Lardieri, S.P., & Pugh, A.M. (1998). National adolescent and child treatment study (NACTS): Outcomes for children with serious emotional and behavioral disturbance. In M. Epstein, K. Kutash, A. Duchnowski (Eds.), *Outcomes for Children & Youth with Behavioral and Emotional Disorders and Their Families* (pp. 21-54). Austin, TX: Pro-Ed.

Duchnowski, A.J., Hall, K.S., Kutash, K., & Friedman, R.M. (1998). The alternatives to residential treatment study. In M.H. Epstein, K. Kutash, & A. Duchnowski (Eds.), *Outcomes for Children & Youth with Behavioral and Emotional Disorders and Their Families* (pp. 55-80). Austin, TX: Pro-Ed.

Friedman, R.M. (1997). Services and service delivery systems for children with serious emotional disorders:  Issues in assessing effectiveness. In C. T. Nixon & D.A. Northrup (Eds.), *Evaluating Mental Health Services:  How Do Programs for Children "Work" in the Real World?* (pp. 16-44). Thousand Oaks, CA: Sage Publications, Inc.

Friedman, R.M., Katz-Leavy, J., Manderscheid, R., & Sondheimer, D.L. (1996). Prevalence of serious emotional disturbance in children and adolescents. *Mental Health, United States, 1996*.

Friedman, R.M., Kutash, K., & Duchnowski, A.J. (1996). The population of concern: Defining the issues. In B.A. Stroul (Ed), *Children's Mental Health: Creating Systems of Care in a Changing Society* (pp. 69-96). Baltimore, MD: Brookes Publishing Company.

Stroul, B.A., & Friedman, R.M. (1996). The system of care concept and philosophy. In B.A. Stroul (Ed). *Children's Mental Health: Creating Systems of Care in a Changing Society* (pp. 3-21). Baltimore, MD: Brookes Publishing Company.

Stroul, B.A., Friedman, R.M., Hernandez, M., Roebuck, L., Lourie, I. S., & Koyanagi, C. (1996). Systems of care in the future. In B.A. Stroul (Ed). *Children's Mental Health: Creating Systems of Care in a Changing Society* (pp. 591-612). Baltimore, MD: Brookes Publishing Company.

Friedman, R.M. (1996). Mental health policy for children. In B.L. Levin & J. Petrila (Eds.), *Mental Health Services: Public Health Perspective* (pp. 234-249). New York, NY: Oxford University Press.

Pires, S.A., Stroul, B.A., Roebuck, L., Friedman, R.M., Barrett-McDonald, B., & Chambers, K.L. (1995). *Health Care Reform Tracking Project: Tracking State Health Care Reforms as They Affect Children and Adolescents with Emotional Disorders and Their Families, the 1995 State Survey*. Tampa, FL: Research and Training Center for Children's Mental Health.

Otto, R.K., Greenstein, J., Johnson, M.K. & Friedman, R.M. (1994). Prevalence of mental disorders in the juvenile justice system. In J. Cocozza (Ed.), *Mentally Disordered Youth in the Juvenile Justice System* (pp. 35-41). Lincoln, NE: University of Nebraska Press.

Yelton, S., & Friedman, R.M. (1991). Family preservation services: Their role within the children's mental health system. In K. Wells & D. Beigel (Eds.), *Family Preservation Services: Research and Evaluation* (p. 129). Sage Focus Editions.

DEF-EXPERT-000030

Friedman, R.M. & Duchnowski, A.J. (1990). Service trends in the children's mental health system: Implications for the training of psychologists. In P.R. Magrab & P. Wohlford (Eds.), *Improving Psychological Services for Children and Adolescents with Severe Mental Disorders: Clinical Training in Psychology*. Washington, DC: American Psychological Association.

Friedman, R.M. (1989). The role of therapeutic foster care in an overall system of care: Issues in service delivery and program evaluation. In R.P. Hawkins & J. Breiling (Eds.), *Therapeutic Foster Care: Critical Issues*. Washington, DC: Child Welfare League of America, Inc.

Friedman, R.M., Duchnowski, A.J., & Henderson, E.L. (1989). *Advocacy on Behalf of Children with Serious Emotional Problems*. Springfield, IL: Charles C. Thomas Publications, Ltd.

Friedman, R.M., Sandler, J., Hernandez, M., & Wolfe, D. (1981). Child abuse. In E.J. Mash & L.G. Terdal, (Eds.), *Assessment of Childhood Disorders*. New York: Van Nostrand & Reinhold.

Friedman, R.M., Lardieri, S., McNair, D., Quick, J., Repetosky, C., & Stoops, D. (1981). Placement of children in foster care: Uses, abuses, risks, realities, and myths. In L.E. Abt & I.R. Stuart (Eds.), *Children of Separation and Divorce: Management and Treatment*. New York, NY: Van Nostrand Reinhold.

Friedman, R.M., Quick, J., Palmer, J., Solomon, E., & Gordon, R.E. (1981). Enhancing the skills of multiproblem adolescents. In R.E. Gordon & K.K. Gordon (Eds.), *Systems of Treatment for the Mentally Ill*. New York: Grune & Stratton.

Gordon, R.E., Drash, P.W., Boyd, L.A., Evans, J.W., Friedman, R.M., Goldstein, N. & Gordon, K.K. (1981). Training families to manage children's behavior. In R.E. Gordon & K.K. Gordon (Eds.), *Systems of Treatment for the Mentally Ill*. New York: Grune & Stratton.

Friedman, R.M., & D'Agostino, P.A. (1980). The effects of schools upon families: Towards a more supportive relationship. In R. Volpe, M. Breton & J. Mitton (Eds.), *The Maltreatment of the School-Aged Child*. Lexington, MA: Lexington Books.

Filipczak, J., Friedman, R.M., & Reese, S.C. (1979). PREP: Educational programming to prevent juvenile problems. In J. S. Stumphauzer (Ed.), *Progress in Behavior Therapy with Delinquents*. Springfield, IL: Charles C. Thomas.

Filipczak, J. & Friedman, R.M. (1978). Some controls on applied research in the public secondary school: Project PREP. In T.A. Brigham & A.C. Catania (Eds.), *Handbook of Applied Behavior Analysis*. New York, NY: Irvington Publishers.

Friedman, R.M. (1977). Maximizing the impact of research in child abuse and neglect. In M.L. Lauderdale, R.N. Anderson, & S.E. Cramer (Eds.), *Child Abuse and Neglect: Issues on Innovation and Implementation (Proceedings of the Second Annual National Conference on Child Abuse and Neglect, Volume 1)*. Washington, DC: Department of Health, Education and Welfare.

RF000802

**DEF-EXPERT-000031**

## PRESENTATIONS AT PROFESSIONAL MEETINGS

Friedman, R. M. (2009)  The protection of youth in residential treatment.  Presentation at the conference of the International Educational Consultant Association, Charlotte, North Carolina.

Friedman, R. M. (2009).  A research agenda for protecting our children and youth in residential programs.  Presentation at the 22nd Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base," Research and Training Center for Children's Mental Health, University of South Florida.

Friedman, R. M. (2009)  System of care implementation:  Findings from a national survey. Presentation at the 22nd Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base," Research and Training Center for Children's Mental Health, University of South Florida.

Friedman, R. M. (2009)  From good to great and beyond:  Recent research on effective organizations.  Presentation at the 22nd Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base," Research and Training Center for Children's Mental Health, University of South Florida.

Friedman, R. M. (2008)  Integrating systems of care and a public health approach to children's mental health.  Presentation at the Annual Carter Center Conference on Mental Health, Atlanta, GA.

Friedman, R. M. (2008)  The challenge confronted by systems of care.  Presentation at the Children's Mental Health Training Institutes, Nashville, TN.

Friedman, R. M. (2008)  Preventing abuse of youth in residential treatment.  Presentation at the Children's Mental Health Training Institutes, Nashville, TN.

Friedman, R. M. (2008)  Unregulated residential services:  The challenge to ensure quality services and protection.  Presentation at the 21st Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base,"  Research and Training Center for Children's Mental Health.

Chapman, R. & Friedman, R. M. (2008)  Youth involvement in research and evaluation of systems of care.  Poster presented at the 21st Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base,"  Research and Training Center for Children's Mental Health.

Friedman, R.M. (2007).  Integrating residential care and community-based services.  Presentation at the Annual Meeting of the American Association of Children's Residential Centers, Orlando, FL.

Friedman, R. M. (2007).  Systems of care and evidence-based practice:  Creating bridges.  Invited presentation at "Systems of Care & Evidence-Based Practices Conference," Virginia Department of Mental Health, Mental Retardation, and Substance Abuse Services, Roanoke, Virginia.

RF000803

DEF-EXPERT-000032

Friedman, R. M.  (2007).  Building integrated systems to serve children with mental health challenges and their families.  Presented at annual meeting of the Florida Council for Community Mental Health, St. Petersburg, Fl.

Friedman, R. M.  (2006).  Conceptualization and measurement of systems of care.  Presentation at the 20th Annual Conference on "A System of Care for Children's Mental Health:  Expanding the Research Base,"  Research and Training Center for Children's Mental Health, University of South Florida, Tampa, FL.

Friedman, R.M.  (2005).  On transformation:  Personal, professional, and system.  Presentation at the Annual Meeting of the American Psychological Association, Washington, D.C.

Jetson, J., & Friedman, R.M. (2005). *Youth-led research on resilience yields meaningful recommendations*. Presentation at Pathways to Resilience Conference, Halifax, Nova Scotia, Canada.

Friedman, R.M. (2005). *Systems of care and wraparound: An odd couple or match made in heaven?* Presentation at Wraparound National Conference, Calculating the Benefits, Toronto, Ontario, Canada.

Friedman, R.M. (2004). *The status of children's mental health: A need for urgent care*. Presentation at meeting of the National Conference of State Legislatures, Salt Lake City, UT.

Friedman, R.M. (2004). *Creating informed choice for families: The link between individualized care, data-based, and value-based systems of care, and evidence-based practice*. Presentation at "Family Strengths" Conference, Research and Training Center on Family Support and Children's Mental Health, Portland State University, Portland, OR.

Friedman, R.M., & Holden, E.W. (2004). *Recent research and policy challenges: Child and adolescent mental health*. Presentation at annual meeting of Society for Research in Adolescent Development, Baltimore, MD.

Friedman, R.M. (2004). *Systems of care: Present status and tomorrow's framework*. Presentation at conference on "A System of Care for Children's Mental Health: Expanding the Research Base," Research and Training Center for Children's Mental Health, University of South Florida, Tampa, FL.

Friedman, R.M. (2003, August). *Direction for the future: Developing data-based and valued-based systems of care that incorporate effective practice*. Presentation at the conference on Evidence-Based Practices in Children's Mental Health, National Association of State Mental Health Program Directors, Ft. Lauderdale, FL.

Friedman, R.M. (2003, May). *Measuring performance in systems of care*. Presentation at the 2003 Rosalynn Carter Georgia Mental Health Forum, Atlanta, GA.

Friedman, R.M. (2003, March). *Evidence-based practices and systems of care: Building on the strengths of each*. Presentation at the All Ohio Institute on Community Psychiatry, Cleveland, OH.

Friedman, R.M. (2003, February). *Systems of care: What have we learned?* Presentation to the American Academy of Child and Adolescent Psychiatry Workgroup on Community Systems of Care, Tampa, FL.

Friedman, R.M. (2002, October). *Systems of care: What have we learned?* Presentation to the American Academy of Child and Adolescent Psychiatry Workgroup on Community Systems of Care, San Francisco, CA.

Friedman, R.M. (2002, October). *What Can Systems of Care Officer Families Struggling with AD/HD?* Presentation at 14th Annual CHADD International Conference, Miami Beach, FL.

Friedman, R.M. (2002, July). *Children's Mental Health–A Status Report and Call to Action*. Invited presentation to President's New Freedom Commission on Mental Health, Washington, DC.

Friedman, R.M. (2002, January). *Children's mental health*. Invited presentation at meeting on State Mental Health Commissions, St. Petersburg, FL.

Friedman, R.M. (2001, February). *The USF Collaborative for Children, Families, and Communities*. Presentation at Conference on Engaged Universities, Tampa, FL.

Friedman, R.M. (2001, January) *Systems of care*. Presentation to Florida Conference on Community-Based Care, St. Petersburg, FL.

Friedman, R.M. (2000). *Florida Commission on Mental Health and Substance Abuse*. Presentation at meeting in Ft. Lauderdale, FL.

Friedman, R.M. (2000, September). *Systems of care: financing and organizing service systems*. Presentation at the Surgeon General's Conference on Children's Mental Health: A National Action Agenda.

Friedman, R.M. (2000). *A conceptual framework for developing and implementing effective policy in children's mental health*. Paper presented at the 12th Annual Research Conference on Children's Mental Health, Louis de la Parte Florida Mental Health Institute, Clearwater, FL.

Friedman, R.M. (1999, June). *Surgeon General's Report*. Presentation at Training Institutes, New Orleans, LA.

Friedman, R.M. (1999, March). *History and overview of the national evaluation*. Paper presented at the 12th Annual Research Conference on Children's Mental Health, Louis de la Parte Florida Mental Health Institute, Clearwater, FL.

Friedman, R.M., Greenbaum, P.E. & Hoffman, S.J. (1999, March). *Effectiveness research in children's mental health: Lessons from the field*. Poster session presented at the 12th Annual Research Conference on Children's Mental Health, Louis de la Parte Florida Mental Health Institute, Clearwater, FL.

Best, K.A., Gaunt, B., & Friedman, R.M. (2002). *An assessment of the needs of young adolescents utilizing a resilience framework*. Paper presented at annual meeting on "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

RF000805

DEF-EXPERT-000034

Friedman, R.M. (2002). *State mental health commissions: What do they say about children?* Paper presented at annual meeting on "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

Friedman, R.M. (1996, September). *Implications of recent findings from child mental health services research*. Workshop presented at the Second Annual Louisiana Mental Health Institute Recovery, Wraparound, and Redesign: Learning the 3 R's of System Change, New Orleans, LA.

Friedman, R.M. (1996, June). *New approaches to system evaluation - participatory evaluation*. Workshop presented at the Training Institutes for Developing Local Systems of Care in a Managed Care Environment for Children and Adolescents with Serious Emotional Disturbances, Traverse City, MI.

Friedman, R.M. (1996, February). *Developing leadership teams to implement a new vision*. Paper presented at the Community Strategies for Children and Families, A National Leadership Symposium, Carter Center, Atlanta, GA.

Brown, E.C., Greenbaum, P.E., Pugh, A.M., Lardieri, S., & Friedman, R.M. (1995, August). *Youth with serious emotional disturbances: Mental health service utilization and demographic characteristics*. Poster session presented at the Annual Convention of the American Psychological Association, New York, NY.

Friedman, R.M. (1995, May). *Treatment programs that work for delinquent adolescents*. Paper presented at the 1995 annual meeting of the American Psychiatric Association, Miami, FL.

Greenbaum, P.E., Dedrick, R.F., & Friedman, R.M. (1995, April). *Factorial invariance across age of the Child Behavior Checklist/4-18*. Poster session presented at the annual meeting of the American Psychological Association, New York, NY.

Duchnowski, A.J., Johnson, M., Hall, K., Kutash, K. & Friedman, R. (1995, March). *The alternatives to residential treatment study: Initial findings*. Paper presented at the 8th Annual Research Conference "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

Friedman, R., Evans, M., Kutash, K. & Bickman, L. (1994, June). *Research on systems of care*. Paper presented at the Child and Adolescent Service System Program Training Institutes: Developing local systems of care for children and adolescents with severe emotional disturbances, Traverse City, MI.

Greenbaum, P.E., Dedrick, R.F., Wetherington, C.M., Knoff, H.M., & Friedman, R.M. (1994, August). *Second-order confirmatory factor analysis of the Child Behavior Checklist*. Presentation at the meeting of the American Psychological Association, Los Angeles, CA.

Friedman, R.M. & Hernandez, M. (1993, October). *Special challenges in evaluating multi-site system reform efforts: A focus on mental health services*. Paper presented at the

DEF-EXPERT-000035

Fifteenth Annual Research Conference of the Association for Public Policy Analysis and Management, Washington, DC.

Friedman, R.M. (1993, August). *Innovative models of service delivery in clinical child psychology*. Paper presented at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Friedman, R.M. (1993, August). *Children's services - is our future being well served?* Paper presented at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Kutash, K. & Friedman, R.M. (1993, August). *Social skills of youth with serious emotional disturbances*. Paper presented at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Prange, M.E., Greenbaum, P.E., & Friedman, R.M. (1993, August). *Predicting correctional placements among adolescents with serious emotional disturbances*. Paper presented at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Friedman, R.M. (1993, April). *Beyond the numbers: Practical research*. Paper presented at the Second Wrap Around Family Reunion Conference, St. Charles, IL.

Johnson, M.K., Hall, K.S., & Friedman, R.M. (1993, April). *System of care research*. Paper presented at the second Wrap Around Family Reunion Conference, St. Charles, IL.

Friedman, R.M. (1993, March). *Children's mental health research: Exploring the participatory approach*. Plenary session presented at the 6th Annual Research Conference "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

Friedman, R.M. (1993, March). *Evaluation of the mental health initiative for urban children: A program of the Annie E. Casey Foundation*. Paper presented at the 6th Annual Research Conference "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

Friedman, R.M. (1993, January). *Challenges facing the children's mental health field*. Presented at the Rehabilitation of Children, Youth, and Adults with Psychiatric Disabilities Conference, Tampa, FL.

Friedman, R.M. (1993, January). *Our children, our families: The status of service delivery for youth with emotional or behavioral disorders and their families*. Keynote address presented at the Rehabilitation of Children, Youth, and Adults with Psychiatric Disabilities Conference, Tampa, FL.

Friedman, R.M., Duchnowski, A.J., Kutash, K., Greenbaum, P.E., Silver, S.E., & Prange, M. (1992, March). *A longitudinal follow-up of children identified as having emotional disturbances: Preliminary findings*. Paper presented at the 5th Annual Research Conference "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

DEF-EXPERT-000036

Greenbaum, P.E., Prange, M.E., Rather, B.A., Friedman, R.M., & Silver, S.E. (1991, August). *Using expectancies to predict drinking styles among adolescents with serious emotional disturbances*. Paper presented at the meeting of the American Psychological Association, San Francisco, CA.

Greenbaum, P.E., Prange, M.E., Rather, B.A., Friedman, R.M., & Silver, S.E. (1991, February). *Predicting heavy drinking among adolescents with serious emotional disturbances: Alcohol expectancies*. Paper presented at the 4th Annual Research Conference "A System of Care for Children's Mental Health: Expanding the Research Base," Tampa, FL.

Friedman, R.M. (1991, January). *Mental health and substance abuse services for adolescents: Clinical and service system issues*. Presented at the American College of Mental Health Administration.

Friedman, R.M., Burns, B.J., & Behar, L.B. (1991, January). *Major issues in improving mental health and substance abuse services for adolescents*. Presented at the American College of Mental Health Administration.

Friedman, R.M. (1990, October). *University-based preparation of students to work with children and families*. Paper presented at the Meeting the Challenge: New Directions in Education and Training for Services to Children and Youth conference sponsored by the School of Social Work, University of Maryland, Baltimore, MD, and the Mental Hygiene Administration of the Maryland Department of Health and Mental Hygiene.

Silver, S., Friedman, R.M., & Greenbaum, P. (1990, September). *Children and adolescents with serious emotional disorders: Preliminary results from a longitudinal analysis*. Presented at the American Public Health Association 118th Annual Meeting, New York, NY.

Friedman, R.M. (1990, September). *Research on service delivery and systems of care in children's mental health: A status report*. Presented at the American Public Health Association 118th Annual Meeting, New York, NY.

Friedman, R.M. (1990, September). *Movement towards community-based systems of care for children with serious emotional disorders and their families: Progress and problems*. Presented at the American Public Health Association 118th Annual Meeting, New York, NY.

Friedman, R.M. (1990, August). *From analyzing individual subject behavior to analyzing service delivery systems*. Presented at the 98th annual convention of the American Psychological Association, Boston, MA.

Brandenburg, N.A., Friedman, R.M., & Silver, S.E. (1990, August). *Risk factors for co-morbidity of childhood and adolescent psychiatric disorders*. Presented at the 98th annual convention of the American Psychological Association, Boston, MA.

Friedman, R.M. (1989, October). *Processes and criteria for decision-making about who belongs where*. Presented at Treatment of Adolescents with Alcohol, Drug Abuse, and Mental Health Problems, a national conference sponsored by the Alcohol, Drug Abuse, and Mental Health Administration, U.S. Department of Health and Human Services, Alexandria, VA.

DEF-EXPERT-000037

Friedman, R.M. (1989, September). *Therapeutic foster care: It's role within a system of care*. Presented at the 3rd North American Conference on Treatment Foster Care.

Friedman, R.M. (1989, September). *Children with mental health needs*. Presented at the Fifth National Conference of the Association of Child Advocates: Child Advocacy in the States, Building a Better America.

Friedman, R.M. (1989, August). *Seriously emotionally disturbed (SED) children's service needs: Implications for training psychologists*. Presented at the 97th meeting of the American Psychological Association, New Orleans, LA.

Knoff, H.M., Silver, S.E., Friedman, R.M., Kutash, K., Duchnowski, A.J., Brandenburg, N.A., Prange, M. & Greenbaum, P.E. (1989, August). *Characteristics of emotionally disturbed students in residential versus school settings*. Poster presented at the 97th meeting of the American Psychological Association, New Orleans, LA.

Friedman, R.M. (1989, June). *A system of care for children*. Paper presented at the Fourteenth Annual Conference of the International Association of Psychosocial Rehabilitation Services, Miami, FL.

Duchnowski, A.J., Kutash, K. E., Friedman, R.M., & Silver, S.E. (1989, April) *Seriously emotionally disturbed children: Who are they, what services do they need, what happens to them?* Paper presented at 67th Annual Convention: Council of Exceptional Children, San Francisco, CA.

Friedman, R.M. (1989, March). *Children's mental health policy*. Paper presented at 5th Alcohol, Drug Abuse, & Mental Health Administration-National Institute of Mental Health & Neurological Sciences Symposium: Child Mental Health, Bangalore, India.

Prange, M. E., Greenbaum, P.E., & Friedman, R.M. (1989, March). *Alcohol and marijuana abuse among severely emotionally disturbed adolescents*. Paper presented at the meeting of the Southeastern Psychological Association, Washington, DC.

Friedman, R.M. (1989, February). *Prevalence research in children's mental health: Present status and future directions*. Paper presented at the 2nd Annual Research Conference "Children's Mental Health Services and Policy: Building a Research Base," Tampa, FL.

Silver, S., Friedman, R.M., Duchnowski, A.J., & Kutash, J. (1989, February). *Seriously emotionally disturbed children served in residential and school placements: Similarities and differences*. Paper presented at the 2nd Annual Research Conference, "Children's Mental Health Services and Policy: Building a Research Base," Tampa, FL.

Friedman, R.M. (1988, November). *Building a national agenda on children's mental health*. Paper presented at National Mental Health Leadership Forum, Hartford, CT.

Silver, S., Friedman, R.M., Duchnowski, A.J., & Kutash, K. (1988, November). *Seriously emotionally disturbed children served in residential and special education programs: A comparison of their family characteristics, psychological functioning, and subsequent outcomes*. Paper presented

DEF-EXPERT-000038

in workshop, "Invisible Children: Recent Studies", at the annual meeting of the National Mental Health Association, Hartford, CT.

Silver, S., Friedman, R.M., Duchnowski, A.J., & Kutash, K. (1988, October). *Findings from the National Adolescent and Child Treatment Study of Seriously Emotionally Disturbed Children: Implications for Assessment and Delivery of Care.* Paper presented at conference, "Recent Findings and New Approaches to the Treatment of Mental Illness and Substance Abuse," Oklahoma Mental Health Research Institute, Tulsa, OK.

Friedman, R.M., Duchnowski, A.J., Silver, S.E., & Kutash, K. (1988, October). *The National Adolescent and Child Treatment Survey: Results and future action.* Presented at the Child and Adolescent Service System Program Directors meeting, St. Petersburg, FL.

Friedman, R.M. (1988, September). *Building community-based mental health service systems for children with special health care needs.* Paper presented at U. S. Surgeon General's Conference Campaign '88, Washington, DC.

Silver, S., Friedman, R.M., Duchnowski, A.J., Kutash, K., & Prange, M. (1988, August). *Characteristics of seriously emotionally disturbed children in residential and school placements.* Paper presented in symposium, "Characteristics of children in out-of-home care: Program, policy, and research implications," 96th meeting of the American Psychological Association, Atlanta, GA.

Prange, M. E., Friedman, R.M., Silver, S., Kutash, K., & Duchnowski, A.J. (1988, August). *Family functioning correlates of severely emotionally disturbed adolescents.* Paper presented at the 96th meeting of the American Psychological Association, Atlanta, GA.

Friedman, R.M. (1988, February). *Strategies for conducting needs assessment based on system of care models.* Paper presented at the conference, "Children's Mental Health Services and Policy: Building a Research Base," Tampa, FL.

Silver, S.E., Duchnowski, A.J., Friedman, R.M., Kutash, K., & Lardieri, S. (1988, February). *Measuring receipt of mental health and educational services.* Presented at the conference, "Children's Mental Health Services and Policy: Building a Research Base," Tampa, FL.

Prange, M., Friedman, R.M., Silver, S.E., & Kutash, K. (1988, February). *Family functioning and psychopathology among SED adolescents.* Presented at the conference, "Children's Mental Health Services and Policy: Building a Research Base," Tampa, FL.

Friedman, R.M. (1987, September). *The status of knowledge about services for emotionally disturbed children.* Paper presented at annual meeting of the National Alliance for the Mentally Ill, Washington, DC.

Friedman, R.M. (1987, September). *Improving systems of care for emotionally disturbed children.* Paper presented at the annual meeting of the Association of Child Advocates, Chicago, IL.

Friedman, R.M. (1987, August). *Mad, bad, sad, can't add: Outcomes of teen pregnancy.* Paper presented at the annual meeting of the American Psychological Association, New York, NY.

DEF-EXPERT-000039

Silver, S., Friedman, R.M., Kutash, K., Duchnowski, A., Brandenburg, N.A., & Prange, M. E. (1987, August). *Emotionally disturbed children: Who are they? What do they need?* Paper presented at the annual meeting of the American Psychological Association, New York, NY.

Friedman, R.M., Brandenburg, N.A., Duchnowski, A., Kutash, K., Prange, M., & Silver, S. (1987, May). *Characteristics of emotionally disturbed adolescents.* Paper presented at National Institute of Mental Health research meeting on "Treatment/Assessment of Violent and Emotionally Disturbed Youth," Raleigh, NC.

Silver, S., & Friedman, R.M. (1987, April) *Emotional disturbance in children of adolescent mothers.* Paper presented at the meeting of the Population Association of America, Chicago, IL.

Friedman, R.M., Silver, S.E., Duchnowski, A.J., Kutash, K., Eisen, M., Brandenburg, N.A., & Prange, M. (1987, April). *Characteristics of children with serious emotional disturbances identified by public systems as requiring services.* Paper presented at Research Meeting and Assessment, Treatment and Evaluation of Services for Aggressive/Violent and Emotionally Disturbed Children and Adolescents.

Friedman, R.M. (1987, January). *Progress in services for emotionally disturbed children.* Paper presented at annual meeting of the American College of Mental Health Administrators, St. Petersburg, FL.

Friedman, R.M. (1986, November). *The knowledge base for services for emotionally disturbed children.* Paper presented at annual meeting of the National Mental Health Association, Milwaukee, WI.

Friedman, R.M. (1986, September). *Developing effective service systems for children with serious emotional problems.* Paper presented at annual meeting of the Association of Child Advocates, Raleigh, NC.

Friedman, R.M. (1986, September). *Changes in children's mental health services.* Paper presented at annual meeting of American Public Health Association, Las Vegas, NV.

Friedman, R.M. (1986, August). *Increasing community involvement for emotionally disturbed children.* Paper presented at annual meeting of American Psychological Association, Washington, DC.

Friedman, R.M. (1986, January). *Major issues in mental health services for children.* Paper presented at annual meeting of American College of Mental Health Administration, San Diego, CA.

Friedman, R.M. (1985, November). *Services for emotionally disturbed children: An overview of the status.* Paper presented at annual meeting of the Association for Child Advocates, St. Louis, MO.

Friedman, R.M. (1985, July). *Improving services for emotionally disturbed children.* Paper presented at annual meeting of National Association of Counties, Orlando, FL.

RF000811

DEF-EXPERT-000040

Friedman, R.M. (1984, February). *Prevention, early identification, and early childhood programs in Florida*. Presented at conference on Prevention, Early Identification, and Early Childhood Programs, Tampa, FL.

Friedman, R.M. (1983, August). *The status of children's mental health services and policy in Florida*. Presented at conference on Children's Mental Health in Florida, Tampa, FL.

Friedman, R.M., & Quick, J. (1983, March). *A comprehensive day treatment program for multi-problem adolescents and their families: A five year report*. Paper presented at annual meeting of Southeastern Psychological Association, Atlanta, GA.

Friedman, R.M. (1981, October). *Legal developments affecting the family: Foster care*. Paper presented at annual meeting of National Council on Family Relations, Milwaukee, WI.

Friedman, R.M., Palmer, J., Quick, J., Tatlock, T., & Solomon, E. (1981, March). *The role of day treatment within a community-based continuum of care for emotionally disturbed children*. Paper presented at annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Quick, J., Francis, M., Hernandez, M., & Friedman, R.M. (1980, November). *Teaching appropriate anger expression to the multiproblem adolescent in a day treatment setting*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

Friedman, R.M., Baron, A., Lardieri, S., Quick, J., & Wehr, R. J. (1980, November). *Legislatively-mandated implementation of a behavioral procedure within a state foster care system: Issues, problems, and strategies*. Paper presented at annual meeting of Association for the Advancement of Behavior Therapy, New York, NY.

Friedman, R.M., Lardieri, S., Johnson, Y., & Quick, J. (1980, October). *Programs for dependent adolescents: Issues, problems, alternatives*. Proceedings of the Second Annual Conference. Tampa, FL.

Friedman, R.M., & Ziegler, C. (1980, March). *Therapeutic foster homes: A residential alternative for emotionally disturbed children and adolescents*. Paper presented at annual meeting of the Southeastern Psychological Association, Washington, DC.

Friedman, R.M., Lardieri, S., Murphy, R., & Quick, J. (1979, December). *Application of a data-based consultation model to recruitment of foster parents*. Paper presented at annual meeting of the Association for the Advancement of Behavior Therapy, San Francisco, CA.

Friedman, R.M., Quick, J., Palmer, J., & Solomon, E. (1979, December). *Community-based day treatment for multi-problem adolescents*. Paper presented at annual meeting of the Association for the Advancement of Behavior Therapy, San Francisco, CA.

Friedman, R.M. (1979, October). *Services for emotionally disturbed adolescents*. Presented at public hearing to Florida House Committee on Prevention/Children and Youth, Tampa, FL.

RF000812

**DEF-EXPERT-000041**

Friedman, R.M., Lardieri, S., McNair, D., Quick, J., & Repetosky, C. (1979, September). *Foster care for adolescents: Problem or solution?* Paper presented at annual meeting of the American Psychological Association, New York, NY.

Friedman, R.M., & Hernandez, M. (1979, September). *Behavioral assessment of physically abusive families*. Paper presented at annual meeting of the American Psychological Association, New York, NY.

Friedman, R.M., Wolfe, D., Lardieri, S., & Quick, J. (1978, December). *Programs for dependent adolescents: Issues, problems, alternatives*. Proceedings of the First Annual Conference. Tampa, FL.

Friedman, R.M., Quick, J., & Palmer, J. (1978, August). *Day treatment for dependent adolescents: Procedures and preliminary results*. Paper presented at annual meeting of the American Psychological Association, Toronto, Ontario, Canada.

Friedman, R.M., Eby, P., Lardieri, S., McNair, D., Quick, J., & Repetosky, C. (1978, June). *Mental health-child welfare collaboration: Myth or magic?* Paper presented at Southeastern Regional Meeting of the Child Welfare League of America, Hollywood, FL.

Friedman, R.M. (1978, March). *Adolescents in foster care: Do they have a right to a stable and adequate family?* Paper presented at the annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Hernandez, M., & Friedman, R.M. (1978, March). *Involving community groups in the assessment of adolescent social skills*. Paper presented at the annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Friedman, R.M., Quick, J., & Palmer, J. (1978, March). *A day treatment program for the dependent adolescent*. Paper presented at the annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Friedman, R.M., & May, J. G., Jr. (1977, December). *A comparison of programmed and trial and error discrimination learning procedures for normal and retarded children*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, Atlanta, GA.

Friedman, R.M., & Quick, J. (1977, May). *Programming interpersonal skills in a day treatment program for dependent adolescents*. Paper presented at the annual meeting of the Southeastern Psychological Association, Hollywood, FL.

Hernandez, M., Friedman, R.M., & Garlock, S. (1977, May). *Characteristics of adolescents in foster care*. Paper presented at the annual meeting of the Southeastern Psychological Association, Hollywood, FL.

Fiordaliso, R., & Friedman, R.M. (1977, May). *The relationship between teacher assertiveness and student performance*. Paper presented at the annual meeting of the Southeastern Psychological Association, Hollywood, FL.

DEF-EXPERT-000042

Friedman, R.M. (1977, April). *Maximizing the impact of research in child abuse and neglect*. Paper presented at the Second National Conference on Child Abuse and Neglect, Houston, TX.

Filipczak, J., Lordeman, A., & Friedman, R.M. (1977, April). *Parental involvement in the schools: Toward what end?* Paper presented at the annual meeting of the American Educational Research Association, New York, NY.

Lordeman, A., Reese, S. C., & Friedman, R.M. (1977, April). *Establishing and assessing two-way communication between parents and school*. Paper presented at the annual meeting of the American Educational Research Association, New York, NY.

Panyan, M., & Friedman, R.M. (1976, December). *Naturalistic observations of abusive families*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

Archer, M. B., Friedman, R.M., & Filipczak, J. (1976, December). *Teaching social skills to junior high school students*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

McCombs, D., Filipczak, J., Rusilko, S., & Friedman, R.M. (1976, December). *Long-term follow-up on behavior modification with adolescents*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

Fiordaliso, R., Brotman, G., Lordeman, A., & Friedman, R.M. (1976, December). *The effect of contingent versus non-contingent reinforcement on high and low base rate behaviors*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

Friedman, R.M., Archer, M. B., & Lordeman, A. (1976, September). *Five years in the public schools: Summary of PREP findings*. Paper presented at the annual meeting of the American Psychological Association, Washington, DC.

Filipczak, J., Friedman, R.M., & Reese, S. (1976, September). *School intervention with troublesome juveniles: Who needs it?* Paper presented at the annual meeting of the American Psychological Association, Washington, DC.

Friedman, R.M., Filipczak, J., & Archer, M. (1976, April). *Generalization of the effects of special classroom programs*. Paper presented at annual meeting of the Eastern Psychological Association, New York, NY.

Fiordaliso, R., Lordeman, A., Filipczak, J., & Friedman, R.M. (1976, April). *Decreasing absenteeism on the junior high school level*. Paper presented at annual meeting of the American Educational Research Association, San Francisco, CA.

Friedman, R.M., Filipczak, J., Archer, M., & Fiordaliso, R. (1976, April). *Teaching training in PREP: Toward a more idiosyncratic model*. Paper presented at the annual meeting of the American Educational Research Association, San Francisco, CA.

DEF-EXPERT-000043

Friedman, R.M., & Friedman, F. A. (1976, March). *The relationship between basic research in aggression and practice in child abuse: Implications for education*. Paper presented at the annual meeting of the Council on Social Work Education, Philadelphia, PA.

Friedman, R.M., Filipczak, J., & Reese, S. C. (1975, December). *Problems in initiating, implementing, and evaluating a large-scale behavioral program in the public schools*. Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy, San Francisco, CA.

Friedman, R.M., Filipczak, J., Picek, E. J., & Fiordaliso, R. (1975, September). *Standardized test performance to evaluate a behavioral program in the schools?* Paper presented at the annual meeting of the American Psychological Association, Chicago, IL.

Filipczak, J., Friedman, R.M., Picek, E. J., & Fiordaliso, R. (1975, September). *Relationships between standardized test performance and student academic and social behavior measures*. Paper presented at the annual meeting of the American Psychological Association, Chicago, IL.

Friedman, R.M., & May, J. G. (1968, May). *The effects of extinction on aggressive behavior in humans*. Paper presented at the annual meeting of the Florida Psychological Association, Clearwater, FL.

Friedman, R.M., May, J. G., & Moore, P. (1968, April). *Imitation as a function of the response-consequences to the model*. Paper presented at the annual meeting of the Southeastern Psychological Association, Roanoke, VA.

Friedman, R.M. (1968, April). *The rate of extinction of conditioned suppression as a function of the rate of acquisition*. Paper presented at the annual meeting of the Southeastern Psychological Association, Roanoke, VA.

**MONOGRAPHS, POLICY REPORTS & PUBLICATIONS IN CONFERENCE PROCEEDINGS**

Stroul, B. A., & Friedman, R. M.  (2011). *Effective strategies for expanding the system of care approach*.

Atlanta, GA:  ICF Macro.

Stroul, B. A., & Friedman, R. M.  (2011). *Issue brief:  Strategies for expanding the system of care Approach*.  Washington, DC:  Technical Assistance Partnership for Child and Family Mental Health.

Friedman, R. M., & Goldman, S.  (2009). *Bringing systems of care to scale*.  Tampa, FL:  Research and Training Center for Children's Mental Health, University of South Florida.

Friedman, R. M.  (2009). *Abuse of youth in residential placements:  An overview of the problem*. Tampa, FL:  University of South Florida.

Friedman, R. M., Paulson, R., Prince Inniss, J., Loker, T., & Armstrong, M. I.  (2009). *Collier County Children's Mental Health Needs Assessment*.  Tampa, FL:  University of South Florida.

RF000815
**DEF-EXPERT-000044**

Friedman, R. M. (2005). *Transformation work group report.* Research and Training Center for Children's Mental Health, Tampa, FL: University of South Florida.

Friedman, R.M., & Drews, D.A. (2005). *Evidence-based practices, systems of care, and individualized care.* Tampa, FL: Research and Training Center for Children's Mental Health, University of South Florida.

Friedman, R.M., Drews, D.A., Blase, K.A., Fixsen, D.L., Paulson, R.I., & Zusman, J. (2005). *Children's mental health: Service array, evidence-based practices, and quality improvement.* Tampa, FL: Department of Child and Family Studies, University of South Florida.

Huang, L., Stroul, B., Friedman, R., Mrazek, P., Friesen, B., Pires, S., & Mayberg, S. (2003). *Report to the President's New Freedom Commission on Mental Health of the Child and Family Subcommittee.*

Friedman, R.M. (2002, January). *Child and adolescent mental health: Recommendations for improvement by state mental health commissions.* Report prepared for the Meeting of State Mental Health Commissions, Tampa, FL.

Friedman, R.M. (2001). *Children's workgroup report.* Report prepared for the Florida Commissions on Mental Health & Substance Abuse, Tampa, FL.

Friedman, R.M. (2000). *U.S. Public Health Service, Report of the Surgeon General's Conference on Children's Mental Health: A National Action Agenda* (pp. 40-45). Washington, DC: Department of Health and Human Services.

Friedman, R.M. (2000). Developing a Framework for Assessing the Impact of Policies on Children with Emotional Disturbances and Their Families. Paper presented at *13th Annual Research Conference, A System of Care for Children's Mental Health: Expanding the Research Base.* Clearwater, FL.

Ringeisen, H., Stearns, G., & Friedman, R.M. (2000). Parent Impressions of Tampa's Mental Health Service Delivery System. Poster presentation at *13th Annual Research Conference, A System of Care for Children's Mental Health: Expanding the Research Base.*

Friedman, R.M., Evans, M., Morrison-Rodriguez, B., Kutash, K., Duchnowski, A., Hernandez, M., Hodges, S., Armstrong, M., Pires, S., Stroul, B., Greenbaum, P., Brown, E., & Lazear, K. (2000). An overview of the 5-year research agenda for the Research & Training Center for Children's Mental Health. In C. Newman, C. Liberton, K. Kutash, & R.M. Friedman (Eds.), *13th Annual Research Conference Proceedings, A System of Care for Children's Mental Health: Expanding the Research Base* (pp.7-16), Tampa, FL: University of South Florida, The Louis de la Parte Florida Mental Health Institute, Research and Training Center for Children's Mental Health.

Katz-Leavy, J., Bornemann, T., Burns, B.J., Friedman, R.M., Jenson, P., & Osher, T. (2000). Overview and implications of the Surgeon General's Report on Mental Health. In C. Newman, C. Liberton, K. Kutash, & R.M. Friedman (Eds.), *13th Annual Research Conference*

DEF-EXPERT-000045

*Proceedings, A System of Care for Children's Mental Health: Expanding the Research Base* (pp. 17-20), Tampa, FL: University of South Florida, The Louis de la Parte Florida Mental Health Institute, Research and Training Center for Children's Mental Health. Clearwater, FL.

Liberton, C. J., Kutash, K., & Friedman, R.M. (2000). *13th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C. J., Kutash, K., & Friedman, R.M. (1999). *12th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C. J., Kutash, K., & Friedman, R.M. (1998). *11th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C.J., Kutash, K., & Friedman, R.M. (1997). *10th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C.J., Kutash, K., & Friedman, R.M. (1996). *9th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C. J., Kutash, K., & Friedman, R.M. (1995). *8th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Duchnowski, A.J., Hall, K., Kutash, K., Johnson, M.K., & Friedman, R.M. (1995). *Alternatives to the hospitalization of youth presenting psychiatric crises.* Paper presented at the 8th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base, Tampa, FL.

Liberton, C.J., Kutash, K., & Friedman, R.M. (1994). *7th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Liberton, C.J., Kutash, K., & Friedman, R.M. (1993). *6th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Kutash, K., Liberton, C. J., Algarin, A., & Friedman, R.M. (1992). *5th Annual research conference proceedings: A system of care for children's mental health: Expanding the research base.* Tampa, FL: Florida Mental Health Institute.

Friedman, R.M. & Brenner-Morris, B. (1991, October). *Alternatives to prosecution for women who deliver drug-exposed babies.* Report prepared for the Health and Rehabilitative Services Committee, Florida Senate.

DEF-EXPERT-000046

Friedman, R.M. (1991, October). *An examination of service integration as a strategy for improving services for children and families*. Report prepared for the Health and Rehabilitative Services Committee, Florida Senate.

Friedman, R.M., Johnson, M. K., & Rugs, D. (1991, September). *Admission of minors to psychiatric hospitals and residential treatment centers: Approaches to protection of rights*. Report prepared for the Health and Rehabilitative Services Committee, Florida Senate.

Algarin, A., Friedman, R.M. (1991). *4th Annual conference proceedings: A system of care for children's mental health: Expanding the research base*. Tampa, FL: Florida Mental Health Institute.

Algarin, A., Friedman, R.M. (1990). *3rd Annual conference proceedings: A system of care for children's mental health: Building a research base*. Tampa, FL:  Florida Mental Health Institute.

Friedman, R.M. (1990, October). *Progress and challenges in establishing community-based systems of care for children with emotional disorders and their families*. Report prepared for National Hearings on Children's Mental Health, Los Angeles, CA.

Friedman, R.M. (1990, August). *State-local relationships in the organization and financing of supports and services for children and their families: Principles and recommendations*. Report prepared for the Child Welfare Study Commission, Tampa, FL.

Friedman, R.M. (1990, April). *Children's and communities mental health services improvement act of 1990*. Presented to the Health and Environment Subcommittee, U.S. House of Representatives Committee on Energy and Commerce, Washington, DC.

Friedman, R.M., Ichinose, C.K., & Greer, S. (1990, February). *Psychiatric hospitalization of children and adolescents*. Presented to the HRS Committee, Florida Senate, Tallahassee, FL.

Algarin, A., Friedman, R.M., Duchnowski, A.J., Kutash, K., Silver, S.E., & Johnson, M.K. (1989). *2nd Annual conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

Friedman, R.M. (1989). Prevalence research in children's mental health: Present status and future directions. In A. Algarin, R.M. Friedman, A.J. Duchnowski, K. Kutash, S.E. Silver, & M.K. Johnson (Eds.) *2nd Annual research conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

Friedman, R.M. (1989, November). *Planning for the Alaska Psychiatric Institute: Report of the Consultants on Children's Services*.

Friedman, R.M. (1988). Service system research: Implications of a systems perspective. In P.E. Greenbaum, R.M. Friedman, A.J. Duchnowski, K. Kutash & S. Silver (Eds.), *Conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

RF000818

**DEF-EXPERT-000047**

Friedman, R.M. (1988). Strategies for conducting needs assessments based on system of care models. In P.E. Greenbaum, R.M. Friedman, A.J. Duchnowski, K. Kutash, S. Silver (Eds.), *Conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

Burns, B.J., & Friedman, R.M. (1988). The research base for child mental health services and policy: How solid is the foundation? In P.E. Greenbaum, R.M. Friedman, A.J. Duchnowski, K. Kutash, & S. Silver (Eds.), *Conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

Greenbaum, P.E., Friedman, R.M., Duchnowski, A.J., Kutash, K., & Silver, S. (1988). *Conference proceedings: Children's mental health services and policy: Building a research base*. Tampa, FL: Florida Mental Health Institute.

Duchnowski, A., Algarin, A., Friedman, R., & Henderson, E. (1988). *Conference proceedings: Mental health and education: Partners in serving emotionally disturbed children*. Washington, DC: Florida Mental Health Institute.

Friedman, R.M., & Duchnowski, A. (1987). Severely emotionally disturbed children and P.L. 94-142. *Division of Child, Youth, and Family Services Newsletter, 10*, 3-15.

Friedman, R.M. (1987, August). *Service capacity in a balanced system of services for seriously emotionally disturbed children*.

Friedman, R.M. (1987, July). *Emotional disturbance in children and adolescents*. Presented to the U.S. House Select Committee on Children, Youth, and Families, Washington, DC.

Stroul, B.A., & Friedman, R.M. (1986). *A System of Care for Children &Youth with Severe Emotional Disturbances*. Washington, DC: Georgetown University, 1986.

Friedman, R.M., & Kutash, K. (1986, September). *Mad, bad, sad, can't add?* Florida Adolescent and Child Treatment Study (FACTS): Executive Summary.

Friedman, R.M. (1986, January). State planning of training, consultation, and dissemination activities.

Friedman, R.M. (1985, December). *Serving seriously emotionally disturbed children: An overview of major issues*.

Friedman, R.M., & Street, S. (1985, October). *Family-focused interventions: An annotated bibliography*.

Friedman, R.M., & Kutash, K. (1985, May). *Florida adolescent and child treatment survey: Case review committee waiting list*. Tampa, FL.

Street, S., & Friedman, R.M. (1985, January). *Interagency collaborations for emotionally disturbed children*, Volumes I-V. Tampa, FL.

RF000819

DEF-EXPERT-000048

Friedman, R.M., & Kutash, K.  (1984, December). *A retrospective study of the case review committee waiting list*. Tampa, FL.

Friedman, R.M. (1984) Policies and programs for emotionally disturbed delinquents: Summary and recommendations. *Conference proceedings: Policies and programs for emotionally disturbed delinquents*. Tampa, FL: Florida Mental Health Institute.

Friedman, R.M., & Quick, J. (1984). Day treatment for adolescents: A five-year status report. *Resources in Education*, ED 237 825.

Friedman, R.M. (1984, November). *Seriously emotionally disturbed children: An underserved and ineffectively served population*. Tampa, FL.

Eberly, D. A., Kutash, K., & Friedman, R.M. (1984, September). *Florida adolescent and child treatment survey*. Tampa, FL.

Friedman, R.M., & Eby, P. (1983, May). *Foster care in Florida*, Volumes I-II). Tampa, FL.

Friedman, R.M., & Quick, J. (1983, May). *Day treatment for adolescents: A five-year report*. Tampa, FL.

Friedman, R.M. (1983, May). *Therapeutic foster homes in Florida: A mid-1982 status report*. Tampa, FL.

Friedman, R.M. (1981, November). *Therapeutic foster homes in Florida: A mid-1981 status report*. Tampa, FL.

Friedman, R.M. (1981, June). *Issues in evaluating foster care programs*. Tampa, FL.

Friedman, R.M., Drash, P. W., Palmer, J., Quick, J., & Tatlock, T. (1980, December). *Adolescent Project: A summary of first two years of day treatment program*. Tampa, FL.

Lardieri, S., Friedman, R.M., Baron, A., & Quick, J. (1980, July). Strategies for insuring the development of high quality performance agreements. Tampa, FL.

Friedman, R.M., Baron, A., Lardieri, S., & Quick, J. (1980, July). *The development of performance agreements for families of youngsters entering foster care*. Tampa, FL.

Friedman, R.M. (1980, March). *An introduction to day treatment*. Tampa, FL.

Friedman, R.M. (1979, November). *Three years of mental health--child welfare collaboration:  What have we learned?* Tampa, FL.

Friedman, R.M. (1978, March). *Preventing the need for institutionalization*. Tampa, FL.

Friedman, R.M. (1978, February). *Adolescents as people: No kidding around*. Tampa, FL.

DEF-EXPERT-000049

Robert M. Friedman - 30

Friedman, R.M. (1976). Child abuse: A review of the psychosocial research. In *Four Perspectives on the Status of Child Abuse and Neglect Research*. National Technical Information Service, Springfield, VA, 1976, PB -250-852/A.S.

## EDITORIAL APPOINTMENTS

| | | |
|---|---|---|
| Series Editor | Systems of Care for Children's Mental Health | 1996 - 2012 |
| Guest Reviewer | Evaluation and Program Planning | 2009 |
| Guest Reviewer | Health Affairs | 1996 |
| Consulting Editor | Journal of Emotional and Behavioral Disorders | 1994-2009 |
| Editorial Board | Journal of Child and Family Studies | 1991-2005 |
| Co-Editor | Special Issue on Children's Mental Health Journal of Mental Health Administration | 1990 |
| Editorial Board | Journal of Mental Health Administration/Journal of Behavioral Health Services and Research | 1988-2010 |
| Guest Reviewer | American Psychologist | 1995 |
| Guest Reviewer | Criminal Justice and Behavior | 1988 |
| Guest Reviewer | Journal of Consulting and Clinical Psychology | 1985-1988 |
| Consulting Editor | Journal of Consulting and Clinical Psychology | 1982-1984 |
| Guest Reviewer | Child Development | 1984 |
| Guest Reviewer | Psychological Bulletin | 1984 |
| Guest Reviewer | Journal of Clinical Child Psychology | 1984 |
| Guest Reviewer | Journal of Behavior Therapy and Experimental Psychiatry | 1984 |
| Guest Reviewer | Education and Treatment of Children | 1983 |
| Reviewer | Guilford Press | 1983, 1985 |
| Guest Reviewer | Journal of Consulting and Clinical Psychology | 1980-1981 |

## COMMUNITY AND PROFESSIONAL SERVICE

RF000821

DEF-EXPERT-000050

Robert M. Friedman - 31

| | |
|---|---|
| 2010 – 2013 | Board of Advisors, U.S. Center for Mental Health Services |
| 2010 – 2012 | Board of Advisors, National Wraparound Initiative |
| 2010 - Present | Board of Directors, Congregation Beth Am |
| 2008 – 2011 | Board of Advisors, Evaluation of Project Impact |
| 2008 – 2009 | Co-Chair, System Change Work Group, Child, Adolescent, and Family Branch, Center for Mental Health Services |
| 2008 – 2010 | Member, Advisory Group on Early Childhood Mental Health, Nemours Foundation |
| 2007 – 2014 | Vice Chair, Success 4 Kids and Families, Board of Director |
| 2004 – 2006 | Chair, Child Mental Health Transformation Workgroup, Child, Adolescent, and Family Branch, Center for Mental Health Services |
| 2004 – 2009 | Member, Florida Education Fund, Board of Directors |
| 2002 – 2006 | Member, Board of Directors, Hillel School of Tampa |
| 2001 – 2005 | Member, Tampa Jewish Family Services, Board of Directors |
| 2002 – 2004 | Member, Professional Advisory Board, CHADD |
| 2002 – 2003 | Consultant, Children's Subcommittee of the President's New Freedom Commission on Mental Health |
| 2001 – 2005 | Member, Policy Group for Florida's Families and Children |
| 1999 – 2001 | Member, NIMH Committee, Workgroup on Child and Adolescent Mental Health Intervention Development and Deployment |
| 1999 – 2008 | Member, Executive Committee, James and Jennifer Harrell Center for the Study of Domestic Violence |
| 1998 - 1999 | Member, Planning Board for the Surgeon General's Report on Mental Health |
| 1996 - 1998 | Member, Board of Professional Affairs Task Force on Professional Child and Adolescent Psychology, APA |
| 1994 - 1998 | Chair, Task Force to Estimate Prevalence of Serious Emotional Disturbance, Center for Mental Health Services |
| 1990 – 2002 | Member of the Community Advisory Committee of the Children's Board |
| 1995 - 1996 | Member, Governor Chiles Panel for the Protection of Children |
| 1993 - 1994 | Chair, Review Committee for Children's Mental Health Services Program, Center for Mental Health Services |

RF000822

DEF-EXPERT-000051

Robert M. Friedman - 32

| | |
|---|---|
| 1993 - 1995 | Board Member, National Mental Health Association |
| 1991 - 1993 | Member, Advisory Board, Annie E. Casey Foundation, Child Mental Health Initiative |
| 1989 - 1991 | Member, Advisory Board, National Association for Therapeutic Foster Care |
| 1989 – 1991 Project | Member, Advisory Board, Intensive Family Preservation Services Standards |
| 1988 – 1993 | Member, Advisory Board, Robert Wood Johnson Foundation, Children's Mental Health Initiative |
| 1988 - 1990 | Member, Advisory Panel, Evaluation of Ft. Bragg Demonstration Project. |
| 1988 | Member, Mental Health Task Force, National Resource Center on Maternal and Child Health |
| 1986 – 2006 | Grant Reviewer, National Institute of Mental Health/Center for Mental Health Services |
| 1986 - 1989 | Member, Florida Child Welfare Advisory Council |
| 1986 - 1989 | Member, Legislative Committee, National Association of Rehabilitation Research, and Training Centers |
| 1985 - 1987 | Member, Residential Services Task Force, Division 37, American Psychological Association |
| 1983 - 1986 | Member, District VI Case Review Committee, Tampa, Florida |
| 1983 | Member, Children's Committee, District VI Mental Health Planning Council, Tampa, Florida |
| 1983 | Member, Planning Committee, Regional Conference on Teenage Alcoholism |
| 1981 - 1990 | Member, Advisory Board, Florida Department of Education Committee on Service Networks for Severely Emotionally Disturbed Children, Tallahassee, Florida |
| 1981 - 1982 | Member, Advisory Committee to HRS for Training Staff to Work with Dependent Adolescents, Tallahassee, Florida |
| 1981 - 1982 | Member, Child Welfare Advisory Committee, School of Social Work, Florida State University, Tallahassee, Florida |
| 1981 | Member, Review Committee for Children's Mental Health Grant Proposals, HRS District V, Largo, Florida |

DEF-EXPERT-000052

| 1981 | Member, Editorial Board, Florida HRS Project on Education-Mental Health Collaborations, Tallahassee, Florida |
|---|---|
| 1981 | Resource Person, Florida Conference on Children and Youth, Orlando, Florida |
| 1981 | Member, Advisory Task Force for Children's Services, United Way, Tampa, Florida |
| 1980 - 1981 | Member, HRS District VI Foster Care Service Planning Committee, Tampa, Florida |
| 1980 | Member, Task Force on Emotionally Disturbed Children, Florida Center for Children and Youth, Tallahassee, Florida |
| 1979 | Member, Florida HRS Task Force on Day Treatment Programs, Tallahassee, Florida |
| 1979 - 1981 | Member, HRS District VI Foster Care Advisory Committee, Tampa, Florida |
| 1978 | Member, District VI Purchase of Service Review Committee, Tampa, Florida |
| 1976 - 1978 | Member, Florida HRS Task Force on Emotionally Disturbed Children and Adolescents, Tallahassee, Florida |
| 1973 - 1974 | Member, Board of Directors, Tri-County Group Home, Inc., Chaptico, Maryland. |
| 1973 - 1974 | Member, Youth Commission, St. Mary's County, Maryland. |

## AWARDS/HONORS

Nicholas Hobbs Award, 2005, Division of Child, Youth, and Family Services, American Psychological Association

Distinguished Service Award, Children's Board of Hillsborough County, October, 2004

Distinguished Lecturer, Lynn Lavely Distinguished Lecture Series, University of South Florida, April, 2002

Professorial Excellence Award, University of South Florida, 1993 and 2002

Fellow, Division 37, American Psychological Association, 1990

Pressley Ridge Schools Annual Award for Outstanding Achievement for Children and Youth, 1993

National Mental Health Association Award for Distinguished Contribution to Invisible Children's Project, 1987

## PROFESSIONAL LICENSES AND CERTIFICATIONS

DEF-EXPERT-000053

Robert M. Friedman - 34

State of Florida            Licensed as a Psychologist            1978 - 2004

State of Maryland           Certified as a Psychologist           1971 - 1978.

RF000825

**DEF-EXPERT-000054**

**Documents reviewed by Robert Friedman**

*B.K. et al, v. McKay, et al.*

| | |
|---|---|
| 1. | FRE 1006 Summary of DHS records (Plaintiff A.C.), Bates Nos. FRIEDMAN000001-000050 |
| 2. | FRE 1006 Summary of DHS records (Plaintiff A.T.) Bates Nos. FRIEDMAN000051-000123 |
| 3. | FRE 1006 Summary of DHS records (Plaintiff B.K.) Bates Nos. FRIEDMAN000124-000376 |
| 4. | FRE 1006 Summary of DHS records (Plaintiff B.T.) Bates Nos. FRIEDMAN000377-000652 |
| 5. | FRE 1006 Summary of DHS records (Plaintiff C.P.) Bates Nos. FRIEDMAN000653-000710 |
| 6. | FRE 1006 Summary of DHS records (Plaintiff D.C.) Bates Nos. FRIEDMAN000711-000777 |
| 7. | FRE 1006 Summary of DHS records (Plaintiff J.B.) Bates Nos. FRIEDMAN000778-000924 |
| 8. | FRE 1006 Summary of DHS records (Plaintiff J.C.) Bates Nos. FRIEDMAN000925-001102 |
| 9. | FRE 1006 Summary of DHS records (Plaintiff J.M.) Bates Nos. FRIEDMAN001103-001260 |
| 10. | FRE 1006 Summary of DHS records (Plaintiff M.C.) Bates Nos. FRIEDMAN001261-001320 |
| 11. | DHS records (Plaintiff A.T.) – Sep 2011-Mar 2015 Bates Nos. DHS000001-000738 |
| 12. | DHS records (Plaintiff A.C.) – Jan 2014 - Mar 2015 Bates Nos. DHS000739-001679 |
| 13. | DHS records (Plaintiff B.K.) – Nov 2010 - Mar 2015 Bates Nos. DHS001680-003376 |
| 14. | DHS records (Plaintiff B.T.) – Jul 2010 - Mar 2015 Bates Nos. DHS003377-005234 |
| 15. | DHS records (Plaintiff C.P.) – Jun 2013 - Mar 2015 Bates Nos. DHS005235-005968 |
| 16. | DHS records (Plaintiff D.C.) – Jan 2014 - Mar 2015 Bates Nos. DHS005969-006754 |
| 17. | DHS records (Plaintiff J.B.) – Jan 2014 - March 2015 Bates Nos. DHS006755-007660 |
| 18. | DHS records (Plaintiff J.M.) – May 2012 - Mar 2015 Bates Nos. DHS007661-009207 |
| 19. | DHS records (Plaintiff J.C.) – Mar 2011 - Mar 2015 Bates Nos. DHS009208-011420 |
| 20. | DHS records (Plaintiff M.C.) – Jan 2014 - April 2015 Bates Nos. DHS011421-012223 |
| 21. | DHS records (Plaintiff J.B.) – April - June 2015 |

1

| | |
|---|---|
| | Bates Nos. DHS012224-012364 |
| 22. | DHS records (Plaintiff J.C.) – April - June, 2015<br>Bates Nos. DHS012365-012471 |
| 23. | DHS records (Plaintiff A.C.) – April - June 2015<br>Bates Nos. DHS012472-012594 |
| 24. | DHS records (Plaintiff D.C.) – April - June 2015<br>Bates Nos. DHS012595-012706 |
| 25. | DHS records (Plaintiff B.K.) – April - June 2015<br>Bates Nos. DHS012707-013000 |
| 26. | DHS records (Plaintiff J.M.) – April - June 2015<br>Bates Nos. DHS013001-013144 |
| 27. | DHS records (Plaintiff C.P.) – April - June 2015<br>Bates Nos. DHS013145-013271 |
| 28. | DHS records (Plaintiff A.T.) – April - June 2015<br>Bates Nos. DHS013272-013313 |
| 29. | DHS records (Plaintiff B.T.) – April - June 2015<br>Bates Nos. DHS013314-013639 |
| 30. | DHS records (Plaintiff M.C.) – April - July 13, 2015<br>Bates Nos. DHS013640-013984 |
| 31. | Plaintiff's Second Amended Complaint |
| 32. | Defendant Gregory McKay's Answer to Plaintiff's Second Amended Complaint |
| 33. | Defendant Thomas Betlach's Answer to Plaintiff's Second Amended Complaint |
| 34. | Defendant Cara Christ's Answer to Plaintiff's Second Amended Complaint |
| 35. | Plaintiff Information Spreadsheet, Bates Nos. FRIEDMAN001321-001322 |
| 36. | Order Dismissing Plaintiffs A.T. and J.C. dated 1/19/16 |
| 37. | AHCCCS's Initial Disclosure Statement dated 12/10/15 |
| 38. | DCS's Initial Disclosure Statement dated 12/10/15 |
| 39. | DHS's Initial Disclosure Statement dated 12/10/15 |
| 40. | Plaintiffs' Initial Disclosure Statement dated 12/10/15 |
| 41. | Plaintiffs' Correspondence dated 1/19/16 regarding document production |
| 42. | FRE 1006 Updated Summary of DHS records (Plaintiff A.C.), Bates Nos. FRIEDMAN001323 – FRIEDMAN001329 |
| 43. | FRE 1006 Summary of DHS records (Plaintiff B.K.) Bates Nos. FRIEDMAN001330 – FRIEDMAN001354 |
| 44. | FRE 1006 Summary of DHS records (Plaintiff B.T.)<br>Bates Nos. FRIEDMAN001355 – FRIEDMAN001424 |
| 45. | FRE 1006 Summary of DHS records (Plaintiff C.P.) Bates Nos. FRIEDMAN001425 – FRIEDMAN001436 |
| 46. | FRE 1006 Summary of DHS records (Plaintiff D.C.) |

2

DEF-EXPERT-000057

| | |
|---|---|
| | Bates Nos. FRIEDMAN001437 – FRIEDMAN001441 |
| 47. | FRE 1006 Summary of DHS records (Plaintiff J.B.) Bates Nos. FRIEDMAN001442 – FRIEDMAN001453 |
| 48. | FRE 1006 Summary of DHS records (Plaintiff J.M.) Bates Nos. FRIEDMAN001454 – FRIEDMAN001479 |
| 49. | FRE 1006 Summary of DHS records (Plaintiff M.C.) Bates Nos. FRIEDMAN001480 – FRIEDMAN001489 |
| 50. | DHS records (Plaintiff J.B.) – July - October, 2015 Bates Nos. DHS013985 – DHS014115 |
| 51. | DHS records (Plaintiff A.C.) – July - October, 2015 Bates Nos. DHS014116 – DHS014171 |
| 52. | DHS records (Plaintiff M.C.) – July - October, 2015 Bates Nos. DHS014172 – DHS014233 |
| 53. | DHS records (Plaintiff B.K.) – July - October, 2015 Bates Nos. DHS014234 – DHS014509 |
| 54. | DHS records (Plaintiff J.M.) – July - October, 2015 Bates Nos. DHS014510 – DHS014612 |
| 55. | DHS records (Plaintiff C.P.) – July - October, 2015 Bates Nos. DHS014613 – DHS014731 |
| 56. | DHS records (Plaintiff B.T.) – July - October, 2015 Bates Nos. DHS014732 – DHS015343 |
| 57. | DHS records (Plaintiff D.C.) – July - October, 2015 Bates Nos. DHS015344 – DHS015378 |
| 58. | Order Dismissing Plaintiff C.P. dated 3/29/16 |
| 59. | DHS records (Plaintiff A.C.) – December 2015 – February 2016 Bates Nos. DHS020072 – DHS020084 |
| 60. | DHS records (Plaintiff D.C.) – December 2015 – February 2016 Bates Nos. DHS020085 – DHS020103 |
| 61. | DHS records (Plaintiff M.C.) – December 2015 – February 2016 Bates Nos. DHS020104 – DHS020123 |
| 62. | DHS records (Plaintiff B.K.) – December 2015 – February 2016 Bates Nos. DHS020124 – DHS020699 |
| 63. | DHS records (Plaintiff B.T.) – December 2015 – February 2016 Bates Nos. DHS020700 – DHS021074 |
| 64. | DHS records (Plaintiff J.B.) – December 2015 – February 2016 Bates Nos. DHS024982 – DHS025035 |
| 65. | DHS records (Plaintiff J.M.) – December 2015 – February 2016 Bates Nos. DHS025036 – DHS025086 |
| 66. | First Amended Rule 16 Scheduling Order dated 5/12/16 |
| 67. | 30(b)(6) Deposition transcript and exhibits of AHCCCS Witnesses Virginia Rountree, Jakenna Lebsock and Paul Galdys, taken on 7/18/16 |
| 68. | 30(b)(6) Deposition transcript and exhibits of DHS Witnesses Paul Galdys, Ken Forbin, Kevin Flynn and Robert Crouse, taken on 7/19/16 |
| 69. | Behavioral Health Utilization & Timeframes for CMDP & DDD Members 1Q14 Submission, Bates Nos. DHS021222-234 |

DEF-EXPERT-000058

| 70. | Behavioral Health Utilization & Timeframes for CMDP & DDD Members 2Q14 Submission, Bates Nos. DHS018633-651 |
|-----|-------------------------------------------------------------------------------------------------------------|
| 71. | Behavioral Health Utilization & Timeframes for CMDP & DDD Members 3Q14 Submission, Bates Nos. ACH015955-971 |
| 72. | Behavioral Health Utilization & Timeframes for CMDP & DDD Members CY2015 Submission, Bates Nos. DHS021209-221 |
| 73. | Case Manager Inventory Reports – February 2014 Bates Nos. DHS027256-299 |
| 74. | Case Manager Inventory Reports – April 2013 Bates Nos. DHS027300-352 |
| 75. | Case Manager Inventory Reports – April 2014 Bates Nos. DHS027353-395 |
| 76. | Case Manager Inventory Reports – August 2013 Bates Nos. DHS027396-457 |
| 77. | Case Manager Inventory Reports – August 2014 Bates Nos. DHS027458-525 |
| 78. | Case Manager Inventory Reports – December 2013 Bates Nos. DHS027526-571 |
| 79. | Case Manager Inventory Reports – December 2014 Bates Nos. DHS027572-614 |
| 80. | Case Manager Inventory Reports – February 2013 Bates Nos. DHS027615-671 |
| 81. | Case Manager Inventory Reports – June 2013 Bates Nos. DHS027672-728 |
| 82. | Case Manager Inventory Reports – June 2014 Bates Nos. DHS027729-805 |
| 83. | Case Manager Inventory Reports – October 2013 Bates Nos. DHS027806-848 |
| 84. | Case Manager Inventory Reports – October 2014 Bates Nos. DHS027849-891 |
| 85. | CMDP Quarterly Report SFY14Q1, Bates Nos. DHS015671-681 |
| 86. | CMDP Quarterly Report SFY14Q2, Bates Nos. DHS015682-711 |
| 87. | CMDP Quarterly Report SFY14Q3, Bates Nos. DHS015712-748 |
| 88. | CMDP Quarterly Report SFY14Q4, Bates Nos. DHS015749-792 |
| 89. | CMDP Quarterly Report SFY15Q1, Bates Nos. DHS015793-840 |
| 90. | CMDP Quarterly Report SFY15Q2, Bates Nos. DHS015841-892 |
| 91. | CMDP Quarterly Report SFY15Q3, Bates Nos. DHS015893-945 |
| 92. | CMDP Quarterly Report SFY15Q4, Bates Nos. DHS015946-016001 |
| 93. | EPSDT, Adult and Performance Monitoring Report 1Q14 Bates Nos. DHS018400-816 |
| 94. | EPSDT, Adult and Performance Monitoring Report 2Q14 Bates Nos. DHS018817-447 |
| 95. | EPSDT, Adult and Performance Monitoring Report 3Q14 Bates Nos. DHS018448-466 |
| 96. | HCTC Report dated 3/11/16, Bates No. DHS021130 |

DEF-EXPERT-000059

| 97. | Arizona's Children's System of Care Practice Review (SOCPR) FY2011 Statewide Report, Bates Nos. DHS018149-197 |
|---|---|
| 98. | Arizona's Children's System of Care Practice Review (SOCPR) FY2012 Statewide Report, Bates Nos. DHS018198-258 |
| 99. | Arizona's Children's System of Care Practice Review (SOCPR) FY2013 Statewide Report, Bates Nos. DHS018259-320 |
| 100. | Arizona's Children's System of Care Practice Review (SOCPR) FY2014 Statewide Report, Bates Nos. DHS018321-378 |
| 101. | Statewide Behavioral Health Therapeutic Homes/Providers eff 3/4/15, Bates Nos. DHS018656-661 |
| 102. | Cenpatico Integrated Care Rapid Response Reconciliation FY16M5, Bates Nos. DHS027892-893 |
| 103. | Cenpatico Integrated Care Rapid Response Reconciliation FY16M1-M2, Bates Nos. DHS027894-895 |
| 104. | DCS Rapid Response Monthly Reconciliation Report Bates No. DHS027255 |
| 105. | MMIC Rapid Response Report – April 2015, Bates Nos. DCS-00002618-22 |
| 106. | MMIC Rapid Response Report – April 2016, Bates Nos. DHS027249-54 |
| 107. | MMIC Rapid Response Report – August 2015 Bates Nos. DCS-00002635-40 |
| 108. | MMIC Rapid Response Report – December 2014 Bates Nos. DCS-00002659-62 |
| 109. | MMIC Rapid Response Report – December 2015 Bates Nos. DCS-00002663-68 |
| 110. | MMIC Rapid Response Report – February 2015 Bates Nos. DCS-00002610-13 |
| 111. | MMIC Rapid Response Report – February 2016 Bates Nos. DHS021131-36 |
| 112. | MMIC Rapid Response Report – January 2015 Bates Nos. DCS-00002606-09 |
| 113. | MMIC Rapid Response Report – July 2015 Bates Nos. DCS-00002629-34 |
| 114. | MMIC Rapid Response Report – June 2015 Bates Nos. DCS-00002623-28 |
| 115. | MMIC Rapid Response Report – March 2015 Bates Nos. DCS-00002614-17 |
| 116. | MMIC Rapid Response Report – November 2015 Bates Nos. DCS-00002653-58 |
| 117. | MMIC Rapid Response Report – October 2015 Bates Nos. DCS-00002647-52 |
| 118. | MMIC Rapid Response Report – September 2015 Bates Nos. DCS-00002641-46 |
| 119. | MMIC Rapid Response Report – Feb-April 2016 Bates Nos. DHS027899-947 |

DEF-EXPERT-000060

| | |
|---|---|
| 120. | MMIC Rapid Response Report – Jan-March 2016<br>Bates Nos. DHS027948-994 |
| 121. | Health Choice Rapid Response Report – December 2015<br>Bates Nos. DHS027896 |
| 122. | Health Choice Rapid Response Report – February 2016<br>Bates Nos. DHS027897 |
| 123. | Health Choice Rapid Response Report – January 2016<br>Bates Nos. DHS027898 |
| 124. | SB1375 Report, Bates Nos. DHS017929-48 |
| 125. | AHCCCS 2012-2013 External Quality Review Annual Report for Acute<br>Care and DES/CMDP Contractors – April 2014<br>Bates Nos. ACH081803 – ACH081936 (emailed 8/13/16) |
| 126. | AHCCCS 2014-2015 External Quality Review Annual Report for Acute<br>Care and DES/CMDP Contractors – February 2016<br>Bates Nos. ACH077563 - ACH077713 (emailed 8/13/16) |
| 127. | ADHS Individuals in the CMDP SFY2014 Q2 report<br>Bates Nos. ACH080039 – ACH080068 (emailed 8/13/16) |
| 128. | Website link to AHCCCS Medical Policy Manual (emailed 8/13/16) |
| 129. | Order Dismissing Named Plaintiff JB |
| 130. | B.K.'s CONFIDENTIAL RBHA records (3/2016 – 7/2016)<br>Bates Nos. DHS028314 – DHS029112 |
| 131. | B.T.'s CONFIDENTIAL RBHA records (3/2016 – 8/2016)<br>Bates Nos. DHS029113 – DHS029576 |
| 132. | D.C-B's CONFIDENTIAL RBHA records (3/2016 – 7/2016)<br>Bates Nos. DHS028190 – DHS028224 |
| 133. | J.M.'s CONFIDENTIAL RBHA records (3/2016 – 8/2016)<br>Bates Nos. DHS028262 – DHS028313 |
| 134. | M.C-B's CONFIDENTIAL RBHA records (3/2016 – 7/2016)<br>Bates Nos. DHS028225 – DHS028261 |
| 135. | A.C.'s CONFIDENTIAL RBHA records (3/2016 – 7/2016)<br>Bates Nos. DHS028163 – DHS028189 |
| 136. | AHCCCS Contractor Operations Manual: Chapter 417 – Appointment<br>Availability, Monitoring and Reporting,<br>Bates Nos. ACH0086120 – ACH0086126 |
| 137. | AHCCCS Contractor Operations Manual: Chapter 436 – Network<br>Standards, Bates Nos. ACH0086127 – ACH0086154 |
| 138. | AHCCCS Contractor Operations Manual: Chapter 449 – Behavioral<br>Health Services for Children in DCS Custody and Adopted Children,<br>Bates Nos. ACH0086155 – ACH0086164 |
| 139. | Amendment No. 4 of AHCCCS/DCS/CMDP Contract, dated 10/1/15,<br>ACH0085177 – ACH0085331 |
| 140. | Amendment No. 1 of DHCM-RBHA Greater Arizona Contract, dated<br>7/1/16, ACH0085332 – ACH0085614 |
| 141. | Amendment No. 1 of Maricopa County RBHA Contract dated 7/1/16,<br>ACH0085615 – ACH0085900 |

6

| 142. | Chapter 500: Care Coordination Requirements of AHCCCS Medical Policy Manual, Bates Nos. ACH0086165 – ACH0086210 |
|------|-------------------------------------------------------------------------------------------------------------------|
| 143. | Chapter 1000: Medical Management (MM) of AHCCCS Medical Policy Manual, Bates Nos. ACH0086211 – ACH0086253 |
| 144. | Plaintiffs' Expert Arlene Happach's report dated 9/15/16 |
| 145. | Plaintiffs' Expert Marci White, MSW, report dated 9/15/16 |
| 146. | Plaintiffs' Expert Steven D. Blatt, MD, report dated 9/15/16 |
| 147. | AHCCCS Presentation regarding Psychotropic Report, 6/17/16, Bates Nos. ACH0084938 – ACH0084948 |
| 148. | Child and Family Services Reviews – Arizona Final Report, December 2015, Bates Nos. DCS-00032986 – DCS-00033029 |
| 149. | Addressing the BH Needs of Children Involved with DCS Meeting Agenda 3/18/16, ACH0084885 – ACH0084886 |
| 150. | BH Services for Children Involved with DCS: Dashboard presentation dated 3/18/16, ACH0084926 – ACH0084937 |
| 151. | Addressing the BH Needs of Children Involved with DCS Meeting Agenda 4/15/16, ACH0084887 |
| 152. | Addressing the BH Needs of Children Involved with DCS Meeting Agenda 5/20/16, ACH0084882 |
| 153. | Cenpatico Integrated Care's Update of Current and Upcoming Activities Related to Addressing the BH Needs of DCS Children – May 16, 2016, Bates Nos. ACH0086027 – ACH0086029 |
| 154. | Health Choice Integrated Care's Response re Access to BH Services for DCS Children – May 2016, Bates Nos. ACH0086030 |
| 155. | MMIC's Update re Efforts to Address the BH Needs of Children in Foster/Adoptive/Kinship Care, Bates Nos. ACH0086031 – ACH0086032 |
| 156. | United Healthcare Update dated 5/19/16 re the HB2442 Implementation, ACH0086033 – ACH0086035 |
| 157. | Addressing the BH Needs of Children Involved with DCS Meeting Agenda 6/17/16, Bates Nos. ACH0084883 |
| 158. | AHCCCS Presentation titled Psychotropic Report, ACH0084938 – ACH0084948 |
| 159. | Cenpatico Integrated Care's Update of Current and Upcoming Activities for DCS Children, 6/14/16, Bates Nos. ACH0086036 – ACH0086038 |
| 160. | Health Choice Integrated Care Update dated 6/17/16, Bates No. ACH0086039 |
| 161. | MMIC Update re Efforts to Address BH Needs of Children in Foster/Adoptive/Kinship Care, Bates Nos. ACH0086040 – ACH0086042 |
| 162. | United Healthcare's Update dated 6/16/16 re the HB2442 Implementation, Bates Nos. ACH0086043 – ACH0086045 |
| 163. | AHCCCS Behavioral Health Needs of Children Involved with DCS: Psychotropic Prescribing Update – May 27, 2016, ACH0084888 – ACH0084910 |

DEF-EXPERT-000062

| 164. | Addressing the BH Needs of Children Involved with DCS Meeting Agenda 7/15/16, ACH0084884 |
|------|------|
| 165. | Cenpatico Integrated Care's Update of Current and Upcoming Activities, 7/13/16, Bates Nos. ACH0086046 – ACH0086047 |
| 166. | Health Choice Integrated Care's Update of Current and Upcoming Activities, Bates Nos. ACH0084916-20 |
| 167. | MMIC's Update re BH Needs of Children in Foster/Adoptive/Kinship Care, Bates Nos. ACH0086048 – ACH0086049 |
| 168. | United Healthcare update dated 7/15/16 re HB2442 Implementation, Bates Nos. ACH0086050 – ACH0086051 |
| 169. | Cenpatico Integrated Care's Update of Current and Upcoming Activities, 8/17/16, ACH0084911-13 |
| 170. | DCS Guidelines for Caregivers Brochure re Being Prepared for your Child's Psychiatric Evaluation, ACH0085168 – ACH0085169 |
| 171. | Parent/Caregiver Preparation Guide to CFTs in AZ's Children's Behavioral Health System, ACH0085170 – ACH0085171 |
| 172. | Behavioral Health Consent Frequently Asked Questions dated 7/11/16, ACH0084880-81 |
| 173. | Behavioral Health Consent Letter dated 3/14/16, Bates Nos. ACH0084921-22 |
| 174. | Behavioral Health Services RBHA Points of Contact, eff 4/1/16, Bates Nos. ACH0084914 |
| 175. | Behavioral Health Services RBHA Points of Contact, eff 4/1/16 (Spanish), Bates Nos. ACH0086119 |
| 176. | Cenpatico Integrated Care No Waiting List, Bates Nos. ACH0086116 |
| 177. | Health Choice Integrated Care No Waiting List, Bates Nos. ACH0086117 |
| 178. | MMIC No Waiting List, Bates No. ACH0086118 |
| 179. | ADHS FY2015 Provider Network Development and Management Plan (updated submission 3/23/15), Bates Nos. ACH009375-9456 |
| 180. | ADHS/DBHS Annual Report on Substance Abuse Treatment Programs FY2015, Bates Nos. ACH0087569 – ACH0087575 |
| 181. | ADHS/DBHS Individuals with a Serious Mental Illness (SMI) FY2015 Annual Report, Bates Nos. ACH0087576 – ACH0087600 |
| 182. | AHCCCS Enrolled in Episode of Care – Penetration Report June 2016, Bates Nos. ACH0087601 – ACH0087627 |
| 183. | ADHS/DBHS 2015 Annual Quality Management Plan, 12/15/14 resubmitted 3/13/15, Bates Nos. DHS018754 – DHS018804 |
| 184. | Mental Health Practices in Child Welfare Guidelines Toolkit, ACH0085925 – ACH0086002 |
| 185. | Psychotropic Medication: A Guide for CPS Specialists and Licensed Caregivers, ACH0086003 – ACH0086026 |
| 186. | AHCCCS 2014-2015 External Quality Review Annual Report For Acute Care And DES/CMDP Contractors, February 2016, Bates Nos. ACH077563 – ACH077713 |

DEF-EXPERT-000063

| | |
|---|---|
| 187. | AHCCCS 2013 Acute Care Program Adult and Child Medicaid Member Satisfaction Report, January 2014, Bates Nos. ACH0084957 – ACH0085107 |
| 188. | ADHS Powerpoint: Understanding The Unique Clinical Needs of Children and Families Involved with CPS – Module 1, Bates Nos. RF000057 – RF000103 |
| 189. | ADHS Powerpoint: Understanding The Unique Clinical Needs of Children and Families Involved with CPS – Module 2, Bates Nos. RF000104 – RF000158 |
| 190. | ADHS Powerpoint: Understanding The Unique Clinical Needs of Children and Families Involved with CPS – Module 3, Bates Nos. RF000159 – RF000190 |
| 191. | ADHS Powerpoint: Understanding The Unique Clinical Needs of Children and Families Involved with CPS – Module 4, Bates Nos. RF000191 – RF000235 |
| 192. | Memo of Understanding among ADHS, ADES, AHCCCS, ADE, ADJC and AOC – 2006, ACH0085163 – ACH0085167 |
| 193. | Arizona's Children's System of Care Practice Review (SOCPR) FY2015 Statewide Report, 6/14/16 (DRAFT), Bates Nos. RF000001 – RF000056 |
| 194. | Arizona's Children's System of Care Practice Review (SOCPR) Southwest Behavioral Health Services, GSA 6 – August 2015, ACH0086254 – ACH0086287 |
| 195. | Arizona's Children's System of Care Practice Review (SOCPR) FY16 LeCroy Milligan System of Care Review Schedule, ACH0086288 – ACH0086289 |
| 196. | Southwest Network Brief Practice Review Audit July 2015, ACH0086290 – ACH0086295 |
| 197. | Southwest Network System of Care Practice Review Audit, July 2015, ACH0086296 – ACH0086301 |
| 198. | MMWIA – Draft MMWIA QM Review Tool with Fidelity Monitoring, Bates Nos. ACH0086052 – ACH0086055 |
| 199. | MMWIA Fidelity Tool – AzCA Results FY14-15, Bates Nos. ACH0086056 – ACH0086068 |
| 200. | MMWIA Self Report Tool DRAFT, Bates Nos. ACH0086069 – ACH0086073 |
| 201. | MMWIA Unmet Need-Demand Tracking Form, Bates Nos. ACH0086074 – ACH0086115 |
| 202. | MMIC Collaborative Protocol with DCS, August 2015, Bates Nos. ACH0085901 – ACH0085924 |
| 203. | Maricopa Crisis Recovery Network – Assessment and Referral Process, ACH0085172 – ACH0085173 |
| 204. | DCS Crisis Stabilization Team Description (MMIC), ACH0085174 |
| 205. | RBHA Contract Amendment Language re DCS, Bates Nos. ACH0085175 – ACH0085176 |

9

| 206. | ADHS/DBHS CASII Utilization of Kids Enrolled at Least 55 Days FY2011 Q1 Report, ACH0085108 – ACH0085110 |
| 207. | Child and Adolescent Service Intensity Instrument (CASII) – Follow-up Training Power Point Presentation , ACH0085111 – ACH0085162 |
| 208. | 24 Hour Urgent Response Work Group Agenda 2/6/08, Bates Nos. ACH0087628 |
| 209. | Purposes for the Urgent Behavioral Health Response for Children Removed from their Homes by CPS (2/6/08), Bates Nos. ACH087629 – ACH0087629 |
| 210. | Rapid Response report MMIC – June 2016, Bates Nos. DHS029618 – DHS029640 |
| 211. | ADHS/DBHS Understanding Arizona's Education System Toolkit, revised 9/15/14, Bates Nos. ACH0086339 – ACH0086740 |
| 212. | Powerpoint presentation: Arizona's Children's Behavioral Health System – How it Can Work for You and Your Students!, Bates Nos. ACH0086302 – ACH0086338 |
| 213. | HCTC Placements Report FY2012-2016, 8/16/16, Bates Nos. ACH0087127 – ACH0087210 |
| 214. | Email re Notes from 8/17/16 HCTC Meeting, Bates Nos. ACH0087247 |
| 215. | HCTC Combined-Registered & Services Provided Spreadsheet, Bates Nos. ACH0087211 – ACH0087246 |
| 216. | Email re Additional Calculations re HCTC placements, Bates Nos. ACH0087248 – ACH0087250 |
| 217. | Email re Data Request HCTC Services, Bates Nos. ACH0087251 – ACH0087254 |
| 218. | Email re HCTC spreadsheets, Bates Nos. ACH0087255 – ACH0087256 |
| 219. | HCTC Spreadsheet – Registered and Services Provided, Bates Nos. ACH0087257 – ACH0087322 |
| 220. | MMIC High/Complex Needs Case Manager Inventory report for July 2016, DHS030153 - DHS030199 |
| 221. | System of Care Annual Work Plan, Mercy Maricopa Integrated Care FY2016, Bates Nos. ACH0087323 – ACH0087395 |
| 222. | Attachments to System of Care Annual Work Plan, Mercy Maricopa Integrated Care FY2016, Bates Nos. ACH0087396 – ACH0087555 |
| 223. | ADHS/DBHS 2016 System of Care Plan, Bates Nos. ACH0087556 – ACH0087568 |
| 224. | FY2014 Provider Network Development and Management Plan, Bates Nos. ACH000108-156 |
| 225. | Understanding Arizona's Education System Module 1: Navigating the School System, Bates Nos. ACH0086759 – ACH0086820 |
| 226. | Understanding Arizona's Education System Module 2: Facilitating School Involvement in CFT Practice, Bates Nos. ACH0086821 – ACH0086828 |
| 227. | Understanding Arizona's Education System Module 3: Joint Planning Between Schools and Behavioral Health, Bates Nos. ACH0086829 – ACH0086843 |

10

DEF-EXPERT-000065

| | |
|---|---|
| 228. | Understanding Arizona's Education System Instructional Guide, 7/31/14, Bates Nos. ACH0086844 – ACH0086948 |
| 229. | Understanding Arizona's Education System – A Guide for Arizona's Behavioral Health System, Bates Nos. ACH0086949 – ACH0086974 |
| 230. | Understanding Arizona's Education System – A Guide for Arizona's Behavioral Health System, Module 3, Bates Nos. ACH0086975 – ACH0087014 |
| 231. | Understanding Arizona's Education System – Trainer's Tools Legend Handouts Preparation Checklist, Bates Nos. ACH0087015 – ACH0087018 |
| 232. | Understanding Arizona's Education System – Trainer's Tips, Bates Nos. ACH0087019 – ACH0087026 |
| 233. | Trainer Evaluation Rubric, Bates Nos. ACH0087027 – ACH0087029 |
| 234. | Understanding Arizona's Education System Sign-in Sheet, Bates Nos. ACH0087030 |
| 235. | 1.1 Education System's Structure Handout, Bates Nos. ACH0087031 |
| 236. | Understanding Arizona's Education System Federal and State Requirements Group Activity Handout, Bates Nos. ACH0087032 – ACH0087033 |
| 237. | ADE Values DBHS 12 Principles Handout, Bates Nos. ACH0087034 |
| 238. | General Overview of Arizona's College and Career Ready Standards for English Language Arts/Literacy and Mathematics Handout, Bates Nos. ACH0087035 – ACH0087036 |
| 239. | Understanding Arizona's Education System Enrollment Process Group Activity Handout, Bates Nos. ACH0087037 – ACH0087042 |
| 240. | Understanding Arizona's Education System Discipline Process Group Activity Handout, Bates Nos. ACH0087043 – ACH0087044 |
| 241. | Understanding Arizona's Education System Transition Points for Children in School group activity handout, Bates Nos. ACH0087045 – ACH0087050 |
| 242. | ADHS/DBHS Vision 12 Principles Handout, Bates Nos. ACH0087051 |
| 243. | ADHS/DBHS Practice Protocol Handout, Bates Nos. ACH0087052 – ACH0087085 |
| 244. | Final CFT ADHS/DBHS Practice Protocol, Bates Nos. ACH0087086 – ACH0087103 |
| 245. | What School Personnel Can Expect When Invited to Join a CFT brochure, Bates Nos. ACH0087104 – ACH0087105 |
| 246. | Understanding Arizona's Education System Specialty Meetings Scenarios Activity Handout, Bates Nos. ACH0087106 – ACH0087109 |
| 247. | Flash report description, Bates Nos. ACH0087110 |
| 248. | Outline re Contract Language and Policies, Bates Nos. ACH0087111 – ACH0087120 |
| 249. | Flash Report Example, Bates Nos. ACH0087121 – ACH0087126 |
| 250. | Cenpatico Integrated Care Rapid Response Report – February 2016 Bates Nos. DHS029579-81 |
| 251. | Cenpatico Integrated Care Rapid Response Report – March 2016 |

11

|  | DHS029582-83 |
|---|---|
| 252. | Cenpatico Integrated Care Rapid Response Report – December 2015 Bates Nos. DHS029584-85 |
| 253. | Cenpatico Integrated Care Rapid Response Report – May 2016 Bates Nos. DHS029586-87 |
| 254. | Cenpatico Integrated Care Rapid Response Report – April 2016 Bates Nos. DHS029588-89 |
| 255. | Cenpatico Integrated Care Rapid Response Report – October/November 2015, Bates Nos. DHS029590-91 |
| 256. | Cenpatico Integrated Care Rapid Response Report – September 2015 Bates Nos. DHS029592-93 |
| 257. | Health Choice Integrated Care Rapid Response Report – January 2016, Bates Nos. DHS029594 |
| 258. | Health Choice Integrated Care Rapid Response Report – February 2016, Bates No. DHS029595 |
| 259. | Health Choice Integrated Care Rapid Response Report – March 2016, Bates Nos. DHS029596 |
| 260. | Health Choice Integrated Care Rapid Response Report – April 2016, Bates Nos. DHS029597 |
| 261. | Health Choice Integrated Care Rapid Response Report – May 2016, Bates Nos. DHS029598 |
| 262. | Health Choice Integrated Care Rapid Response Report – June 2016, Bates Nos. DHS029599 |
| 263. | Health Choice Integrated Care Rapid Response Report – December 2015, Bates Nos. DHS029600 |
| 264. | Health Choice Integrated Care Rapid Response Report – June 2015, Bates Nos. DHS029601-03 |
| 265. | Health Choice Integrated Care Rapid Response Report – October 2015, Bates Nos. DHS029604-06 |
| 266. | Health Choice Integrated Care Rapid Response Report – July 2015, Bates Nos. DHS029607-10 |
| 267. | Health Choice Integrated Care Rapid Response Report – August 2015, Bates Nos. DHS029611-13 |
| 268. | Health Choice Integrated Care Rapid Response Report – September 2015, Bates Nos. DHS029614-16 |
| 269. | Health Choice Integrated Care Rapid Response Report – July 2016, Bates Nos. DHS029617 |
| 270. | MMIC Rapid Response Monthly Reconciliation Report – June 2016 Bates Nos. DHS029618-40 |
| 271. | RBHA records of Plaintiff J.M. Bates Nos. DHS030381 – DHS030409 |
| 272. | RBHA records of Plaintiff B.T. – 2005-2008 Bates Nos. DHS030410 – DHS030790 |
| 273. | AHCCCS Org Chart, effective 5/31/16 Bates No. DHS030360 |
| 274. | CMDP Provider Manual, Bates Nos. ACH081649 – ACH081782 |

DEF-EXPERT-000067

| | |
|---|---|
| 275. | Link to AHCCCS Medical Policy Manual (AMPM): https://www.azahcccs.gov/shared/MedicalPolicyManual/ |
| 276. | RBHA records of Plaintiff B.K. (August – December 2016) Bates Nos. ACH0088110 - ACH0088801 and ACH0089983 – ACH0090078 |
| 277. | RBHA records of Plaintiff B.T. (August – December 2016) Bates Nos. ACH0088802 – ACH0089316 |
| 278. | Order of Adoption of Plaintiff M.C. Bates Nos. DCS-00133756-757 |
| 279. | Order of Adoption of Plaintiffs D.C. and A.C. Bates Nos. DCS-00133758-759 |
| 280. | Order of Adoption of Plaintiff J.M. Bates Nos. DCS-00133760-761 |
| 281. | Cenpatico Integrated Care Case Manager Inventory Report, August 2016, Bates Nos. ACH0087730-47 |
| 282. | Cenpatico Integrated Care Case Manager Inventory Report, October 2016, Bates Nos. ACH0087748-65 |
| 283. | Health Choice Integrated Care Case Manager Inventory Report, August 2016, Bates Nos. ACH0087766-78 |
| 284. | Health Choice Integrated Care Case Manager Inventory Report, October 2016, Bates Nos. ACH0087779-91 |
| 285. | MMIC Case Manager Inventory Report, August 2016, Bates Nos. ACH0087792-860 |
| 286. | MMIC Case Manager Inventory Report, October 2016, Bates Nos. ACH0087861-938 |
| 287. | MMIC DCS Rapid Response Report for August 2016, prepared by Crisis Response Network for Mercy Maricopa Integrated Care, produced by DCS at Bates Nos. DCS-001134393 – DCS-00134399; |
| 288. | MMIC DCS Rapid Response Report for September 2016, prepared by Crisis Response Network for Mercy Maricopa Integrated Care, produced by DCS at Bates Nos. DCS-00134400 – DCS-00134406; |
| 289. | MMIC DCS Rapid Response Reconciliation Report for February 2016 (redacted), Bates Nos. ACH0088046 – ACH0088070; |
| 290. | MMIC DCS Rapid Response Reconciliation Report for May 2016 (redacted), Bates Nos. ACH0088091 – ACH0088109; |
| 291. | MMIC DCS Rapid Response Reconciliation Report for June 2016 (redacted), Bates Nos. ACH0088071 – ACH0088090; |
| 292. | Cenpatico Integrated Care's DCS Rapid Response Reconciliation Report (redacted), June 2016, Bates Nos. ACH0088038 – ACH0088041 |
| 293. | Cenpatico Integrated Care's DCS Rapid Response Reconciliation Report (redacted) July 2016, Bates Nos. ACH0088032 – ACH0088037 |
| 294. | Cenpatico Integrated Care's Rapid Response Reconciliation Report (redacted), August 2016, Bates Nos. ACH0088027 – ACH0088031; |
| 295. | Health Choice Integrated Care's DCS Rapid Response Report for July 2016, Bates Nos. ACH0088043; |

DEF-EXPERT-000068

| | |
|---|---|
| 296. | Health Choice Integrated Care's DCS Rapid Response Report for August 2016, Bates Nos. ACH0088042; |
| 297. | Health Choice Integrated Care's DCS Rapid Response Report for September 2016, Bates Nos. ACH0088045; |
| 298. | Health Choice Integrated Care's DCS Rapid Response Report for October 2016, Bates Nos. ACH0088044; |
| 299. | Arizona Children's SOCPR Fiscal Year 2015 Statewide Report, Bates Nos. ACH0087939 – ACH0088026 |
| 300. | RBHA records of Plaintiff B.K. (January – March 2017) Bates Nos. ACH0099878 - ACH0101739 and ACH0102039 – ACH0102101 |
| 301. | RBHA records of Plaintiff B.T. (January – March 2017) Bates Nos. ACH0101740 – ACH0102038 |
| 302. | RBHA records of Plaintiff B.K. (April – June 2017) Bates Nos. ACH0102102 – ACH0102485 |
| 303. | RBHA records of Plaintiff B.T. (April – June 2017) Bates Nos. ACH0102486 – ACH0102603 |
| 304. | RBHA records of Plaintiff B.K. (July – October 2017) Bates Nos. ACH0166653 – ACH0167984 |
| 305. | RBHA records of Plaintiff B.T. (July – October 2017) Bates Nos. ACH0167985 –  ACH0168160 (copies previously provided did not contain bates numbering on records – records included here contain the bates numbering) |
| 306. | FRE 1006 Summary of DHS records (Plaintiff B.K.) Bates Nos. FRIEDMAN001490 – FRIEDMAN001560 |
| 307. | FRE 1006 Summary of DHS records (Plaintiff B.T.) Bates Nos. FRIEDMAN001461 – FRIEDMAN001613 |
| 308. | Expert Report of Lenette Azzi-Lessing, 12/05/2017 |
| 309. | Expert Report of Marci White, 12/05/2017 |
| 310. | Expert Report of Arlene Happach, 12/05/2017 |
| 311. | Expert Report of Paul Zurek, Ph.D., 12/05/2017 |
| 312. | Expert Report of Steven Blatt, 12/05/2017 |
| 313. | Defendant Betlach's Sixth Supplement Disclosure Statement, including Exhibits #267 through #665 (see attached disclosure for description of exhibits) |
| 314. | Deposition of Sara Salek, M.D., August 10, 2017 |
| 315. | Deposition of Beth Kohler, August 16, 2017 |

DEF-EXPERT-000069

**EXHIBIT 2**

**EXHIBIT 2**

## Statement of Marc Leib, M.D., J.D.

### Background

1. My name is Marc Leib.  I was retained by the Arizona Health Care Cost Containment System (AHCCCS) to provide an opinion on the medical, dental, and vision services provided to two named plaintiffs in a class action suit against AHCCCS and Department of Child Safety (DCS).

2. I am a medical doctor.  I graduated from the University of Arizona College of Medicine in 1978. I completed a general surgery internship and an anesthesia residency.  I then practiced anesthesia in Tucson, AZ until 2001.  Between 1998 and 2001 I attended the University of Arizona College of Law graduating summa cum laude in 2001.

3. After graduating law school, I worked in Washington, D.C. on health care policy issues until 2004 when I returned to Arizona as the Chief Medical Officer of the AHCCCS program, a position I held until 2014.

4. After retiring from AHCCCS, I have provided consulting services as a private health care consultant.  Most of my engagements involve evaluating services for compliance with Medicare or Medicaid requirements.  My curriculum vitae is attached as Attachment A to this Statement.

5. As part of this engagement, I have evaluated the medical services, including dental and vision services, provided to BK and BT, two named plaintiffs in a class action suit against DCS and AHCCCS and compared those services to the Centers for Medicare and Medicaid Services (CMS) federal EPSDT requirements and the AHCCCS EPSDT requirements.  My evaluation is limited to services provided through AHCCCS to these two individuals.  The medical records I reviewed are listed in Attachment B to this Statement.

6. I am being paid $350 per hour for work on this matter.

7. I have not testified in a trial or given a deposition under oath in any matter over the last four years.

### Federal and State EPSDT Requirements

8. Section 5010 of the *State Medicaid Manual* states that the "EPSDT program consists of two, mutually supportive, operational components:

   - Assuring the availability and accessibility of required health care resources, and

   - Helping Medicaid recipients and their parents or guardians effectively use them."

DEF-EXPERT-000070

9.  Section 5010 goes on to state that these "components enable Medicaid agencies to manage a comprehensive child health program of prevention and treatment, to systematically

    - Seek out eligibles and **inform** them of the benefits of prevention and the health services and assistance available,

    - **Help them** and their families use health resources, including their own talents and knowledge, effectively and efficiently. (emphasis added).

10. States have broad flexibility within the Federal statue and regulations to design an EPSDT program that meets the needs of recipients.  States may either provide the services directly through a fee-for-service program or provide oversight to private entities with which they contract to administer the benefit, such as managed care organizations.

11. Section 5122 of the *State Medicaid Manual* lists the required EPSDT services, including screening services, appropriate immunization, laboratory tests, health education, vision services, dental services, hearing services, and "other necessary health care."  The Manual also notes that the states make the determination as to whether a service is necessary.

12. Neither the Medicaid statute nor CMS requires states to ensure that every child receives every possible service.  Rather, they require that states make sure that Medicaid recipients, including those in foster care, are aware of the health care services available to them and help them to access those services when they believe it is necessary to do so.

13. AHCCCS establishes periodicity schedules for services under EPSDT, including medical, dental, vision, and hearing exams.  The frequency of the exams varies by the age of the recipient.

14. The periodicity schedule provides for annual screening and diagnostic medical and dental visits from the ages of 3 through 20.  The periodicity schedule for vision and hearing/speech screenings is more variable.  For ages 3-6, objective exams should be performed annually; for ages 6-12, objective exams should be performed once every two years; and from ages 12-20, objective exams should be performed once every three years.

15. Neither the federal Medicaid law nor CMS mandates the particulars of the periodicity schedule.  Rather, according to the *State Medicaid Manual* Section 5310A, States "set standards for the timely provision of screening and treatment services which meet reasonable standards of medical and dental practice."

16. The federal Medicaid requirements outlined in the *State Medicaid Manual* and the AHCCCS requirements outlined in the *AHCCCS Medicaid Policy Manual* (AMPM) section on EPSDT

DEF-EXPERT-000071

services, including the periodicity schedule, are the standards against which AHCCCS and its contracted health plans should be measured.

17. During the 10-year period that I served as the AHCCCS Chief Medical Officer, CMS reviewed AHCCCS' performance in providing EPSDT services on an annual basis and never sanctioned its performance during that time period.

**Individual Services Provided to Named Plaintiff BK**

18. I have reviewed the medical, dental, vision and hearing services provided to Plaintiff BK and have determined the following.

19. Over the six-year period spanning 2012-2017, EPSDT services were provided to BK at least once per year.[1]  In fact, during four of these years (2012, 2014, 2015, and 2017) BK was provided two or more EPSDT visits.  This exceeded the EPSDT requirements for medical services.

20. In addition, the records generated during many of these EPSDT visits noted that BK's vaccinations were up to date.

21. Over that same six-year period, BK received dental services on nine separate dates of service with at least one dental service provided during each of those years.[2]  This exceeded the EPSDT requirements for dental services.

22. Over that same six-year period, BK received vision services on ten separate occasions.[3]  This exceeded the EPSDT requirements for vision evaluations and services.  The AHCCCS periodicity schedule only requires such services every two years.

23. Plaintiffs' experts only identified one instance of a medical service not provided to BK to meet her physical needs.  Lenette Azzi-Lessing stated that "when BK was eight years old, the State was aware that BK walked with a limp caused by a physical disability" but did not receive necessary treatment "for over two and a half years."  Expert Report of Lenette Azzi-Lessing, December 5, 2017, page 2.

---

[1] *See* DCS-00452315; DCS-00452388; DCS-00452356; DCS-00452371; DCS-00452423; DCS-00452324; DCS-00453637; DCS-00453648; DCS-00452787 (many with multiple visits in a single record).

[2] *See* DCS-00453643; DCS-00452775' DCS-00452494; DCS-00452500; DCS-00452345; DCS-00452309; and DCS-00452494.

[3] *See* DCS-00452402 (with multiple dates of service).

**DEF-EXPERT-000072**

24. This does not represent a failure of the state.  Medical providers noted during at least four separate EPSDT visits that BK walked with a limp and provided her and her foster parents with referrals to podiatrists and orthopedists for evaluation and treatment.[4]  Apparently, they did not follow-up on these referrals.

25. It is unrealistic to expect AHCCCS to guarantee that every child will receive every possible service available under EPSDT.  Families may choose not to take advantage of everything that is available to them.

26. AHCCCS sets goals for serving the EPSDT population, typically 75 or 80%. Even these are aspirational, and sometimes difficult to achieve, but are similar to the goals of other state Medicaid programs.

27. As stated in Paragraph 7, federal Medicaid law and regulations only require that States inform eligible members of services available to them and help them utilize those services.  They do not require the state to forcibly deliver eligible members to service providers for treatment.

28. Expert witness Azzi-Lessing did not identify any other delay in providing for BK's physical needs and no other Plaintiff expert identified any other such deficiencies.

29. My review disclosed no evidence of failure to provide medically necessary physical, dental or vision services to this child or to do so timely, other than the delay in follow-up with the timely referral to a specialist noted above.

**Individual Services Provided to Named Plaintiff BT**

30. I have reviewed the medical, dental, vision and hearing services provided to Plaintiff BT and have determined the following.

31. Over the seven-year period spanning 2011-2017, EPSDT services were provided to BT at least once per year.[5]  In fact, during five of these years (2011, 2014, 2015, 2016 and 2017) BT was

---

[4] *See* DCS-00452315 (EPSDT services by Dr. Mark Greenberg, East Mesa Pediatrics, 6/2/14, including referral to podiatrist); DCS-00452388 (EPSDT services by Dr. Robert Kosiorek, Canyon Pediatrics, 6/25/14, including referral to podiatrist); DCS-00452356 (EPSDT services by Dr. Christine James, Sun Life Center for Children, 10/31/14, including referral to orthopedist); DCS-00452371 (EPSDT services by Laura Anderson, PAC, Kids Care Pediatrics, 12/2/15, including referral to orthopedist).

[5] *See* DCS-00452661; DCS-00452568; DCS-00452625; DCS-00453653; CS-00452592; DCS-00453687; DCS-00452519; DCS-00453667; DCS-00452656; and DCS-00453662 (many with multiple dates of service).

DEF-EXPERT-000073

provided two or more EPSDT visits.  This exceeded the EPSDT requirements for medical services.

32. In addition, the records generated during many of these EPSDT visits noted that BT's vaccinations were up to date.

33. Over that same seven-year period, BT received dental services on fifteen separate dates of service with at least one dental service provided during each of those years.[6]  This exceeded the EPSDT requirements for dental services.

34. Over that same six-year period, BT received vision services on eleven separate occasions.[7]  This exceeded the EPSDT requirements for vision evaluations and services.  The AHCCCS periodicity schedule only requires such services every two years.

35. No Plaintiff expert asserted that AHCCCS failed to provide for the physical needs of BT.

36. My review disclosed no evidence of failure to provide medically necessary physical, dental or vision services to this child or to do so timely.

Signature: *Marc Leib MD*

Date: January 5, 2018

---

[6] *See* DCS-00453657; DCS-00452531; DCS-00452641; DCS-00452525; DCS-00452521; DCS-00452502; DCS-00452555; and DCS-00452586 (many with multiple dates of service).

[7] *See* DCS-00452608; DCS-00453691 (with multiple dates of service and additional dates of service from billing records).

DEF-EXPERT-000074

*Marc L. Leib, M.D., J.D.*
**P.O. Box 10248   Phoenix, AZ 85064-4527**
**(602) 708-8455    mlleib@att.net**

### CURRICULUM VITAE

**CURRENT POSITION:**

Marc Leib, MD LLC
Health Care Consultant

**EDUCATION**:

University of Arizona College of Law
Juris Doctor Summa Cum Laude
1998-2001
Tucson, Arizona

University of Arizona College of Medicine
Doctor of Medicine
1975-1978
Tucson, Arizona

Stanford University
Bachelor of Science with Honors—Electrical Engineering
1970-1974
Stanford, California

**MEDICAL RESIDENCIES:**

University of Wisconsin, Madison, Wisconsin
    Fellowship—Neuro-anesthesia, January 1985-June 1985
    Residency—Anesthesiology, January 1983-December 1984

University of California at San Diego, San Diego, California
    Residency—Orthopedic Surgery, July 1979-June 1982
    Surgical Internship—July 1978-June 1979

**BOARD CERTIFICATION:**

American Board of Anesthesiology—April 1987

**MEDICAL LICENSES:**

Arizona
California
Wisconsin

**BAR ADMISSIONS:**

Arizona, admitted 7/9/2002
Washington, D.C., admitted 8/11/2003

**PUBLICATIONS:**

*White Coats and Union Labels: Physicians and Collective Bargaining,* ARIZONA LAW REVIEW, Fall 2000

*Joint Negotiations: New Opportunities/Old Prohibitions,* American Bar Association, Health Law Division, October 2002.

*Anesthetic Complications of Ocular Surgery,* in COMPLICATIONS OF PHACOEMULSIFICATION, William J. Fishkind, editor, (2001, updated 2015).

*Medicare's Proposed Appeals Process for Coverage Determinations,* The RAP Sheet, The American Health Lawyers *Association*, (Winter 2002).

**DEF-EXPERT-000075**

| | | |
|---|---|---|
| **EMPLOYMENT:** | Marc Leib, MD LLC | |
| | Health Care Consultant | |
| | PO Box 10248 | |
| | Phoenix, AZ 85064 | |
| | July 2014 – present | |

Chief Medical Officer
Arizona Health Care Cost Containment System (Arizona Medicaid Program)
801 E. Jefferson
Phoenix, Arizona 85034
(602) 417-4466
July 2004 – July 2014

Latham and Watkins, LLP
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004
(202) 637-1092
October 2001 – June 2004

Southern Arizona Anesthesia Services, P.C.
3390 N. Campbell Ave., Suite 110
Tucson, Arizona 85719
(520) 795-7650
September 1985 – September 2001

**PROFESSIONAL SOCIETIES:**

American Medical Association
Arizona Medical Association
American Society of Anesthesiologists
Arizona Society of Anesthesiologists
Pima County Medical Society
American Bar Association
Arizona Bar Association

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| American Society of Anesthesiologists, Delegate | 1996-Present |
| Professional Liability Committee | 1999-Present |
| Government Affairs Committee | 1999-2002 |
| Committee on Economics | 2006-Present |
| Chair | 2011-2017 |
| ASA Advisor to AMA RUC | 2009-Present |
| Arizona Society of Anesthesiologists | 1985-Present |
| President | 1995-1996 |
| Other Offices | 1989-2001 |
| Legislative Committee Chairman | 1996-Present |
| Board of Directors, Mutual Insurance Company of Arizona | 1996-Present |
| Vice-Chairman of the Board | 1999-Present |
| Board of Directors, Southern Arizona Anesthesia Services | 1986-1997 |
| Arizona Medical Association | 1985-Present |
| President | 1997-1998 |
| Other Offices | 1991-2000 |
| Chair, Legislative Affairs Committee | 2016-Present |
| American Medical Association, Alternate Delegate | 1999-2001 |
| St. Mary's Hospital, Chairman, Department of Anesthesia | 1987-1993 |

**DEF-EXPERT-000076**

Documents Reviewed by Dr. Marc Leib, M.D.
*B.K. et al, v. McKay, et al.*

1.  Plaintiff's Second Amended Complaint

2.  Expert Report of Dr. Lenette Azzi-Lessing, December 5, 2017

3.  Expert Report of Marci White, MSW, December 5, 2017

4.  Expert Report of Dr. Steven D. Blatt, December 5, 2017

5.  Plaintiffs' and Betlach's memoranda regarding the class action motion in the district court

6.  Documents produced by Plaintiffs as Bates DCS-00452309 through DCS-00452837; DCS-00453637 through DCS-00453757

**DEF-EXPERT-000077**