FILED

FEB 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| B.K., by her next friend Margaret Tinsley; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>THOMAS J. BETLACH, in his official capacity as Director of the Arizona Health Care Cost Containment System,<br><br>        Defendant-Appellant. | No.   17-17501<br><br>D.C. No. 2:15-cv-00185-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| B.K., by her next friend Margaret Tinsley; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>GREGORY MCKAY, in his official capacity as Director of the Arizona Department of Child Safety,<br><br>        Defendant-Appellant. | No.   17-17502<br><br>D.C. No. 2:15-cv-00185-ROS |

Before:  CANBY and TROTT, Circuit Judges.

Appellants' request to expedite consideration of the motion for a stay of district court proceedings (Docket Entry No. 13) is granted.

SMR/MOATT

Appellants' motion for a stay of district court proceedings pending appeal (Docket Entry No. 12) is granted.  *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The previously established briefing schedule remains in effect.

The Clerk shall place these cases on the first available calendar upon completion of briefing.