# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Tinsley, et al., <br>     Plaintiffs, <br> v. <br> Michael Faust, et al., <br>     Defendants. | No. CV-15-00185-PHX-ROS <br><br> **ORDER** |

Defendants have filed motions to exclude, in their entirety, the opinions of Plaintiffs' five experts. (Docs. 480-484.) The Court has reviewed the materials filed by both parties. An order resolving the motions will follow shortly. The hearing set for March 5 will be vacated.

Accordingly,

**IT IS ORDERED** the hearing set for March 5, 2020 is **VACATED**.

Dated this 28th day of February, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge