1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   B.K. by her next friend Margaret Tinsley, et | No. CV-15-00185-PHX-ROS
    al.,

10                                              | **ORDER**
            Plaintiffs,

11

12  v.

13  Michael Faust, et al.,

            Defendants.

14

15      The Court has reviewed the Joint Proposed Pretrial Order where Plaintiffs state

16  they will not pursue the third cause of action at trial. (Docs. 514 at 8.) If Plaintiffs wish to

17  dismiss this claim, they shall file a motion to do so by August 10, 2020, which will save a

18  needless consumption of the Court's time ruling on objections related to that claim.

19      The parties submitted lists of 2,280 exhibits. (Docs. 514-6, 514-7, 514-8.)

20  Defendants object to over six hundred of Plaintiffs' 705 exhibits. (Doc. 514-6.) In some

21  instances, *e.g.* Exhibits 65–67, Defendants object the exhibit is incomplete pursuant to

22  Rule 106, while Plaintiffs respond the document is complete and the objection doesn't

23  identify what else should purportedly be included. (Doc. 514-6 at 11.) In other instances,

24  *e.g.* Exhibits 429–431, Defendants submit the objection "Foundation" with no further

25  detail. (Doc. 514-6 at 57.) In the Ninth Circuit, "an objection to admission of evidence on

26  foundational grounds must give the basis for objection in a timely way to permit the

27  possibility of cure." *Jerden v. Amstutz*, 430 F.3d 1231, 1237 (9th Cir. 2005), *opinion*

28  *amended on denial of reh'g*, No. 04-35889, 2006 WL 60668 (9th Cir. Jan. 12, 2006).

1    Plaintiffs object to several of Defendant Faust's exhibits, *e.g.* Exhibits 1290–1299, on the
2    grounds that "plaintiffs are no longer pursuing investigations claim, this document
3    appears to be only relevant to that claim," to which Defendant Faust responds "Claim 3
4    not yet formally dismissed." (Doc. 514-7 at 14–15.)

5    These are only a few examples of the objections to the admission of exhibits
6    which the Court requires the parties to confer and resolve in preparation for the upcoming
7    trial. Spending trial time addressing hundreds of evidentiary issues that should have been
8    resolved prior to trial does not secure the just, speedy, and inexpensive determination of
9    this action. Fed. R. Civ. P. 1. The parties are instructed to meet and confer regarding
10   exhibits, and submit updated exhibit lists noting only unresolved objections by August
11   11, 2020. Furthermore, the updated exhibit lists should indicate which exhibits contain
12   non-public Protected Confidential Documents or Protected Personally Identifying
13   Information, as per the March 15, 2016 Protective Order. (Doc. 104.) The parties are
14   reminded to clearly state on the record at trial when confidential exhibits are being used,
15   to ensure the confidential information is sealed.

16   Taking account of conflicts with the Court's calendar, the schedule for trial shall
17   be as follows:

| Date | Time | Event |
|---|---|---|
| August 24, 2020 | 10:00 am | Final Pretrial Conference |
| August 25–26, 2020 | 8:30 am – 4:30 pm | Trial |
| August 27, 2020 | 1:00 pm – 4:30 pm | Trial |
| August 28, 2020 | 8:30 am – 4:30 pm | Trial |
| August 31, 2020 – September 4, 2020 | 8:30 am – 4:30 pm | Trial |
| September 8, 2020 | 8:30 am – 10:00 am 1:00 pm – 4:30 pm | Trial |
| September 9, 2020 | 8:30 am – 4:30 pm | Trial |
| September 10, 2020 | 8:30 am – 12:00 pm | Trial |

| September 11, 2020 | 8:30 am – 4:30 pm | Trial |
|---|---|---|
| September 14, 2020 | 8:30 am – 2:00 pm | Trial |
| September 15–16, 2020 | 8:30 am – 4:30 pm | Trial |
| September 17, 2020 | 8:30 am – End | Final Day of Trial |

Accordingly,

**IT IS ORDERED** if Plaintiffs intend to dismiss the third cause of action, they shall file a motion to dismiss by no later than **August 10, 2020**.

**IT IS FURTHER ORDERED** no later than **August 11, 2020**, the parties shall file updated exhibit lists containing unresolved objections to exhibits and responses to the objections. The updated exhibit lists should indicate which exhibits are confidential.

**IT IS FURTHER ORDERED** trial to the Court shall take place on the dates and times noted above.

Dated this 31st day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge

- 3 -