# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Faust, et al.,<br><br>Defendants. | No. CV-15-00185-PHX-ROS<br><br>**ORDER** |

The Court has reviewed the Amended Joint Notice of Settlement and the confidential settlement agreement, and determined that a settlement will more likely than not be approved. The trial date of September 1, 2020 will be vacated, and reset for three weeks after the date of the Final Approval Hearing. If the settlement is approved at the Hearing, there will be no trial.

The Court appreciates that the proposed settlement agreement specifically addressed the selection of a mediator and a date for the termination of the agreement. However, the Court remains concerned that the settlement agreement does not articulate enforcement mechanisms in the event that Defendants fail to achieve substantial compliance regarding one or more obligations by December 31, 2025. A settlement agreement that does not include explicit remedies for violations will not be approved. Furthermore, the Court finds the list of definitions not sufficiently comprehensive. A subsequent order will point out terms that must be defined and identify any other matters that must be addressed.

The parties have until August 31, 2020 to submit the motion for preliminary

approval of the settlement agreement and select a mediator. The parties shall attach a certification from the mediator that he or she understands the terms of the settlement agreement and is available to enforce it as necessary.

Accordingly,

**IT IS ORDERED** the trial date of September 1, 2020 is **VACATED**. The trial is continued until three weeks after the date of the Final Approval Hearing. All other pending deadlines and hearings are **VACATED**.

**IT IS FURTHER ORDERED** the motion for preliminary approval of the settlement agreement is due no later than **August 31, 2020**.

Dated this 14th day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge