IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> Michael Faust, et al., <br><br>   Defendants. | No. CV-15-00185-PHX-ROS <br><br> **ORDER** |

The Court has previously stated that the list of definitions in the settlement agreement is not sufficiently comprehensive. (Doc. 527.) The following terms should be defined in the "Definitions" section:

- Scorecard
- AHCCCS Child and Family Team Practice Tool
- Therapeutic foster care
- Behavioral Health Clinical Chart Audit
- Clinical Chart Audit Tool
- Practice/Quality Improvement Plan
- Arizona Vision
- Guardian IT system
- Periodicity Schedule

In addition, the first time the terms "Periodicity Schedule" and "CMS-416 EPSDT Participation methodology" are used, citations to the relevant state or federal regulations

should be added such that members of the public may easily navigate to the relevant schedules and methodology.

The Court also found typographic and consistency errors. First, Section 5.4(d) contains a typographic error. The word "to" should be added to the first sentence ("DCS will be deemed to have exited . . ."). Second, Section 6.4 appears to limit the parties' access to the Court to 1) approval of the Mediator's recommendation for resolving a dispute or 2) an appeal of the Mediator's determination of substantial compliance or non-compliance with an outcome requirement in Section 1.5, 2.3, or 4.6. However, Section 6.5 appears to permit the parties to petition the Court for relief under all circumstances where the parties are unable to reach resolution by mediation, which is seemingly inconsistent with Section 6.4. The parties shall identify the standard for the Court's review of the Mediator's factual findings and legal conclusions.

Finally, as previously ordered, the agreement must articulate specific remedies, such as contempt, or any other remedy agreed upon by the parties and within the power of the Court, for violations.

Accordingly,

**IT IS ORDERED** the motion for preliminary approval of the settlement agreement shall address the issues raised in this Order.

**IT IS FURTHER ORDERED** Defendants' Motions in Limine (Docs. 511, 513) are **DENIED WITHOUT PREJUDICE**. In the event this case continues to trial, Defendants may re-file their motions.

Dated this 21st day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge