# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.K. by her next friend Margaret Tinsley, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael Faust, et al., <br><br> Defendants. | No. CV-15-00185-PHX-ROS <br><br> **ORDER** |

The parties have filed notice that 30 individuals will appear at the final approval hearing. (Doc. 543). Many of the individuals who will appear have already filed written comments regarding the settlement. (Docs. 535; 544). The Court will not allow individuals who have already filed written comments to simply restate their written comments at the hearing. The Court will allow such individuals to speak at the hearing only if the individual has an additional or new comment to offer. As previously ordered (Doc. 542), individuals appearing at the hearing will have no more than three minutes to speak.

Accordingly,

**IT IS ORDERED** the Court will only permit oral comment from individuals who previously submitted written comments if the oral comment is different from the individual's written comment.

…

…

**IT IS ORDERED** the parties shall inform the 30 individuals who will appear at the final approval hearing of this order.

Dated this 10th day of February, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge